**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOAN COHEN, on Behalf of Herself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04cv11704 (REK) |
| GENE F. OSBURN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04cv11750 (REK) |
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04cv11760 (REK) |

[Caption continues on next page]

**MOTION FOR CONSOLIDATION**

| | |
|---|---|
| JEAN S.B. SIMMONDS and R.L. SIMMONDS, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04cv11953 (REK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds ("Plaintiffs"), by their counsel, hereby move this Court for entry of an Order (attached hereto): (i) consolidating the above-captioned actions, which have all been filed in the District Court of Massachusetts; and (ii) establishing a briefing schedule regarding a consolidated complaint. In support of this Motion, Plaintiffs submit herewith a Memorandum of Law and [Proposed] Pretrial Order No. 1 For Consolidation.


Dated: September 10, 2004    Respectfully submitted,

                 **MOULTON & GANS, P.C.**


                 By: /s/ Nancy Freeman Gans
                    Nancy Freeman Gans (BBO #184540)
                 33 Broad Street, Suite 1100
                 Boston, Massachusetts 02109-4216
                 (617) 369-7979

                 *Counsel for Plaintiffs Joan Cohen, Gene F.*
                 *Osburn, Jean S.B. Simmonds and R.L. Simmonds*
                 *and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed
Co-Lead Counsel*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B.
Simmonds and R.L. Simmonds and Proposed
Co-Lead Counsel*


**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*


**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*


**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmons and R.L. Simmons, certify that on Thursday, September 9, 2004, I consulted with Frances S. Cohen of Dechert LLP, counsel for the Adviser/Distributor Defendants in the above-captioned matters. She wished to consider her position and to consult with other defense counsel. No other defense counsel has entered an appearance in these matters. I informed Ms. Cohen that we would be filing the Motion early today. She has yet to take a position on the within Motion.

Dated:   September 10, 2004

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of same, postage prepaid, to each attorney of record, this 10th day of September, 2004.

/s/ Daniel P. Dietrich
Daniel P. Dietrich