**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOAN COHEN, on Behalf of Herself and all Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al., )<br><br>Defendants. ) | Civil Action No. 04cv11704 (REK) |
| GENE F. OSBURN, Individually And On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al., )<br><br>Defendants. ) | Civil Action No. 04cv11750 (REK) |
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al., )<br><br>Defendants. ) | Civil Action No. 04cv11760 (REK) |

[Caption continues on next page]

**PLAINTIFFS' MOTION FOR APPOINTMENT OF CO-LEAD
COUNSEL AND APPOINTMENT OF LIAISON COUNSEL**

| | |
|---|---|
| JEAN S.B. SIMMONDS and R.L. SIMMONDS, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FLEETBOSTON FINANCIAL CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 04cv11953 (REK) |

Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds ("Plaintiffs"), by their counsel, hereby move this Court for an Order (attached hereto) approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP and Stull, Stull & Brody as Co-Lead Counsel to oversee the above-captioned actions; and (ii) Moulton & Gans, P.C. as Liaison Counsel. In support of this Motion, Plaintiffs submit herewith a Memorandum of Law, a Declaration, and [Proposed] Pretrial Order No. 2 For Appointment Of Co-Lead Counsel And Appointment Of Liaison Counsel.

Dated:   September 10, 2004            Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*

2

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*


**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

3

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmons and R.L. Simmons, certify that I notified the following counsel as a matter of professional courtesy of the filing of the Motion For Appointment of Co-Lead Counsel And Appointment of Liaison Counsel:  Frances S. Cohen, Esquire, of Dechert LLP, counsel for the

4

Adviser/Distributor Defendants.  No other defense counsel has entered an appearance in this matter.  The Motion is required by the Federal Rules of Civil Procedure.

Dated:     September 10, 2004

/s/ Nancy Freeman Gans  
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of same, postage prepaid, to each attorney of record, this 10th day of September, 2004.

/s/ Daniel P. Dietrich  
Daniel P. Dietrich