**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOAN COHEN, on Behalf of Herself and all Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 04cv11704 (REK) |
| GENE F. OSBURN, Individually And On Behalf Of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 04cv11750 (REK) |
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>               Plaintiff,<br><br>  vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>               Defendants. | Civil Action No. 04cv11760 (REK) |

[Caption continues on next page]

**MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFFS'
MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL
<u>AND APPOINTMENT OF LIAISON COUNSEL</u>**

| | |
|---|---|
| JEAN S.B. SIMMONDS and R.L. SIMMONDS, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FLEETBOSTON FINANCIAL CORPORATION, et al., )<br>)<br>)<br>Defendants. ) | Civil Action No. 04cv11953 (REK) |

## TABLE OF CONTENTS

                                                                                  **Page**

INTRODUCTION ..................................................................................................................1

FACTUAL BACKGROUND..................................................................................................1

ARGUMENT............................................................................................................................2

CONCLUSION…………………………………………………………………………….4

Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds ("Plaintiffs"), by their counsel, hereby move this Court for entry of [Proposed] Pretrial Order No. 2 For Appointment of Co-Lead Counsel And Appointment Of Liaison Counsel, approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") and Stull, Stull & Brody as Co-Lead Counsel to oversee the above-captioned actions (the "Actions"); and (ii) Moulton & Gans, P.C. as Liaison Counsel.

Counsel for Plaintiffs, who are subject to the concurrently filed Motion For Consolidation, join, or do not oppose, this request.

## INTRODUCTION

As of September 10, 2004 there were four related actions pending in this District brought on behalf of a class of investors in mutual funds belonging to the FleetBoston Financial Corporation ("FleetBoston") which include the Columbia Funds (referred to collectively herein as the "Columbia Funds"), and derivatively on behalf of the Columbia Funds, against the Columbia Funds investment advisers, their corporate parents and the Columbia Funds directors during class periods beginning August 2, 1999 and ending March 22, 2004. The Actions allege a variety of claims, specifically violations of §§ 34(b), 36(b) and 48(a) of the Investment Company Act of 1940 (the "Investment Company Act"), violations of §§ 206 and 215 of the Investment Advisers Act of 1940 (the "Investment Advisers Act"), breaches of fiduciary duty and aiding and abetting breaches of fiduciary duty.

## FACTUAL BACKGROUND

The Actions allege that the Columbia investment advisers named as defendants (the "Investment Adviser Defendants") breached their duties to the Columbia Funds and Columbia investors by drawing upon the assets of the Columbia Funds to pay brokerages, including Smith

Barney, a division of Citigroup Global Markets Inc., to aggressively push Columbia Funds over other funds, and also allege that such investment advisers concealed such payments from investors by disguising them as brokerage commissions.

The Actions also allege that trustees, directors and/or officers of the Columbia Funds (the "Director Defendants") failed to properly supervise the Investment Adviser Defendants' payments of so-called 12b-1 fees pursuant to the mutual funds' Rule 12b-1 plans. Rule 12b-1, promulgated by the SEC pursuant to the Investment Company Act, prohibits mutual funds from directly or indirectly distributing or marketing their own shares unless, among other things, the funds' directors find that the terms of the written plan for marketing the funds (the "12b-1 plan") create "a reasonable likelihood that the plan will benefit the company and its shareholders."

## ARGUMENT

## MILBERG WEISS AND STULL, STULL & BRODY SHOULD BE APPOINTED CO-LEAD COUNSEL

This Court should appoint the law firms of Milberg Weiss and Stull, Stull & Brody as Co-Lead Counsel. Milberg Weiss is counsel for plaintiff Joan Cohen. Stull, Stull & Brody is counsel for plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds. Milberg Weiss and Stull, Stull & Brody have substantial experience in the prosecution of shareholder and securities class and derivative actions, and have the resources necessary to efficiently conduct this litigation. *See* Exhibits A and B, Milberg Weiss and Stull and Stull & Brody Firm Resumes, respectively.[1]

Milberg Weiss and Stull, Stull & Brody are well-qualified to act as Co-Lead Counsel by virtue of their resources, experience and track record in the area of class action litigation.

---

[1] Exhibits A and B are attached to the Declaration of Michael R. Reese In Support Of Plaintiffs' Motion For Appointment Of Co-Lead Counsel And Appointment Of Liaison Counsel (the "Reese Decl."), submitted contemporaneously herewith.

Milberg Weiss has spearheaded some of the largest and most complex class actions in history, such as *In re NASDAQ Market-Makers Antitrust Litig.*, Civ. No. 3996 (S.D.N.Y.), *In re Initial Public Offering Sec. Litig.,* Master File No. 21 MC 92 (S.D.N.Y.), and *In re Raytheon Co. Sec. Litig.,* 99-12142-PBS (D. Mass). Stull, Stull & Brody has been recognized by numerous courts for the high quality of its legal representation in such cases as *In re Ikon Office Solutions, Inc. Sec. Litig.*, 2000 U.S. Dist. LEXIS 6510 (E.D. Pa. May 9, 2000), *In re Electro-Catheter Corp. Sec. Litig.*, Civ. No. 87-41 (D.N.J.), and *Schaffer v. Timberland Co.*, 94-634-JD (D.N.H). Accordingly, the Court can rest assured that Milberg Weiss and Stull, Stull & Brody will similarly be capable of harmonizing the efforts of all counsel involved in this litigation.

The law firm of Moulton & Gans, P.C. should be appointed as Liaison Counsel. *See* Exhibit C, the Moulton & Gans, P.C. Firm Resume.[2] Moulton & Gans, P.C. has significant experience, and was appointed special liaison counsel in *In re Raytheon Company Sec. Litig.,* 99-12142-PBS (D. Mass). The appointment will promote judicial economy and is consistent with the recommendations of § 10.22 of the Manual for Complex Litigation (4th ed. 2004) which discusses the role of counsel in multiparty litigation.

---

[2] Exhibit C is attached to the Reese Decl.

3

**CONCLUSION**

For the foregoing reasons, this Court should appoint Milberg Weiss and Stull, Stull & Brody as Co-Lead Counsel, and Moulton & Gans, P.C. as Liaison Counsel.

Dated:   September 10, 2004                    Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
       Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*

4

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

5

**CERTIFICATE OF SERVICE**

     I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of same, postage prepaid, to each attorney of record, this 10th day of September, 2004.

                                             /s/ Daniel P. Dietrich
                                             Daniel P. Dietrich