Case 1:04-cv-11704-MBB   Document 8   Filed 09/10/2004   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN COHEN, on Behalf of Herself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04cv11704 (REK) |
| GENE F. OSBURN, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04cv11750 (REK) |
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Civil Action No. 04cv11760 (REK) |

[Caption continues on next page]

**DECLARATION OF MICHAEL R. REESE IN SUPPORT
OF PLAINTIFFS' MOTION FOR APPOINTMENT OF CO-LEAD
<u>COUNSEL AND APPOINTMENT OF LIAISON COUNSEL</u>**

| | |
|---|---|
| JEAN S.B. SIMMONDS and R.L. SIMMONDS, Individually And On Behalf Of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>                      Defendants. | Civil Action No. 04cv11953 (REK) |

I, Michael R. Reese, under penalties of perjury, hereby declare:

1. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss"). I submit this declaration in support of Plaintiffs' Motion For Appointment Of Co-Lead Counsel And Appointment Of Liaison Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the firm resume of Milberg Weiss. Attached hereto as Exhibit B is a true and accurate copy of the firm resume of Stull, Stull & Brody. Attached hereto as Exhibit C is a true and accurate copy of the firm resume of Moulton & Gans, P.C.

Dated: September 10, 2004
          New York, New York

                                            Michael R. Reese