**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOAN COHEN, on Behalf of Herself and all Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>     Defendants. | Civil Action No. 04cv11704 (REK) |
| GENE F. OSBURN, Individually And On Behalf Of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>     Defendants. | Civil Action No. 04cv11750 (REK) |
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>     Defendants. | Civil Action No. 04cv11760 (REK) |

[Caption continues on next page]

**[PROPOSED] PRETRIAL ORDER NO. 2 FOR
APPOINTMENT OF PLAINTIFFS' CO-LEAD COUNSEL
<u>AND APPOINTMENT OF LIAISON COUNSEL</u>**

| | |
|---|---|
| JEAN S.B. SIMMONDS and R.L. SIMMONDS, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 04cv11953 (REK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, appointment of Co-Lead Counsel and Liaison Counsel is appropriate and consistent with the recommendations of § 10.22 of the Manual for Complex Litigation (4th ed. 2004);

NOW, THEREFORE, THE COURT ORDERS as follows:

## I. **ORGANIZATION OF COUNSEL**

The Court designates the following to act as Co-Lead Counsel in the Actions ("Plaintiffs' Co-Lead Counsel" or "Co-Lead Counsel"), with the responsibilities hereinafter described:

>Milberg Weiss Bershad & Schulman LLP
>One Pennsylvania Plaza
>New York, New York  10119
>Telephone: (212) 594-5300
>Facsimile: (212) 868-1229
>
>Stull, Stull & Brody
>6 East 45th Street
>New York, New York  10017
>Telephone: (212) 687-7230
>Facsimile: (212) 490-2022

2

Plaintiffs' Co-Lead Counsel shall be generally responsible for coordinating the activities of plaintiffs during the pendency of this action and shall:

(a) determine (after consultation with other co-counsel as may be appropriate) and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during the action;

(b) coordinate the initiation and conduct of discovery on behalf of plaintiffs consistent with the requirements of Federal Rules of Civil Procedure, including the preparation of written discovery, and the scheduling and examination of witnesses in depositions;

(c) conduct settlement negotiations on behalf of plaintiffs;

(d) manage work assignments in a manner to ensure that preparation for the plaintiffs is conducted effectively, efficiently, and economically;

(e) enter into stipulations with opposing counsel necessary for the conduct of the litigation;

(f) retain expert consultants and witnesses;

(g) maintain time and disbursement records covering services as Plaintiffs' Tri-Lead Counsel, and collect time and expense records from all Plaintiffs' counsel;

(h) request, if necessary, contributions from other plaintiffs' counsel to further joint efforts on behalf of plaintiffs;

(i) monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

(j) perform such other duties as may be incidental to proper coordination of plaintiffs' case activities or authorized by further order of the Court.

Plaintiffs' Co-Lead Counsel are designated as the spokespersons for plaintiffs with respect to all substantive communications with the Court and with defense counsel. Other plaintiffs' counsel may communicate on substantive matters with the Court or defense counsel only if delegated to do so by Plaintiffs' Co-Lead Counsel.

The following law firm shall act as Liaison Counsel which is consistent with the recommendations of § 10.22 of the Manual for Complex Litigation:

> Moulton & Gans, P.C.
> 33 Broad Street, Suite 1100
> Boston, Massachusetts  02109
> Telephone:    (617) 369-7979
> Facsimile:    (617) 369-7980

## II. COORDINATION

Co-Lead Counsel shall coordinate activities to avoid duplication and inefficiency in the filing, serving and/or implementation of pleadings, other court papers, discovery papers, and discovery practice.

## III. PRIVILEGES PRESERVED

No communication among plaintiffs' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled. Moreover, no communication among defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

## IV. SERVICE ON LEAD COUNSEL

Pleadings, Motions, and Other Documents: Defendants shall serve any pleadings, motions, or other documents on file on Co-Lead Counsel, and such service shall constitute service on other attorneys and parties for whom Co-Lead Counsel are acting. Co-lead Counsel will have discretion to distribute any documents on non-lead counsel. Service of all papers filed, including exhibits, shall be made on all parties by overnight delivery (one-day) morning delivery, and simultaneously by telecopy of only the briefs and declarations (excluding exhibits).

IT IS SO ORDERED

Dated: _____, 2004

                              _____
                              Hon. Robert E. Keeton
                              United States District Judge