UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                  )
JOAN COHEN, on Behalf of Herself and all  )
Others Similarly Situated,                       )
                                                  )
          Plaintiff,                    )
                                                  )    C.A. No. 04-11704-REK
    v.                                          )
                                                  )
FLEETBOSTON FINANCIAL CORPORATION, )
et al.                                             )
                                                  )
          Defendants.               )
_____)

## JOINT MOTION FOR EXTENSION OF TIME

       The plaintiff and the defendants[1] hereby jointly move for an extension of time within which to answer, move or otherwise respond to the Complaint in this action.

       Good cause exists for the granting of this motion.  This action is one of four recently filed actions currently pending against the defendants in this District with similar allegations, claims and requests for class action status, including Joan Cohen, et al. v. FleetBoston Financial Corporation, et al., C.A. No. 04-11704-REK; Gene F. Osburn, et al. v. FleetBoston Financial Corporation, et al., C.A. No. 04-11750-REK; Paula Slicker, et al. v. FleetBoston Financial Corporation, et al., C.A. No. 04-11760-REK; and Jean S.B. Simmonds, et al. v. FleetBoston Financial Corporation, et al., C.A. No. 04-11953-REK.  The parties currently expect that these actions and any similar actions that may be filed in the near future will be consolidated into a single action, and that the plaintiffs will file a superseding or amended complaint.

       There have been no previous requests for an extension of time to answer, move or otherwise respond to the Complaint in this action and all parties consent to the granting of this Motion.

WHEREFORE, the parties jointly request that the time in which all defendants shall answer, move or otherwise respond with respect to the Complaint in this action shall be extended to and including sixty (60) days after the filing and service of the amended complaint on the defendants. In the event any of the defendants files a motion directed at the amended complaint, the plaintiffs' counsel shall file any opposition to such motion within sixty (60) days of the service of such motion and the defendants shall file their reply to such opposition within thirty (30) days of service of the opposition filed, by defendants' counsel.

Dated: October 6, 2004

| | |
|---|---|
| /s/ Nancy Freeman Gans | /s/ Frances S. Cohen |
| Nancy Freeman Gans, BBO#184540 | Frances S. Cohen, BBO# 542811 |
| MOULTON & GANS, P.C. | Matthew M. Lyons, BBO# 657685 |
| 33 Broad Street, Suite 1100 | DECHERT LLP |
| Boston, MA 02109-4216 | 200 Clarendon Street, 27th Floor |
| (617) 369-7979 | Boston, MA 02116 |
| | (617) 728-7173 |
| Jerome M. Congress | |
| Janine L. Pollack | Stephen J. McConnell |
| Kim E. Levy | Jeffrey S. Edwards |
| Michael R. Reese | DECHERT LLP |
| MILBERG WEISS BERSHAD & | 1717 Arch Street |
| SCHULMAN LLP | 4000 Bell Atlantic Tower |
| One Pennsylvania Plaza | Philadelphia, PA 19103-2793 |
| New York, NY 10119 | (215) 994-4000 |
| (212) 594-5300 | |
| | David A. Kotler |
| Charles J. Piven | DECHERT LLP |
| Marshall N. Perkins | Princeton Pike Corporate Center |
| LAW OFFICES OF CHARLES J. PIVEN, P.A. | P.O. Box 5218 |
| The World Trade Center - Baltimore | Princeton, NJ 08543-5218 |
| 401 East Pratt Street, Suite 2525 | (609) 620-3200 |
| Baltimore, MD 21202 | |
| (410) 332-0030 | *Attorneys for the Adviser/Distributor Defendants and Interested Director/Trustee Defendants* |
| *Attorneys for Plaintiff and the Class* | |

      /s/ Kenneth E. Rechtoris
Kenneth E. Rechtoris
John W. Rotunno
BELL, BOYD & LLOYD LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602
(312) 372-1121

*Attorneys for the Disinterested Director/Trustee Defendants and Fund Defendants*

**CERTIFICATE OF SERVICE**

I, Frances S. Cohen, hereby certify that a true copy of the above was served upon the attorney of record for each other party by hand on this 6th day of October, 2004.

      /s/ Frances S. Cohen
      Frances S. Cohen

---

[1] The "Adviser/Distributor Defendants" include: FleetBoston Financial Corporation, Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., and Columbia Funds Distributor, Inc.; the "Interested Director/Trustee Defendants" include: Charles P. McQuaid and Ralph Wanger; the "Disinterested Director/Trustee Defendants" include: Margaret Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert Nason and John A. Wing;s and the "Fund Defendants" include: Columbia Acorn Fund, Columbia Acorn Select, Columbia Acorn USA, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity Fund, Columbia International Stock Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater China Fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities Fund, Columbia Fixed Income Securities Fund, Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield Fund, Columbia High Yield Opportunity Fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Money Market Fund, Columbia National Municipal Bond Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Strategic Income Fund, Columbia US Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-Exempt Fund, Columbia Municipal Bond Fund, Columbia New Jersey Intermediate Municipal Bond Fund, Columbia New York Intermediate Municipal

Bond Fund, Columbia New York Tax-Exempt Fund, Columbia Oregon Municipal Bond Fund, Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax-Exempt Fund, Columbia Tax-Exempt Insured Fund, Columbia Small Cap Growth Fund, Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund, and Columbia Daily Income Company Fund.