IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN COHEN, on Behalf of Herself and Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | Civil Action No. 04-11704 (REK) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for Defendants Margaret M. Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert E. Nason and John A. Wing (the "Independent Trustee Defendants").

                                          Respectfully submitted,

                                          The Independent Trustee Defendants

                                          By Their Attorney:

                                          _/s/ Timothy O. Egan_
                                          Timothy O. Egan, BBO# 637992
                                          Peabody & Arnold LLP
                                          50 Rowes Wharf
                                          Boston, MA  02110
                                          617.951.2100

## Certificate of Service

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing has been served by first class mail upon counsel for plaintiff:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109-4216

Steven G. Schulman
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center—Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD  21202

_____
Timothy O. Egan, Esq.