IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN COHEN, on Behalf of Herself and Others Similarly Situated,<br>　　　　　　Plaintiff,<br><br>v.<br><br>FLEETBOSTON FINANCIAL CORPORATION, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 04-11704 (REK) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Defendants Margaret M. Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert E. Nason and John A. Wing (the "Independent Trustee Defendants"), hereby move, by and through their Massachusetts counsel, Timothy O. Egan, Esq., pursuant to LR 83.5.3(b), for the admission *pro hac vice* of Kenneth E. Rechtoris, John W. Rotunno, Daniel J. Hayes and Todd E. Pentecost, as counsel for the Independent Trustee Defendants in this case. The affidavits of Kenneth E. Rechtoris, John W. Rotunno, Daniel J. Hayes and Todd E. Pentecost have been filed herewith. A supporting memorandum of reasons, as required to be filed under LR 7.1(B)(1), is unnecessary as counsel for Plaintiff assents to the relief requested herein. Said assent is certified below pursuant to Mass. L.R. 7.1(A)(2).

　　　　　　　　　　　　　　　　The Independent Trustee Defendants

　　　　　　　　　　　　　　　　By Their Attorney:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Timothy Q. Egan, BBO# 637992
　　　　　　　　　　　　　　　　Peabody & Arnold LLP
　　　　　　　　　　　　　　　　30 Rowes Wharf
　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　617.951.2100

389470/E/1

## Certificate of Service

I hereby certify that on this 29th day of November, 2004, a copy of the foregoing Defendants' Motion to Admit Counsel *Pro Hac Vice* has been served by first class mail upon counsel for plaintiff:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA   02109-4216

Steven G. Schulman
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY   10119

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center—Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD   21202

_____
Timothy O. Egan

## LR 7.1(A)(2) Certification

I hereby certify that counsel conferred in good faith before the filing of this motion, and that counsel for Plaintiff, Nancy Gans, Esq., has assented to the relief requested herein.

_____
Timothy O. Egan, Esq.