UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
In re COLUMBIA ENTITIES LITIGATION,                 ) CIVIL ACTION
                                                    ) NO. 04-11704-REK
_____) ALL CASES


_____
                                                    )
JOAN COHEN,                                         )
R.L. SIMMONDS,                                      )
JEAN S.B. SIMMONDS,                                 )
PAULA SLICKER,                                      )
GENE F. OSBURN,                                     )
        Plaintiffs                                  )
                                                    )
        v.                                          ) CIVIL ACTION
                                                    ) NO. 04-11704-REK
COLUMBIA ACORN FUND,                                ) LEAD CASE
COLUMBIA ACORN SELECT,                              )
COLUMBIA ACORN USA,                                 )
COLUMBIA ASSET ALLOCATION                           )
  FUND,                                             )
COLUMBIA BALANCED FUND,                             )
COLUMBIA COMMON STOCK FUND,                         )
COLUMBIA DISCIPLINED VALUE                          )
  FUND,                                             )
COLUMBIA DIVIDEND INCOME FUND,                           )
COLUMBIA GROWTH & INCOME                            )
  FUND,                                             )
COLUMBIA GROWTH FUND,                               )
COLUMBIA GROWTH STOCK FUND,                         )
COLUMBIA LARGE CAP CORE FUND,                       )
COLUMBIA LARGE CAP GROWTH FUND,                     )
COLUMBIA LARGE COMPANY INDEX FUND,                  )
COLUMBIA LIBERTY FUND,                              )
COLUMBIA MID CAP GROWTH FUND,                       )
COLUMBIA MID CAP VALUE FUND,                        )
COLUMBIA REAL ESTATE EQUITY FUND,                   )
COLUMBIA SMALL CAP FUND,                            )
COLUMBIA SMALL CAP VALUE FUND,                      )
COLUMBIA SMALL COMPANY EQUITY FUND,                 )

COLUMBIA SMALL COMPANY INDEX FUND,                              )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,                         )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH                          )
  FUND,                                                )
COLUMBIA TAX-MANAGED GROWTH FUND,                               )
COLUMBIA TAX-MANAGED GROWTH FUND II,                            )
COLUMBIA TAX-MANAGED VALUE FUND,                                )
COLUMBIA TECHNOLOGY FUND,                                       )
COLUMBIA THERMOSTAT FUND,                                       )
COLUMBIA UTILITIES FUND,                                        )
COLUMBIA YOUNG INVESTOR FUND,                                   )
COLUMBIA ACORN INTERNATIONAL FUND,                             )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,                      )
COLUMBIA EUROPE FUND,                                           )
COLUMBIA GLOBAL EQUITY FUND,                                    )
COLUMBIA INTERNATIONAL EQUITY FUND,                                       )
COLUMBIA INTERNATIONAL STOCK FUND,                             )
COLUMBIA NEWPORT ASIA PACIFIC FUND,                            )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,                     )
COLUMBIA NEWPORT GREATER CHINA FUND,                           )
COLUMBIA NEWPORT TIGER FUND,                                    )
COLUMBIA CONTRARIAN INCOME FUND,                               )
COLUMBIA CORPORATE BOND FUND,                                   )
COLUMBIA FEDERAL SECURITIES FUND,                              )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,                    )
COLUMBIA FLOATING RATE ADVANTAGE FUND,                         )
COLUMBIA FLOATING RATE FUND,                                    )
COLUMBIA HIGH YIELD FUND,                                       )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,                          )
COLUMBIA INCOME FUND,                                           )
COLUMBIA INTERMEDIATE BOND FUND,                               )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME                         )
  FUND,                                                )
COLUMBIA MONEY MARKET FUND,                                     )
COLUMBIA QUALITY PLUS BOND FUND,                               )
COLUMBIA SHORT TERM BOND FUND,                                  )
COLUMBIA STRATEGIC INCOME FUND,                                )
COLUMBIA US TREASURY INDEX FUND,                               )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                           )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL                     )
  BOND,                                                )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,                          )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND                    )
  FUND,                                                )

COLUMBIA HIGH YIELD MUNICIPAL FUND,                        )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,    )
COLUMBIA MANAGED MUNICIPALS FUND,                         )
COLUMBIA MASSACHUSETTS INTERMEDIATE                     )
  MUNICIPAL BOND FUND,                                         )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,          )
COLUMBIA MUNICIPAL MONEY MARKET FUND,             )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,    )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL     )
  BOND FUND,                                                          )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL        )
  BOND FUND,                                                          )
COLUMBIA NEW YORK TAX-EXEMPT FUND,                   )
COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,       )
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
  BOND FUND,                                                          )
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL )
  BOND FUND,                                                          )
COLUMBIA TAX-EXEMPT FUND,                                   )
COLUMBIA TAX-EXEMPT INSURED FUND,                      )
COLUMBIA SMALL CAP GROWTH FUND,                         )
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,           )
COLUMBIA GLOBAL THEMATIC EQUITY FUND,              )
COLUMBIA DAILY INCOME COMPANY FUND,                  )
COLUMBIA ACORN TRUST,                                          )
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA         )
  COMMON STOCK FUND, INC.,                                 )
COLUMBIA DAILY INCOME COMPANY,                          )
COLUMBIA GROWTH FUND, INC.,                               )
COLUMBIA HIGH YIELD FUND, INC.,                           )
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME   )
  FUND,                                                                 )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,          )
COLUMBIA MID CAP GROWTH FUND, INC.,                  )
COLUMBIA REAL ESTATE EQUITY FUND, INC.,            )
COLUMBIA SHORT TERM BOND FUND, INC.,               )
COLUMBIA SMALL CAP GROWTH FUND, INC.,              )
COLUMBIA TECHNOLOGY FUND, INC.,                         )
FLEETBOSTON FINANCIAL CORPORATION,                   )
COLUMBIA MANAGEMENT GROUP, INC.,                     )
COLUMBIA MANAGEMENT ADVISORS, INC.,               )
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,       )
COLUMBIA FUNDS DISTRIBUTOR, INC.,                     )
JOHN DOES 1-100, CHARLES McQUAID,                     )

3

RALPH WANGER, MARGARET EISEN,                    )
LEO GUTHART, JEROME KAHN, JR.,                    )
STEVEN KAPLAN, DAVID C. KLEINMAN,                )
ALLAN B. MUCHIN, ROBERT R. NASON, and            )
JOHN A. WING,                                     )
      Defendants                                )
_____)

```
                                                    )
GENE F. OSBURN,                                     )
      Plaintiff                                     )
                                                    )
      v.                                            )  CIVIL ACTION
                                                    )  NO. 04-11750-REK
COLUMBIA ACORN FUND,                                )
COLUMBIA ACORN SELECT,                              )
COLUMBIA ACORN USA,                                 )
COLUMBIA ASSET ALLOCATION                           )
  FUND,                                             )
COLUMBIA BALANCED FUND,                             )
COLUMBIA COMMON STOCK FUND,                         )
COLUMBIA DISCIPLINED VALUE                          )
  FUND,                                             )
COLUMBIA DIVIDEND INCOME FUND,                          )
COLUMBIA GROWTH & INCOME                            )
  FUND,                                             )
COLUMBIA GROWTH FUND,                               )
COLUMBIA GROWTH STOCK FUND,                         )
COLUMBIA LARGE CAP CORE FUND,                       )
COLUMBIA LARGE CAP GROWTH FUND,                     )
COLUMBIA LARGE COMPANY INDEX FUND,                  )
COLUMBIA LIBERTY FUND,                              )
COLUMBIA MID CAP GROWTH FUND,                       )
COLUMBIA MID CAP VALUE FUND,                        )
COLUMBIA REAL ESTATE EQUITY FUND,                   )
COLUMBIA SMALL CAP FUND,                            )
COLUMBIA SMALL CAP VALUE FUND,                      )
COLUMBIA SMALL COMPANY EQUITY FUND,                 )
COLUMBIA SMALL COMPANY INDEX FUND,                  )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,             )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH              )
  FUND,                                             )
COLUMBIA TAX-MANAGED GROWTH FUND,                   )
COLUMBIA TAX-MANAGED GROWTH FUND II,                )
COLUMBIA TAX-MANAGED VALUE FUND,                    )
COLUMBIA TECHNOLOGY FUND,                           )
COLUMBIA THERMOSTAT FUND,                           )
COLUMBIA UTILITIES FUND,                            )
COLUMBIA YOUNG INVESTOR FUND,                       )
COLUMBIA ACORN INTERNATIONAL FUND,                  )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,           )
```

5

COLUMBIA EUROPE FUND,                                           )
COLUMBIA GLOBAL EQUITY FUND,                                    )
COLUMBIA INTERNATIONAL EQUITY FUND,                                      )
COLUMBIA INTERNATIONAL STOCK FUND,                             )
COLUMBIA NEWPORT ASIA PACIFIC FUND,                            )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,                     )
COLUMBIA NEWPORT GREATER CHINA FUND,                           )
COLUMBIA NEWPORT TIGER FUND,                                   )
COLUMBIA CONTRARIAN INCOME FUND,                               )
COLUMBIA CORPORATE BOND FUND,                                  )
COLUMBIA FEDERAL SECURITIES FUND,                              )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,                   )
COLUMBIA FLOATING RATE ADVANTAGE FUND,                         )
COLUMBIA FLOATING RATE FUND,                                   )
COLUMBIA HIGH YIELD FUND,                                      )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,                          )
COLUMBIA INCOME FUND,                                          )
COLUMBIA INTERMEDIATE BOND FUND,                               )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME                        )
  FUND,                                                        )
COLUMBIA MONEY MARKET FUND,                                    )
COLUMBIA QUALITY PLUS BONDS FUND,                              )
COLUMBIA SHORT TERM BOND FUND,                                 )
COLUMBIA STRATEGIC INCOME FUND,                                )
COLUMBIA US TREASURY INDEX FUND,                               )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                           )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL                    )
  BOND,                                                        )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,                          )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND                   )
  FUND,                                                        )
COLUMBIA HIGH YIELD MUNICIPAL FUND,                            )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,                    )
COLUMBIA MANAGED MUNICIPALS FUND,                              )
COLUMBIA MASSACHUSETTS INTERMEDIATE                            )
  MUNICIPAL BOND FUND,                                         )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,                        )
COLUMBIA MUNICIPAL MONEY MARKET FUND,                          )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,                   )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL                     )
  BOND FUND,                                                   )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL                       )
  BOND FUND,                                                   )
COLUMBIA NEW YORK TAX-EXEMPT FUND,                             )

6

COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,                    )
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
  BOND FUND,                                                                            )
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL  )
  BOND FUND,                                                                            )
COLUMBIA TAX-EXEMPT FUND,                                                     )
COLUMBIA TAX-EXEMPT INSURED FUND,                                     )
COLUMBIA SMALL CAP GROWTH FUND,                                        )
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,                         )
COLUMBIA GLOBAL THEMATIC EQUITY FUND,                             )
COLUMBIA DAILY INCOME COMPANY FUND,                                )
COLUMBIA ACORN TRUST,                                                             )
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA                     )
  COMMON STOCK FUND, INC.,                                                  )
COLUMBIA DAILY INCOME COMPANY,                                        )
COLUMBIA GROWTH FUND, INC.,                                                 )
COLUMBIA HIGH YIELD FUND, INC.,                                            )
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME        )
  FUND,                                                                                       )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,                       )
COLUMBIA MID CAP GROWTH FUND, INC.,                                 )
COLUMBIA REAL ESTATE EQUITY FUND, INC.,                           )
COLUMBIA SHORT TERM BOND FUND, INC.,                               )
COLUMBIA SMALL CAP GROWTH FUND, INC.,                            )
COLUMBIA TECHNOLOGY FUND, INC.,                                       )
FLEETBOSTON FINANCIAL CORPORATION,                               )
COLUMBIA MANAGEMENT GROUP, INC.,                                   )
COLUMBIA MANAGEMENT ADVISORS, INC.,                             )
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,                     )
COLUMBIA FUNDS DISTRIBUTOR, INC.,                                    )
JOHN DOES 1-100, CHARLES McQUAID,                                    )
RALPH WANGER, MARGARET EISEN,                                        )
LEO GUTHART, JEROME KAHN, JR.,                                          )
STEVEN KAPLAN, DAVID C. KLEINMAN,                                 )
ALLAN B. MUCHIN, ROBERT R. NASON, and                            )
JOHN A. WING,                                                                             )
      Defendants                                                                        )
_____)

_____ )

PAULA SLICKER,                                                )
     Plaintiff                                                   )
                                                   )
     v.                                                          )     CIVIL ACTION
                                                   )     NO. 04-11760-REK

COLUMBIA ACORN FUND,                                          )
COLUMBIA ACORN SELECT,                                        )
COLUMBIA ACORN USA,                                           )
COLUMBIA ASSET ALLOCATION                                     )
  FUND,                                                       )
COLUMBIA BALANCED FUND,                                       )
COLUMBIA COMMON STOCK FUND,                                   )
COLUMBIA DISCIPLINED VALUE                                    )
  FUND,                                                       )
COLUMBIA DIVIDEND INCOME FUND,                                )
COLUMBIA GROWTH & INCOME                                      )
  FUND,                                                       )
COLUMBIA GROWTH FUND,                                         )
COLUMBIA GROWTH STOCK FUND,                                   )
COLUMBIA LARGE CAP CORE FUND,                                 )
COLUMBIA LARGE CAP GROWTH FUND,                               )
COLUMBIA LARGE COMPANY INDEX FUND,                            )
COLUMBIA LIBERTY FUND,                                        )
COLUMBIA MID CAP GROWTH FUND,                                 )
COLUMBIA MID CAP VALUE FUND,                                  )
COLUMBIA REAL ESTATE EQUITY FUND,                             )
COLUMBIA SMALL CAP FUND,                                      )
COLUMBIA SMALL CAP VALUE FUND,                                )
COLUMBIA SMALL COMPANY EQUITY FUND,                           )
COLUMBIA SMALL COMPANY INDEX FUND,                            )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,                       )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH                        )
FUND,                                                         )
COLUMBIA TAX-MANAGED GROWTH FUND,                             )
COLUMBIA TAX-MANAGED GROWTH FUND II,                          )
COLUMBIA TAX-MANAGED VALUE FUND,                              )
COLUMBIA TECHNOLOGY FUND,                                     )
COLUMBIA THERMOSTAT FUND,                                     )
COLUMBIA UTILITIES FUND,                                      )
COLUMBIA YOUNG INVESTOR FUND,                                 )
COLUMBIA ACORN INTERNATIONAL FUND,                            )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,                     )

COLUMBIA EUROPE FUND,                                        )
COLUMBIA GLOBAL EQUITY FUND,                                 )
COLUMBIA INTERNATIONAL EQUITY FUND,                              )
COLUMBIA INTERNATIONAL STOCK FUND,                           )
COLUMBIA NEWPORT ASIA PACIFIC FUND,                          )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,                   )
COLUMBIA NEWPORT GREATER CHINA FUND,                         )
COLUMBIA NEWPORT TIGER FUND,                                 )
COLUMBIA CONTRARIAN INCOME FUND,                             )
COLUMBIA CORPORATE BOND FUND,                                )
COLUMBIA FEDERAL SECURITIES FUND,                            )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,                 )
COLUMBIA FLOATING RATE ADVANTAGE FUND,                       )
COLUMBIA FLOATING RATE FUND,                                 )
COLUMBIA HIGH YIELD FUND,                                    )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,                        )
COLUMBIA INCOME FUND,                                        )
COLUMBIA INTERMEDIATE BOND FUND,                             )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME                      )
  FUND,                                                      )
COLUMBIA MONEY MARKET FUND,                                  )
COLUMBIA QUALITY PLUS BONDS FUND,                            )
COLUMBIA SHORT TERM BOND FUND,                               )
COLUMBIA STRATEGIC INCOME FUND,                              )
COLUMBIA US TREASURY INDEX FUND,                             )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                         )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL                  )
  BOND,                                                      )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,                        )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND                 )
  FUND,                                                      )
COLUMBIA HIGH YIELD MUNICIPAL FUND,                          )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,                  )
COLUMBIA MANAGED MUNICIPALS FUND,                            )
COLUMBIA MASSACHUSETTS INTERMEDIATE                          )
  MUNICIPAL BOND FUND,                                       )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,                      )
COLUMBIA MUNICIPAL MONEY MARKET FUND,                        )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,                 )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL                   )
  BOND FUND,                                                 )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL                     )
  BOND FUND,                                                 )
COLUMBIA NEW YORK TAX-EXEMPT FUND,                           )

9

COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,            )
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
  BOND FUND,                                          )
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL )
  BOND FUND,                                          )
COLUMBIA TAX-EXEMPT FUND,                             )
COLUMBIA TAX-EXEMPT INSURED FUND,                     )
COLUMBIA SMALL CAP GROWTH FUND,                       )
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,               )
COLUMBIA GLOBAL THEMATIC EQUITY FUND,                 )
COLUMBIA DAILY INCOME COMPANY FUND,                   )
COLUMBIA ACORN TRUST,                                 )
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA             )
  COMMON STOCK FUND, INC.,                            )
COLUMBIA DAILY INCOME COMPANY,                        )
COLUMBIA GROWTH FUND, INC.,                           )
COLUMBIA HIGH YIELD FUND, INC.,                       )
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME           )
  FUND,                                               )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,              )
COLUMBIA MID CAP GROWTH FUND, INC.,                   )
COLUMBIA REAL ESTATE EQUITY FUND, INC.,               )
COLUMBIA SHORT TERM BOND FUND, INC.,                  )
COLUMBIA SMALL CAP GROWTH FUND, INC.,                 )
COLUMBIA TECHNOLOGY FUND, INC.,                       )
FLEETBOSTON FINANCIAL CORPORATION,                    )
COLUMBIA MANAGEMENT GROUP, INC.,                      )
COLUMBIA MANAGEMENT ADVISORS, INC.,                   )
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,               )
COLUMBIA FUNDS DISTRIBUTOR, INC.,                     )
JOHN DOES 1-100, JERRY INSKEEP, JR.,                  )
J. KEVIN CONNAUGHTON, JEFF B. CURTIS,                 )
KATHLEEN M. GRIFFIN, RICHARD J. JOHNSON,              )
JEFFREY L. LUNZER, JOSEPH R. PALOMBO,                 )
MARK A. WENTZIEN, JAMES C. GEORGE,                    )
CHARLES R. NELSON, PATRICK J. SIMPSON, and            )
RICHARD L. WOOLWORTH,                                 )
          Defendants                                  )
_____)

_____ )
R.L. SIMMONDS and JEAN S.B. SIMMONDS,              )
    Plaintiff                                                )
                                                              )
    v.                                                        )  CIVIL ACTION
                                                              )  NO. 04-11953-REK
COLUMBIA ACORN FUND,                               )
COLUMBIA ACORN SELECT,                             )
COLUMBIA ACORN USA,                                )
COLUMBIA ASSET ALLOCATION                          )
  FUND,                                                  )
COLUMBIA BALANCED FUND,                            )
COLUMBIA COMMON STOCK FUND,                        )
COLUMBIA DISCIPLINED VALUE                         )
  FUND,                                                  )
COLUMBIA DIVIDEND INCOME FUND,                             )
COLUMBIA GROWTH & INCOME                           )
  FUND,                                                  )
COLUMBIA GROWTH FUND,                              )
COLUMBIA GROWTH STOCK FUND,                        )
COLUMBIA LARGE CAP CORE FUND,                      )
COLUMBIA LARGE CAP GROWTH FUND,                    )
COLUMBIA LARGE COMPANY INDEX FUND,                 )
COLUMBIA LIBERTY FUND,                             )
COLUMBIA MID CAP GROWTH FUND,                      )
COLUMBIA MID CAP VALUE FUND,                       )
COLUMBIA REAL ESTATE EQUITY FUND,                  )
COLUMBIA SMALL CAP FUND,                           )
COLUMBIA SMALL CAP VALUE FUND,                     )
COLUMBIA SMALL COMPANY EQUITY FUND,                )
COLUMBIA SMALL COMPANY INDEX FUND,                 )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,            )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH             )
  FUND,                                                  )
COLUMBIA TAX-MANAGED GROWTH FUND,                  )
COLUMBIA TAX-MANAGED GROWTH FUND II,               )
COLUMBIA TAX-MANAGED VALUE FUND,                   )
COLUMBIA TECHNOLOGY FUND,                          )
COLUMBIA THERMOSTAT FUND,                          )
COLUMBIA UTILITIES FUND,                           )
COLUMBIA YOUNG INVESTOR FUND,                      )
COLUMBIA ACORN INTERNATIONAL FUND,                 )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,          )

11

COLUMBIA EUROPE FUND,                    )
COLUMBIA GLOBAL EQUITY FUND,      )
COLUMBIA INTERNATIONAL EQUITY FUND,      )
COLUMBIA INTERNATIONAL STOCK FUND,   )
COLUMBIA NEWPORT ASIA PACIFIC FUND,   )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,   )
COLUMBIA NEWPORT GREATER CHINA FUND,   )
COLUMBIA NEWPORT TIGER FUND,   )
COLUMBIA CONTRARIAN INCOME FUND,   )
COLUMBIA CORPORATE BOND FUND,   )
COLUMBIA FEDERAL SECURITIES FUND,   )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,   )
COLUMBIA FLOATING RATE ADVANTAGE FUND,   )
COLUMBIA FLOATING RATE FUND,   )
COLUMBIA HIGH YIELD FUND,   )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,   )
COLUMBIA INCOME FUND,   )
COLUMBIA INTERMEDIATE BOND FUND,   )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME   )
  FUND,   )
COLUMBIA MONEY MARKET FUND,   )
COLUMBIA QUALITY PLUS BONDS FUND,   )
COLUMBIA SHORT TERM BOND FUND,   )
COLUMBIA STRATEGIC INCOME FUND,   )
COLUMBIA US TREASURY INDEX FUND,   )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,   )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL   )
  BOND,   )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,   )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND   )
  FUND,   )
COLUMBIA HIGH YIELD MUNICIPAL FUND,   )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,   )
COLUMBIA MANAGED MUNICIPALS FUND,   )
COLUMBIA MASSACHUSETTS INTERMEDIATE   )
  MUNICIPAL BOND FUND,   )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,   )
COLUMBIA MUNICIPAL MONEY MARKET FUND,   )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,   )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL   )
  BOND FUND,   )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL   )
  BOND FUND,   )
COLUMBIA NEW YORK TAX-EXEMPT FUND,   )

12

COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,    )
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
  BOND FUND,    )
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL  )
  BOND FUND,    )
COLUMBIA TAX-EXEMPT FUND,    )
COLUMBIA TAX-EXEMPT INSURED FUND,    )
COLUMBIA SMALL CAP GROWTH FUND,    )
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,    )
COLUMBIA GLOBAL THEMATIC EQUITY FUND,    )
COLUMBIA DAILY INCOME COMPANY FUND,    )
COLUMBIA ACORN TRUST,    )
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA    )
  COMMON STOCK FUND, INC.,    )
COLUMBIA DAILY INCOME COMPANY,    )
COLUMBIA GROWTH FUND, INC.,    )
COLUMBIA HIGH YIELD FUND, INC.,    )
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME  )
  FUND,    )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,    )
COLUMBIA MID CAP GROWTH FUND, INC.,    )
COLUMBIA REAL ESTATE EQUITY FUND, INC.,    )
COLUMBIA SHORT TERM BOND FUND, INC.,    )
COLUMBIA SMALL CAP GROWTH FUND, INC.,    )
COLUMBIA TECHNOLOGY FUND, INC.,    )
FLEETBOSTON FINANCIAL CORPORATION,    )
COLUMBIA MANAGEMENT GROUP, INC.,    )
COLUMBIA MANAGEMENT ADVISORS, INC.,    )
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,    )
COLUMBIA FUNDS DISTRIBUTOR, INC.,    )
JOHN DOES 1-100, CHARLES McQUAID,    )
RALPH WANGER, MARGARET EISEN,    )
LEO GUTHART, JEROME KAHN, JR.,    )
STEVEN KAPLAN, DAVID C. KLEINMAN,    )
ALLAN B. MUCHIN, ROBERT R. NASON, and    )
JOHN A. WING,    )
      Defendants    )
_____)

ORDER
March 2, 2005

13

The unopposed motion to consolidate is allowed and these cases are consolidated under the title:

**In re COLUMBIA ENTITIES LITIGATION, CIVIL ACTION NO. 04-11704-REK, ALL CASES.**

The next **Case Management Conference** is set for **Thursday, April 7, 2005, at 11:00 a.m.**, at which time the court will hear the motion to appoint counsel (Docket No. 6, filed September 10, 2004), and opposition to it.

Persons and entities filing documents applicable to **ALL CASES** are encouraged to file under only the title, **In re COLUMBIA ENTITIES LITIGATION, CIVIL ACTION NO. 04-11704-REK, ALL CASES**.

Persons and entities filing a document applicable to **less than ALL CASES** are encouraged to file under **In re COLUMBIA ENTITIES LITIGATION, CIVIL ACTION NO. 04-11704-REK, followed by the title of the case or cases to which the document is applicable**.

_____/s/Robert E. Keeton_____

Robert E. Keeton
Senior United States District Judge