UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION ) ) ) ) | Civil Action No. 04-11704-REK |

## NOTICE OF APPEARANCE

Please enter the appearance of Brien T. O'Connor as attorney for the following defendants:

Columbia Asset Allocation Fund
Columbia Balanced Fund
Columbia Common Stock Fund
Columbia Disciplined Value Fund
Columbia Dividend Income Fund
Columbia Growth & Income Fund
Columbia Growth Fund
Columbia Growth Stock Fund
Columbia Large Cap Core Fund
Columbia Large Cap Growth Fund
Columbia Large Company Index Fund
Columbia Liberty Fund
Columbia Mid Cap Growth Fund
Columbia Mid Cap Value Fund
Columbia Real Estate Equity Fund
Columbia Small Cap Fund
Columbia Small Cap Value Fund
Columbia Small Company Equity Fund
Columbia Small Company Index Fund
Columbia Strategic Investor Fund, Inc.
Columbia Tax-Managed Aggressive Growth Fund
Columbia Tax-Managed Growth Fund
Columbia Tax-Managed Growth Fund II
Columbia Tax-Managed Value Fund
Columbia Technology Fund
Columbia Utilities Fund

9676470_1.DOC

Columbia Young Investor Fund
Columbia Europe Fund
Columbia Global Equity Fund
Columbia International Equity Fund
Columbia International Stock Fund
Columbia Newport Asia Pacific Fund
Columbia Newport Japan Opportunities Fund
Columbia Newport Greater China Fund
Columbia Newport Tiger Fund
Columbia Contrarian Income Fund
Columbia Corporate Bond Fund
Columbia Federal Securities Fund
Columbia Fixed Income Securities Fund
Columbia Floating Rate Advantage Fund
Columbia Floating Rate Fund
Columbia High Yield Fund
Columbia High Yield Opportunity Fund
Columbia Income Fund
Columbia Intermediate Bond Fund
Columbia Intermediate Government Income Fund
Columbia Money Market Fund
Columbia Quality Plus Bond Fund
Columbia Short Term Bond Fund
Columbia Strategic Income Fund
Columbia US Treasury Index Fund
Columbia California Tax-Exempt Fund
Columbia Connecticut Intermediate Municipal Bond
Columbia Connecticut Tax-Exempt Fund
Columbia Florida Intermediate Municipal Bond Fund
Columbia High Yield Municipal Fund
Columbia Intermediate Tax-Exempt Bond Fund
Columbia Managed Municipals Fund
Columbia Massachusetts Intermediate Municipal Bond Fund
Columbia Massachusetts Tax-Exempt Fund
Columbia Municipal Money Market Fund
Columbia National Municipal Bond Fund, Inc.
Columbia New Jersey Intermediate Municipal Bond Fund
Columbia New York Intermediate Municipal Bond Fund
Columbia New York Tax-Exempt Fund
Columbia Oregon Municipal Bond Fund, Inc.
Columbia Pennsylvania Intermediate Municipal Bond Fund
Columbia Rhode Island Intermediate Municipal Bond Fund
Columbia Tax-Exempt Fund
Columbia Tax-Exempt Insured Fund
Columbia Small Cap Growth Fund
Columbia European Thematic Equity Fund

-3-

Columbia Global Thematic Equity Fund
Columbia Daily Income Company Fund
Columbia Balanced Fund, Inc.,/or Columbia Common Stock Fund, Inc.
Columbia Daily Income Company
Columbia Growth Fund, Inc.
Columbia High Yield Fund, Inc.
Columbia Institutional Floating Rate Income Fund
Columbia International Stock Fund, Inc.
Columbia Mid Cap Growth Fund, Inc.
Columbia Real Estate Equity Fund, Inc.
Columbia Short Term Bond Fund, Inc.
Columbia Small Cap Growth Fund, Inc.
Columbia Technology Fund, Inc.

Respectfully submitted,

Columbia Funds and
Columbia Funds Trust, excluding Columbia
Acorn Trust and Columbia Acorn Funds,

By their attorneys,

/s/ Brien T. O'Connor
Brien T. O'Connor, BBO #546767
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated:  March 17, 2005

Certificate of Service

      I hereby certify that on this 17th day of March, 2005, a copy of the foregoing has been served by first class mail upon the following counsel:

Frances S. Cohen
Matthew M. Lyons
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116

Stephen J. McDonnell
DECHERT LLP
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103

David A. Kotler
DECHERT LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543

*Attorneys For the Adviser/Distributor Defendant*


Jules Brody
Aaron Brody
Tzivia Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue
New York, NY 10176

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street
Boston, MA 02109

*Attorney for Plaintiffs Jean S.B. Simmonds and R.L. Simmonds*

-4-

David Pastor
GILMAN & PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

Marc A. Topaz
Richard A. Maniskas
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004

*Attorneys for Plaintiff Paula Slicker*


Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109

Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
MILBERG WEISS BERSHAD & SCHULMAN LLP
One Pennsylvania Plaza
New York, NY  10119

Charles J. Piven
Marshall N. Perkins
LAW OFFICES OF CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore
Suite 2525
201 East Pratt Street
Baltimore, MD  21202

*Attorneys for Plaintiff Joan Cohen*


Jules Brody
Aaron Brody
Tzivia Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY  10017

-6-

Joseph H. Weiss
WEISS & YOURMAN
551 Fifth Avenue
New York, NY  10176

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA  02109

*Attorneys for Plaintiff Gene Osburn*

                                                            /s/ Giselle J. Joffre
                                                            Giselle J. Joffre