UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: COLUMBIA ENTITIES LITIGATION | ) ) ) ) | CA No: 04-11704-REK ALL CASES |

**PLAINTIFFS= UNOPPOSED MOTION
FOR LEAVE TO FILE REPLY**

Now come the Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S. B. Simmonds and R. L. Simmonds ("Plaintiffs") and hereby move this court for leave to file a reply to The Columbia Funds and Trustee Defendants' Memorandum of Law in Opposition to the Plaintiffs' Motion for Appointment of Co-Lead Counsel and Appointment of Liaison Counsel. As grounds therefore, Plaintiffs state that the material in the Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Appointment of Co-Lead Counsel and Appointment of Liaison Counsel attached hereto will aid the Court in its consideration of the Motion pending before it. The Columbia Funds and Trustee Defendants do not oppose this Motion.

Dated:  April 6, 2005                                      Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD**
  **& SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed*
*Co-Lead Counsel*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B.*
*Simmonds and R.L. Simmonds and Proposed*
*Co-Lead Counsel*


**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs Joan Cohen, Paula Slicker, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds, certify that I consulted with Timothy O. Egan, Esquire, Peabody & Arnold LLP, counsel for the Columbia Funds Defendants and the Columbia Independent Trustee Defendants, by telephone on April 5, 2005 regarding the within Motion.  Attorney Egan does not oppose this motion.

Dated:    April 6, 2005

/s/ Nancy Freeman Gans  
Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 6th day of April, 2005.

/s/ Daniel P. Dietrich  
Daniel P. Dietrich