## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOAN COHEN, on Behalf of Herself and all Others Similarly Situated, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04cv11704 (REK) |
| vs. | ) | |
| FLEETBOSTON FINANCIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |
| GENE F. OSBURN, Individually And On Behalf Of All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04cv11750 (REK) |
| vs. | ) | |
| FLEETBOSTON FINANCIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |
| PAULA SLICKER, on Behalf of Herself and all Others Similarly Situated, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04cv11760 (REK) |
| vs. | ) | |
| FLEETBOSTON FINANCIAL CORPORATION, et al., | ) | |
| Defendants. | ) | |

[Caption continues on next page]

## DECLARATION OF CLIFFORD GOODSTEIN

JEAN S.B. SIMMONDS and R.L. SIMMONDS,  )
Individually And On Behalf Of All Others Similarly  )
Situated,  )
                                                )
                         Plaintiffs,  )         Civil Action No. 04cv11953 (REK)
                                                )
     vs.  )
                                                )
FLEETBOSTON FINANCIAL CORPORATION,  )
et al.,  )
                                                )
                     Defendants.  )

        I, CLIFFORD GOODSTEIN, under penalty of perjury pursuant to 28 U.S.C.

1746, declare as follows:

        1.     I am a member of the Bar of New York and the law firm of Milberg Weiss

Bershad & Schulman LLP. I am submitting this declaration in support of Plaintiffs' Motion For

Appointment Of Co-Lead Counsel And Liaison Counsel. I am fully familiar with the facts set

forth herein.

        2.     This firm is lead counsel for Jackie Williams, the court-appointed lead

class plaintiff in In re Alger, Columbia, Janus, MFS, One Group, Pimco and Putnam (Columbia

Sub-Track), MDL 1586, District of Maryland Case No. 04-md-15863 (the "MDL Action"). On

Ms. Williams' behalf, and in consultation with her, we filed an amended complaint in the

Columbia Sub-Track on September 29, 2004.

        3.     The amended complaint in the MDL Action names as defendants the

registrants of the relevant Columbia funds including, *inter alia,* Columbia High Yield Fund, Inc.,

Columbia International Stock Fund, Inc., and Columbia Mid Cap Growth Fund, Inc. (the

"Registrants"), who are the registrants for Columbia High Yield Fund, Columbia International

Stock Fund, and Columbia Mid Cap Growth Fund. The registrants for the great majority of

Columbia funds are separate entities with different names from the underlying funds.

4.    The Registrants were named solely to the extent that they have a separate corporate existence from the funds themselves, and only for the purpose of seeking a recovery from assets aside from investor deposits held by the Registrants. As to the Registrants, the lead plaintiff will not seek any recovery from monies held by any of the Registrants consisting of investor deposits (including securities, cash or other assets related or traceable thereto). The choice not to seek fund assets was a choice made by the Lead Plaintiffs in the other mutual fund family subtracks as well, as any recovery taken from investor deposits would hurt many of the same investors the litigation is intended to protect.

5.    Indeed, our choice to name entities as registrants and not as funds is demonstrated by the Corrected Notice of Parties Added And Parties Against Whom All Claims Are Dropped attached hereto as Exhibit A. That notice makes clear that all Columbia funds that had separate registrants were dropped as defendants from the litigation at the time the amended complaint was filed.

6.    Neither this declaration nor any of its contents is intended to waive any attorney-client privilege.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6ᵗʰ day of April, 2005.

_____
CLIFFORD GOODSTEIN

2

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE ALGER, COLUMBIA, JANUS, MFS, ONE GROUP, PIMCO AND PUTNAM | Civil Action No. 04-MD-15863 |
| DUKES et al. v. COLUMBIA ACORN FUND et al. ("Lead Case") | Civil Action No. 04CV01763<br>Honorable J. Frederick Motz |

**CORRECTED NOTICE OF PARTIES ADDED AND PARTIES
AGAINST WHOM ALL CLAIMS ARE DROPPED PURSUANT
TO THE LETTER OF THE HONORABLE J. FREDERICK MOTZ
DATED SEPTEMBER 24, 2004**

I.    **Parties Added**

**Plaintiff**

Jackie Williams

**Defendants**

AST Trust Co.
Aurum Securities Corp.
Bank of America Corporation
Banc of America Securities LLC
Bear Stearns & Co. Inc.
Bear Stearns Securities Corporation
Canary Capital Partners, LLC
Canary Capital Partners, Ltd.
Canary Investment Management, LLC
Cantella & Co., Inc.
Charles P. McQuaid
Charles R. Nelson
Columbia Funds Services, Inc.
D. R. Loeser & Company, Inc.
Daniel G. Calugar
Edward J. Stern
Grant D. Seeger
Ilytat, L.P.
James Tambone
Janet Langford Kelly
John J. Neuhauser
Joseph Palombo
Kaplan & Co. Securities, Inc.

Liberty Variable Investment Trust
Louis Tasiopoulos
Michael Grady
Patrick J. Simpson
Pritchard Capital Partners, LLC
Prudential Securities, Inc.
Ralph Wanger
Richard L. Woolworth
Richard W. Lowry
Ritchie Capital Management, Inc.
Ryan Goldberg
Samaritan Asset Management
Schield Management Company
Security Brokerage, Inc.
Signalert Corporation
Stephen E. Gibson
Tandem Financial Services, Inc.
Trautman Wasserman & Co., Inc.

## II.    Parties Against Whom All Claims Are Dropped

Columbia Acorn Fund
Columbia Acorn International
Columbia Acorn International Select
Columbia Acorn Select
Columbia Acorn USA
Columbia Asset Allocation Fund
Columbia Balanced Fund
Columbia Balanced Fund Inc./OR
Columbia Common Stock Fund, Inc.
Columbia California Tax-Exempt Fund
Columbia Common Stock Fund
Columbia Connecticut Intermediate Municipal Bond
Columbia Connecticut Tax-Exempt Fund
Columbia Contrarian Income Fund
Columbia Corporate Bond Fund
Columbia Daily Income Company
Columbia Daily Income Company Fund
Columbia Disciplined Value Fund
Columbia Dividend Income Fund
Columbia Europe Fund
Columbia European Thematic Equity Fund
Columbia Federal Securities Fund
Columbia Fixed Income Securities Fund
Columbia Fixed Income Securities Fund Inc.
Columbia Floating Rate Advantage Fund
Columbia Floating Rate Fund

Columbia Florida Intermediate Municipal Bond Fund
Columbia Funds Trust IX
Columbia Global Equity Fund
Columbia Global Thematic Equity Fund
Columbia Growth & Income Fund
Columbia Growth Fund
Columbia Growth Fund Inc.
Columbia Growth Stock Fund
Columbia High Yield Fund
Columbia High Yield Municipal Fund
Columbia High Yield Opportunity Fund
Columbia Income Fund
Columbia Institutional Floating Rate Income Fund
Columbia Intermediate Bond Fund
Columbia Intermediate Government Income Fund
Columbia Intermediate Tax-Exempt Bond Fund
Columbia International Equity Fund
Columbia International Stock Fund
Columbia Large Cap Core Fund
Columbia Large Cap Growth Fund
Columbia Large Company Index Fund
Columbia Liberty Fund
Columbia Managed Municipals Fund
Columbia Massachusetts Intermediate Municipal Bond Fund
Columbia Massachusetts Tax-Exempt Fund
Columbia Mid Cap Growth Fund
Columbia Mid Cap Value Fund
Columbia Money Market Fund
Columbia Municipal Money Market Fund
Columbia National Municipal Bond Fund
Columbia National Municipal Bond Fund Inc.
Columbia New Jersey Intermediate Municipal Bond Fund
Columbia New York Intermediate Municipal Bond Fund
Columbia New York Tax-Exempt Fund
Columbia Newport Asia Pacific Fund
Columbia Newport Greater China Fund
Columbia Newport Japan Opportunities Fund
Columbia Newport Tiger Fund
Columbia Oregon Municipal Bond Fund
Columbia Oregon Municipal Bond Fund Inc.
Columbia Pennsylvania Intermediate Municipal Bond Fund
Columbia Quality Plus Bond Fund
Columbia Real Estate Equity Fund
Columbia Real Estate Equity Fund Inc.
Columbia Rhode Island Intermediate Municipal Bond Fund
Columbia Short Term Bond Fund

Columbia Short Term Bond Fund Inc.
Columbia Small Cap Fund
Columbia Small Cap Growth Fund
Columbia Small Cap Growth Fund Inc.
Columbia Small Cap Value Fund
Columbia Small Company Equity Fund
Columbia Small Company Index Fund
Columbia Strategic Income Fund
Columbia Strategic Investor Fund
Columbia Strategic Investor Fund Inc.
Columbia Tax-Exempt Fund
Columbia Tax-Exempt Insured Fund
Columbia Tax-Managed Aggressive Growth Fund
Columbia Tax-Managed Growth Fund
Columbia Tax-Managed Growth Fund II
Columbia Tax-Managed Value Fund
Columbia Technology Fund
Columbia Technology Fund Inc.
Columbia Thermostat Fund
Columbia U.S. Treasury Index Fund
Columbia Utilities Fund
Columbia Young Investor Fund
John Does 1-100

## III.    Parties Whose Ownership Has Changed

FleetBoston Financial Corporation

Since the filing of the initial complaint, FleetBoston Financial Corporation has

merged with and into Bank of America Corporation, who is named as a defendant in the

Consolidated Amended Complaint.  FleetBoston Financial Corporation otherwise ceases

to exist.

Dated: November 4, 2004

Respectfully submitted,

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**

_____/s/_____

Melvyn I. Weiss
David J. Bershad
Deborah Clark-Weintraub
Clifford S. Goodstein
Kim E. Levy
One Pennsylvania Plaza
New York, NY  10119-0165
Telephone:    (212) 594-5300
Facsimile:    (212) 868-1229

**Counsel for Lead Plaintiff Jackie
Williams and Lead Class Counsel for the
Columbia Subtrack**