UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
In re COLUMBIA ENTITIES LITIGATION,             ) CIVIL ACTION
                                                ) NO. 04-11704-REK
_____) ALL CASES


_____
                                                )
JOAN COHEN,                                     )
R.L. SIMMONDS,                                  )
JEAN S.B. SIMMONDS,                             )
PAULA SLICKER,                                  )
GENE F. OSBURN,                                 )
        Plaintiffs                              )
                                                )
        v.                                      ) CIVIL ACTION
                                                ) NO. 04-11704-REK
COLUMBIA ACORN FUND,                            ) LEAD CASE
COLUMBIA ACORN SELECT,                          )
COLUMBIA ACORN USA,                             )
COLUMBIA ASSET ALLOCATION                       )
  FUND,                                         )
COLUMBIA BALANCED FUND,                         )
COLUMBIA COMMON STOCK FUND,                     )
COLUMBIA DISCIPLINED VALUE                      )
  FUND,                                         )
COLUMBIA DIVIDEND INCOME FUND,                       )
COLUMBIA GROWTH & INCOME                        )
  FUND,                                         )
COLUMBIA GROWTH FUND,                           )
COLUMBIA GROWTH STOCK FUND,                     )
COLUMBIA LARGE CAP CORE FUND,                   )
COLUMBIA LARGE CAP GROWTH FUND,                 )
COLUMBIA LARGE COMPANY INDEX FUND,              )
COLUMBIA LIBERTY FUND,                          )
COLUMBIA MID CAP GROWTH FUND,                   )
COLUMBIA MID CAP VALUE FUND,                    )
COLUMBIA REAL ESTATE EQUITY FUND,               )
COLUMBIA SMALL CAP FUND,                        )
COLUMBIA SMALL CAP VALUE FUND,                  )
COLUMBIA SMALL COMPANY EQUITY FUND,             )

COLUMBIA SMALL COMPANY INDEX FUND,                     )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,                )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH                  )
  FUND,                                                )
COLUMBIA TAX-MANAGED GROWTH FUND,                      )
COLUMBIA TAX-MANAGED GROWTH FUND II,                   )
COLUMBIA TAX-MANAGED VALUE FUND,                       )
COLUMBIA TECHNOLOGY FUND,                              )
COLUMBIA THERMOSTAT FUND,                              )
COLUMBIA UTILITIES FUND,                               )
COLUMBIA YOUNG INVESTOR FUND,                          )
COLUMBIA ACORN INTERNATIONAL FUND,                     )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,              )
COLUMBIA EUROPE FUND,                                  )
COLUMBIA GLOBAL EQUITY FUND,                           )
COLUMBIA INTERNATIONAL EQUITY FUND,                        )
COLUMBIA INTERNATIONAL STOCK FUND,                     )
COLUMBIA NEWPORT ASIA PACIFIC FUND,                    )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,             )
COLUMBIA NEWPORT GREATER CHINA FUND,                   )
COLUMBIA NEWPORT TIGER FUND,                           )
COLUMBIA CONTRARIAN INCOME FUND,                       )
COLUMBIA CORPORATE BOND FUND,                          )
COLUMBIA FEDERAL SECURITIES FUND,                      )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,           )
COLUMBIA FLOATING RATE ADVANTAGE FUND,                 )
COLUMBIA FLOATING RATE FUND,                           )
COLUMBIA HIGH YIELD FUND,                              )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,                  )
COLUMBIA INCOME FUND,                                  )
COLUMBIA INTERMEDIATE BOND FUND,                       )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME                )
  FUND,                                                )
COLUMBIA MONEY MARKET FUND,                            )
COLUMBIA QUALITY PLUS BOND FUND,                       )
COLUMBIA SHORT TERM BOND FUND,                         )
COLUMBIA STRATEGIC INCOME FUND,                        )
COLUMBIA US TREASURY INDEX FUND,                       )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                   )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL            )
  BOND,                                                )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,                  )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND           )
  FUND,                                                )

COLUMBIA HIGH YIELD MUNICIPAL FUND,                          )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,   )
COLUMBIA MANAGED MUNICIPALS FUND,                          )
COLUMBIA MASSACHUSETTS INTERMEDIATE               )
   MUNICIPAL BOND FUND,                                                    )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,          )
COLUMBIA MUNICIPAL MONEY MARKET FUND,               )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,     )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL     )
   BOND FUND,                                                                     )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL      )
   BOND FUND,                                                                     )
COLUMBIA NEW YORK TAX-EXEMPT FUND,                     )
COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,        )
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
   BOND FUND,                                                                     )
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL )
   BOND FUND,                                                                     )
COLUMBIA TAX-EXEMPT FUND,                                        )
COLUMBIA TAX-EXEMPT INSURED FUND,                        )
COLUMBIA SMALL CAP GROWTH FUND,                           )
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,          )
COLUMBIA GLOBAL THEMATIC EQUITY FUND,             )
COLUMBIA DAILY INCOME COMPANY FUND,                  )
COLUMBIA ACORN TRUST,                                              )
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA         )
   COMMON STOCK FUND, INC.,                                       )
COLUMBIA DAILY INCOME COMPANY,                            )
COLUMBIA GROWTH FUND, INC.,                                   )
COLUMBIA HIGH YIELD FUND, INC.,                              )
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME  )
   FUND,                                                                            )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,          )
COLUMBIA MID CAP GROWTH FUND, INC.,                    )
COLUMBIA REAL ESTATE EQUITY FUND, INC.,             )
COLUMBIA SHORT TERM BOND FUND, INC.,                  )
COLUMBIA SMALL CAP GROWTH FUND, INC.,               )
COLUMBIA TECHNOLOGY FUND, INC.,                           )
FLEETBOSTON FINANCIAL CORPORATION,                    )
COLUMBIA MANAGEMENT GROUP, INC.,                       )
COLUMBIA MANAGEMENT ADVISORS, INC.,                  )
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,        )
COLUMBIA FUNDS DISTRIBUTOR, INC.,                        )
JOHN DOES 1-100, CHARLES McQUAID,                        )

RALPH WANGER, MARGARET EISEN,                          )
LEO GUTHART, JEROME KAHN, JR.,                         )
STEVEN KAPLAN, DAVID C. KLEINMAN,                      )
ALLAN B. MUCHIN, ROBERT R. NASON, and                 )
JOHN A. WING,                                         )
       Defendants                                    )
_____)

_____  )
GENE F. OSBURN,                                                                      )
      Plaintiff                                                                    )
                                                                                                )
      v.                                                                                 )  CIVIL ACTION
                                                                                                )  NO. 04-11750-REK
COLUMBIA ACORN FUND,                                                      )
COLUMBIA ACORN SELECT,                                                  )
COLUMBIA ACORN USA,                                                        )
COLUMBIA ASSET ALLOCATION                                          )
  FUND,                                                                                )
COLUMBIA BALANCED FUND,                                               )
COLUMBIA COMMON STOCK FUND,                                     )
COLUMBIA DISCIPLINED VALUE                                           )
  FUND,                                                                                )
COLUMBIA DIVIDEND INCOME FUND,                                                    )
COLUMBIA GROWTH & INCOME                                           )
  FUND,                                                                                )
COLUMBIA GROWTH FUND,                                                   )
COLUMBIA GROWTH STOCK FUND,                                      )
COLUMBIA LARGE CAP CORE FUND,                                    )
COLUMBIA LARGE CAP GROWTH FUND,                              )
COLUMBIA LARGE COMPANY INDEX FUND,                        )
COLUMBIA LIBERTY FUND,                                                    )
COLUMBIA MID CAP GROWTH FUND,                                   )
COLUMBIA MID CAP VALUE FUND,                                       )
COLUMBIA REAL ESTATE EQUITY FUND,                             )
COLUMBIA SMALL CAP FUND,                                             )
COLUMBIA SMALL CAP VALUE FUND,                                  )
COLUMBIA SMALL COMPANY EQUITY FUND,                      )
COLUMBIA SMALL COMPANY INDEX FUND,                        )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,                   )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH          )
  FUND,                                                                                )
COLUMBIA TAX-MANAGED GROWTH FUND,                       )
COLUMBIA TAX-MANAGED GROWTH FUND II,                    )
COLUMBIA TAX-MANAGED VALUE FUND,                           )
COLUMBIA TECHNOLOGY FUND,                                         )
COLUMBIA THERMOSTAT FUND,                                          )
COLUMBIA UTILITIES FUND,                                                 )
COLUMBIA YOUNG INVESTOR FUND,                                  )
COLUMBIA ACORN INTERNATIONAL FUND,                        )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,         )

COLUMBIA EUROPE FUND,                                          )
COLUMBIA GLOBAL EQUITY FUND,                                  )
COLUMBIA INTERNATIONAL EQUITY FUND,                                    )
COLUMBIA INTERNATIONAL STOCK FUND,                           )
COLUMBIA NEWPORT ASIA PACIFIC FUND,                          )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,                   )
COLUMBIA NEWPORT GREATER CHINA FUND,                         )
COLUMBIA NEWPORT TIGER FUND,                                 )
COLUMBIA CONTRARIAN INCOME FUND,                             )
COLUMBIA CORPORATE BOND FUND,                                )
COLUMBIA FEDERAL SECURITIES FUND,                            )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,                 )
COLUMBIA FLOATING RATE ADVANTAGE FUND,                       )
COLUMBIA FLOATING RATE FUND,                                 )
COLUMBIA HIGH YIELD FUND,                                    )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,                        )
COLUMBIA INCOME FUND,                                        )
COLUMBIA INTERMEDIATE BOND FUND,                             )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME                      )
  FUND,                                                      )
COLUMBIA MONEY MARKET FUND,                                  )
COLUMBIA QUALITY PLUS BONDS FUND,                            )
COLUMBIA SHORT TERM BOND FUND,                               )
COLUMBIA STRATEGIC INCOME FUND,                              )
COLUMBIA US TREASURY INDEX FUND,                             )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                         )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL                  )
  BOND,                                                      )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,                        )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND                 )
  FUND,                                                      )
COLUMBIA HIGH YIELD MUNICIPAL FUND,                          )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,                  )
COLUMBIA MANAGED MUNICIPALS FUND,                            )
COLUMBIA MASSACHUSETTS INTERMEDIATE                          )
  MUNICIPAL BOND FUND,                                       )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,                      )
COLUMBIA MUNICIPAL MONEY MARKET FUND,                        )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,                 )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL                   )
  BOND FUND,                                                 )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL                     )
  BOND FUND,                                                 )
COLUMBIA NEW YORK TAX-EXEMPT FUND,                           )

COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,　　　)
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
　BOND FUND,　　　　　　　　　　　　　　　　　　)
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL )
　BOND FUND,　　　　　　　　　　　　　　　　　　)
COLUMBIA TAX-EXEMPT FUND,　　　　　　　　　　　)
COLUMBIA TAX-EXEMPT INSURED FUND,　　　　　　　)
COLUMBIA SMALL CAP GROWTH FUND,　　　　　　　　)
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,　　　　)
COLUMBIA GLOBAL THEMATIC EQUITY FUND,　　　　　)
COLUMBIA DAILY INCOME COMPANY FUND,　　　　　　)
COLUMBIA ACORN TRUST,　　　　　　　　　　　　　)
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA　　　 )
　COMMON STOCK FUND, INC.,　　　　　　　　　　　)
COLUMBIA DAILY INCOME COMPANY,　　　　　　　　)
COLUMBIA GROWTH FUND, INC.,　　　　　　　　　　)
COLUMBIA HIGH YIELD FUND, INC.,　　　　　　　　　)
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME　　)
　FUND,　　　　　　　　　　　　　　　　　　　　 )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,　　　　)
COLUMBIA MID CAP GROWTH FUND, INC.,　　　　　　)
COLUMBIA REAL ESTATE EQUITY FUND, INC.,　　　　　)
COLUMBIA SHORT TERM BOND FUND, INC.,　　　　　　)
COLUMBIA SMALL CAP GROWTH FUND, INC.,　　　　　)
COLUMBIA TECHNOLOGY FUND, INC.,　　　　　　　　)
FLEETBOSTON FINANCIAL CORPORATION,　　　　　　)
COLUMBIA MANAGEMENT GROUP, INC.,　　　　　　　)
COLUMBIA MANAGEMENT ADVISORS, INC.,　　　　　　)
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,　　　　)
COLUMBIA FUNDS DISTRIBUTOR, INC.,　　　　　　　)
JOHN DOES 1-100, CHARLES McQUAID,　　　　　　　)
RALPH WANGER, MARGARET EISEN,　　　　　　　　)
LEO GUTHART, JEROME KAHN, JR.,　　　　　　　　　)
STEVEN KAPLAN, DAVID C. KLEINMAN,　　　　　　　)
ALLAN B. MUCHIN, ROBERT R. NASON, and　　　　　)
JOHN A. WING,　　　　　　　　　　　　　　　　　)
　　　　Defendants　　　　　　　　　　　　　　　)
_____)

_____ )
PAULA SLICKER,                                   )
    Plaintiff                 )
                                                 )
    v.                         ) CIVIL ACTION
                                                 ) NO. 04-11760-REK
COLUMBIA ACORN FUND,                             )
COLUMBIA ACORN SELECT,                           )
COLUMBIA ACORN USA,                              )
COLUMBIA ASSET ALLOCATION                        )
  FUND,                                  )
COLUMBIA BALANCED FUND,                          )
COLUMBIA COMMON STOCK FUND,                      )
COLUMBIA DISCIPLINED VALUE                       )
  FUND,                                  )
COLUMBIA DIVIDEND INCOME FUND,                        )
COLUMBIA GROWTH & INCOME                         )
  FUND,                                  )
COLUMBIA GROWTH FUND,                            )
COLUMBIA GROWTH STOCK FUND,                      )
COLUMBIA LARGE CAP CORE FUND,                    )
COLUMBIA LARGE CAP GROWTH FUND,                  )
COLUMBIA LARGE COMPANY INDEX FUND,               )
COLUMBIA LIBERTY FUND,                           )
COLUMBIA MID CAP GROWTH FUND,                    )
COLUMBIA MID CAP VALUE FUND,                     )
COLUMBIA REAL ESTATE EQUITY FUND,                )
COLUMBIA SMALL CAP FUND,                         )
COLUMBIA SMALL CAP VALUE FUND,                   )
COLUMBIA SMALL COMPANY EQUITY FUND,              )
COLUMBIA SMALL COMPANY INDEX FUND,               )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,          )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH           )
FUND,                                            )
COLUMBIA TAX-MANAGED GROWTH FUND,                )
COLUMBIA TAX-MANAGED GROWTH FUND II,             )
COLUMBIA TAX-MANAGED VALUE FUND,                 )
COLUMBIA TECHNOLOGY FUND,                        )
COLUMBIA THERMOSTAT FUND,                        )
COLUMBIA UTILITIES FUND,                         )
COLUMBIA YOUNG INVESTOR FUND,                    )
COLUMBIA ACORN INTERNATIONAL FUND,               )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,        )

8

COLUMBIA EUROPE FUND,                                              )
COLUMBIA GLOBAL EQUITY FUND,                                       )
COLUMBIA INTERNATIONAL EQUITY FUND,                                    )
COLUMBIA INTERNATIONAL STOCK FUND,                                )
COLUMBIA NEWPORT ASIA PACIFIC FUND,                               )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,                        )
COLUMBIA NEWPORT GREATER CHINA FUND,                              )
COLUMBIA NEWPORT TIGER FUND,                                      )
COLUMBIA CONTRARIAN INCOME FUND,                                  )
COLUMBIA CORPORATE BOND FUND,                                     )
COLUMBIA FEDERAL SECURITIES FUND,                                 )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,                      )
COLUMBIA FLOATING RATE ADVANTAGE FUND,                            )
COLUMBIA FLOATING RATE FUND,                                      )
COLUMBIA HIGH YIELD FUND,                                         )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,                             )
COLUMBIA INCOME FUND,                                             )
COLUMBIA INTERMEDIATE BOND FUND,                                  )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME                           )
  FUND,                                                           )
COLUMBIA MONEY MARKET FUND,                                       )
COLUMBIA QUALITY PLUS BONDS FUND,                                 )
COLUMBIA SHORT TERM BOND FUND,                                    )
COLUMBIA STRATEGIC INCOME FUND,                                   )
COLUMBIA US TREASURY INDEX FUND,                                  )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                              )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL                       )
  BOND,                                                           )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,                             )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND                      )
  FUND,                                                           )
COLUMBIA HIGH YIELD MUNICIPAL FUND,                               )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,                       )
COLUMBIA MANAGED MUNICIPALS FUND,                                 )
COLUMBIA MASSACHUSETTS INTERMEDIATE                               )
  MUNICIPAL BOND FUND,                                            )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,                           )
COLUMBIA MUNICIPAL MONEY MARKET FUND,                             )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,                      )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL                        )
  BOND FUND,                                                      )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL                          )
  BOND FUND,                                                      )
COLUMBIA NEW YORK TAX-EXEMPT FUND,                                )

COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,    )
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
  BOND FUND,    )
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL    )
  BOND FUND,    )
COLUMBIA TAX-EXEMPT FUND,    )
COLUMBIA TAX-EXEMPT INSURED FUND,    )
COLUMBIA SMALL CAP GROWTH FUND,    )
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,    )
COLUMBIA GLOBAL THEMATIC EQUITY FUND,    )
COLUMBIA DAILY INCOME COMPANY FUND,    )
COLUMBIA ACORN TRUST,    )
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA    )
  COMMON STOCK FUND, INC.,    )
COLUMBIA DAILY INCOME COMPANY,    )
COLUMBIA GROWTH FUND, INC.,    )
COLUMBIA HIGH YIELD FUND, INC.,    )
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME    )
  FUND,    )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,    )
COLUMBIA MID CAP GROWTH FUND, INC.,    )
COLUMBIA REAL ESTATE EQUITY FUND, INC.,    )
COLUMBIA SHORT TERM BOND FUND, INC.,    )
COLUMBIA SMALL CAP GROWTH FUND, INC.,    )
COLUMBIA TECHNOLOGY FUND, INC.,    )
FLEETBOSTON FINANCIAL CORPORATION,    )
COLUMBIA MANAGEMENT GROUP, INC.,    )
COLUMBIA MANAGEMENT ADVISORS, INC.,    )
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,    )
COLUMBIA FUNDS DISTRIBUTOR, INC.,    )
JOHN DOES 1-100, JERRY INSKEEP, JR.,    )
J. KEVIN CONNAUGHTON, JEFF B. CURTIS,    )
KATHLEEN M. GRIFFIN, RICHARD J. JOHNSON,    )
JEFFREY L. LUNZER, JOSEPH R. PALOMBO,    )
MARK A. WENTZIEN, JAMES C. GEORGE,    )
CHARLES R. NELSON, PATRICK J. SIMPSON, and    )
RICHARD L. WOOLWORTH,    )
    Defendants    )
_____)

10

_____     )

R.L. SIMMONDS and JEAN S.B. SIMMONDS,               )
    Plaintiff                                       )
                                                    )
    v.                                              )  CIVIL ACTION
                                                    )  NO. 04-11953-REK
COLUMBIA ACORN FUND,                                )
COLUMBIA ACORN SELECT,                              )
COLUMBIA ACORN USA,                                 )
COLUMBIA ASSET ALLOCATION                           )
  FUND,                                             )
COLUMBIA BALANCED FUND,                             )
COLUMBIA COMMON STOCK FUND,                         )
COLUMBIA DISCIPLINED VALUE                          )
  FUND,                                             )
COLUMBIA DIVIDEND INCOME FUND,                          )
COLUMBIA GROWTH & INCOME                            )
  FUND,                                             )
COLUMBIA GROWTH FUND,                               )
COLUMBIA GROWTH STOCK FUND,                         )
COLUMBIA LARGE CAP CORE FUND,                       )
COLUMBIA LARGE CAP GROWTH FUND,                     )
COLUMBIA LARGE COMPANY INDEX FUND,                  )
COLUMBIA LIBERTY FUND,                              )
COLUMBIA MID CAP GROWTH FUND,                       )
COLUMBIA MID CAP VALUE FUND,                        )
COLUMBIA REAL ESTATE EQUITY FUND,                   )
COLUMBIA SMALL CAP FUND,                            )
COLUMBIA SMALL CAP VALUE FUND,                      )
COLUMBIA SMALL COMPANY EQUITY FUND,                 )
COLUMBIA SMALL COMPANY INDEX FUND,                  )
COLUMBIA STRATEGIC INVESTOR FUND, INC.,             )
COLUMBIA TAX-MANAGED AGGRESSIVE GROWTH              )
  FUND,                                             )
COLUMBIA TAX-MANAGED GROWTH FUND,                   )
COLUMBIA TAX-MANAGED GROWTH FUND II,                )
COLUMBIA TAX-MANAGED VALUE FUND,                    )
COLUMBIA TECHNOLOGY FUND,                           )
COLUMBIA THERMOSTAT FUND,                           )
COLUMBIA UTILITIES FUND,                            )
COLUMBIA YOUNG INVESTOR FUND,                       )
COLUMBIA ACORN INTERNATIONAL FUND,                  )
COLUMBIA ACORN INTERNATIONAL SELECT FUND,           )

11

COLUMBIA EUROPE FUND,                                                    )
COLUMBIA GLOBAL EQUITY FUND,                                             )
COLUMBIA INTERNATIONAL EQUITY FUND,                                              )
COLUMBIA INTERNATIONAL STOCK FUND,                                       )
COLUMBIA NEWPORT ASIA PACIFIC FUND,                                      )
COLUMBIA NEWPORT JAPAN OPPORTUNITIES FUND,                               )
COLUMBIA NEWPORT GREATER CHINA FUND,                                     )
COLUMBIA NEWPORT TIGER FUND,                                             )
COLUMBIA CONTRARIAN INCOME FUND,                                         )
COLUMBIA CORPORATE BOND FUND,                                            )
COLUMBIA FEDERAL SECURITIES FUND,                                        )
COLUMBIA FIXED INCOME SECURITIES FUND, INC.,                             )
COLUMBIA FLOATING RATE ADVANTAGE FUND,                                   )
COLUMBIA FLOATING RATE FUND,                                             )
COLUMBIA HIGH YIELD FUND,                                                )
COLUMBIA HIGH YIELD OPPORTUNITY FUND,                                    )
COLUMBIA INCOME FUND,                                                    )
COLUMBIA INTERMEDIATE BOND FUND,                                         )
COLUMBIA INTERMEDIATE GOVERNMENT INCOME                                  )
  FUND,                                                                  )
COLUMBIA MONEY MARKET FUND,                                              )
COLUMBIA QUALITY PLUS BONDS FUND,                                        )
COLUMBIA SHORT TERM BOND FUND,                                           )
COLUMBIA STRATEGIC INCOME FUND,                                          )
COLUMBIA US TREASURY INDEX FUND,                                         )
COLUMBIA CALIFORNIA TAX-EXEMPT FUND,                                     )
COLUMBIA CONNECTICUT INTERMEDIATE MUNICIPAL                              )
  BOND,                                                                  )
COLUMBIA CONNECTICUT TAX-EXEMPT FUND,                                    )
COLUMBIA FLORIDA INTERMEDIATE MUNICIPAL BOND                             )
  FUND,                                                                  )
COLUMBIA HIGH YIELD MUNICIPAL FUND,                                      )
COLUMBIA INTERMEDIATE TAX-EXEMPT BOND FUND,                              )
COLUMBIA MANAGED MUNICIPALS FUND,                                        )
COLUMBIA MASSACHUSETTS INTERMEDIATE                                      )
  MUNICIPAL BOND FUND,                                                   )
COLUMBIA MASSACHUSETTS TAX-EXEMPT FUND,                                  )
COLUMBIA MUNICIPAL MONEY MARKET FUND,                                    )
COLUMBIA NATIONAL MUNICIPAL BOND FUND, INC.,                             )
COLUMBIA NEW JERSEY INTERMEDIATE MUNICIPAL                               )
  BOND FUND,                                                             )
COLUMBIA NEW YORK INTERMEDIATE MUNICIPAL                                 )
  BOND FUND,                                                             )
COLUMBIA NEW YORK TAX-EXEMPT FUND,                                       )

COLUMBIA OREGON MUNICIPAL BOND FUND, INC.,            )
COLUMBIA PENNSYLVANIA INTERMEDIATE MUNICIPAL )
  BOND FUND,                                                         )
COLUMBIA RHODE ISLAND INTERMEDIATE MUNICIPAL  )
  BOND FUND,                                                         )
COLUMBIA TAX-EXEMPT FUND,                                 )
COLUMBIA TAX-EXEMPT INSURED FUND,                     )
COLUMBIA SMALL CAP GROWTH FUND,                        )
COLUMBIA EUROPEAN THEMATIC EQUITY FUND,            )
COLUMBIA GLOBAL THEMATIC EQUITY FUND,               )
COLUMBIA DAILY INCOME COMPANY FUND,                  )
COLUMBIA ACORN TRUST,                                       )
COLUMBIA BALANCED FUND, INC.,/OR COLUMBIA           )
  COMMON STOCK FUND, INC.,                                 )
COLUMBIA DAILY INCOME COMPANY,                          )
COLUMBIA GROWTH FUND, INC.,                              )
COLUMBIA HIGH YIELD FUND, INC.,                          )
COLUMBIA INSTITUTIONAL FLOATING RATE INCOME      )
  FUND,                                                              )
COLUMBIA INTERNATIONAL STOCK FUND, INC.,            )
COLUMBIA MID CAP GROWTH FUND, INC.,                   )
COLUMBIA REAL ESTATE EQUITY FUND, INC.,              )
COLUMBIA SHORT TERM BOND FUND, INC.,                 )
COLUMBIA SMALL CAP GROWTH FUND, INC.,                )
COLUMBIA TECHNOLOGY FUND, INC.,                         )
FLEETBOSTON FINANCIAL CORPORATION,                    )
COLUMBIA MANAGEMENT GROUP, INC.,                       )
COLUMBIA MANAGEMENT ADVISORS, INC.,                   )
COLUMBIA WANGER ASSET MANAGEMENT, L.P.,            )
COLUMBIA FUNDS DISTRIBUTOR, INC.,                       )
JOHN DOES 1-100, CHARLES McQUAID,                      )
RALPH WANGER, MARGARET EISEN,                          )
LEO GUTHART, JEROME KAHN, JR.,                          )
STEVEN KAPLAN, DAVID C. KLEINMAN,                       )
ALLAN B. MUCHIN, ROBERT R. NASON, and                )
JOHN A. WING,                                                    )
     Defendants                                                    )
_____)

ORDER
April 7, 2005

For the reasons outlined during the hearing held on April 7, 2005, and in light of the new briefing schedule set in that hearing, I find that Plaintiffs' Motion for Appointment of Co-Lead Counsel and Appointment of Liaison Counsel (Docket No. 6, filed September 10, 2004) is moot.  Therefore, Plaintiffs' Motion for Appointment of Co-Lead Counsel and Appointment of Liaison Counsel (Docket No. 6) is DENIED WITHOUT PREJUDICE.

___/s/Robert E. Keeton___

Robert E. Keeton
Senior United States District Judge