UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: COLUMBIA ENTITIES LITIGATION   )
                                      )   CA No: 04-11704-REK
                                      )   ALL CASES
                                      )

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action Janine L. Pollack, Esquire, Milberg Weiss Bershad & Schulman, LLP, of New York, New York. Attorney Pollack certifies (see Certificate attached to this motion as Exhibit A) that (1) she is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against herm as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

DATED:      April 7, 2005          Respectfully submitted,

MOULTON & GANS, P.C.

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

## CERTIFICATE OF SERVICE

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon all counsel of record on April 7, 2005.

                                                                Nancy Freeman Gans