# **EXHIBIT A**

Case 1:04-cv-11704-MBB   Document 28-2   Filed 04/07/2005   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: COLUMBIA ENTITIES LITIGATION   )   CA No: 04-11704-REK
                                      )
                                      )
                                      )

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Janine L. Pollack, hereby certify that:

1. I am a member in good standing of the bars of the State of New York; State of New Jersey; United States District Court of New Jersey; and the United States District Court for the Southern and Eastern Districts of New York;

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: _____
Janine L. Pollack
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

Dated: April 7, 2005