UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
In Re: COLUMBIA ENTITIES LITIGATION     )    CA No: 04-11704-REK
                                        )         ALL CASES
_____ )

**PLAINTIFFS' ASSENTED TO MOTION
FOR MODIFICATION OF SCHEDULE**

Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds ("Plaintiffs") hereby request that this Court modify the schedule set at the hearing on April 7, 2005, for the filing of the Consolidated Amended Complaint, Motions for Class Certification, Renewed Motion For Appointment of Counsel, Motion to Dismiss and responsive briefing. In support of this Motion, the Plaintiffs state the following:

1. Plaintiffs' Consolidated Amended Complaint, Motion for Class Certification, and Renewed Motion for Appointment of Counsel are currently all due on May 18, 2005.

2. The Plaintiffs request this schedule modification because of their counsel's conflicting professional commitments.

3. The proposed modified schedule maintains the time periods for each party to respond to motions:

June 9, 2005 -- Plaintiffs' Consolidated Amended Complaint, Motion for Class Certification and Motion to Appoint Counsel;

August 8, 2005 -- Defendants' Motion to Dismiss;

September 22, 2005 – Plaintiffs' Opposition to the Motion to Dismiss; and

October 20, 2005 -- Hearing on pending motions.

4. Defendants have assented to this Motion.

WHEREFORE, the Plaintiffs respectfully request that this Court grant their motion for modification of the schedule.

Dated: May 16 , 2005                    Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
　　Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
　& SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*


**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*


**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*


**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

**LOCAL RULE 7.1 CERTIFICATE**

    I, Nancy Freeman Gans, counsel for plaintiffs Joan Cohen, Paula Slicker, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds, certify that on May 9, 2005, I consulted with Frances S. Cohen, Esquire, Dechert LLP, counsel for the Columbia Funds Defendants and the Columbia Independent Trustee Defendants, by telephone on May 9, 2005 regarding the within Motion, and counsel for all other defendants.  Attorney Cohen and all other defense counsel assent to this motion

Dated:   May 16, 2005

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

    I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 16th day of May, 2005.

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans