## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
In Re:  COLUMBIA ENTITIES LITIGATION    )    CA No: 04-11704-REK
                                        )           ALL CASES
_____ )

### JOINT MOTION FOR MODIFICATION OF SCHEDULE

The parties jointly move to modify the schedule as the schedule.  The prior schedule did not set dates for defendants' responses to certain motions nor provide a timetable for addressing class certification scheduling issues.  The proposed schedule with the additional dates is as follows:

| | |
|---|---|
| June 9, 2005: | Plaintiffs shall file their Consolidated Amended Complaint, Motion for Class Certification and Motion to Appoint Counsel; |
| June 29, 2005 | The parties shall file a proposed schedule for addressing issues relating to class certification; |
| August 8, 2005 | Defendants shall file their Motion to Dismiss and their Opposition to Plaintiffs' Renewed Motion for Appointment of Counsel; |
| September 22, 2005 | Plaintiffs shall file their Opposition to the Motion to Dismiss; and |
| October 10, 2005 | The parties shall file any reply memoranda; and |
| October 20, 2005 | Hearing on pending motions. |

WHEREFORE, the parties request that this Court grant their motion for further modification of the schedule.

Dated:  May 27, 2005          Plaintiffs' Counsel,

/s/ Nancy Freeman Gans
MOULTON & GANS, P.C.
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979
*Attorneys for Plaintiffs Joan Cohen, Gene F. Osburn, Paula*
*Slicker, Jean S.B. Simmonds and R.L. Simmonds and Proposed*
*Liaison Counsel*

MILBERG WEISS BERSHAD & SCHULMAN LLP
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300
*Attorneys for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230
*Attorneys for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and*
*R.L. Simmonds and Proposed Co-Lead Counsel*

LAW OFFICES OF CHARLES J. PIVEN, P.A.
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
(410) 332-0030
*Attorneys for Plaintiff Joan Cohen*

WEISS & YOURMAN
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025
*Attorneys for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and*
*R.L. Simmonds*

SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706
*Attorneys for Plaintiff Paula Slicker*

GILMAN AND PASTOR, LLP
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
*Attorneys for Plaintiff Paula Slicker*

Defendants' Counsel,

/s/ Frances S. Cohen
DECHERT LLP
Frances S. Cohen (BBO #542811)
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

DECHERT LLP
Michael S. Doluisio
Jeffrey S. Edwards
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793
215-994-4000
*Attorneys for Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, and Columbia Funds Distributor Defendants*

/s/ Giselle J. Joffre
ROPES & GRAY LLP
Giselle J. Joffre (BBO #658047)
Brien T. O'Connor (BBO #546767)
One International Place
Boston, MA 02110
617-951-7000
*Attorneys for Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds Defendants*

/s/ Brian E. Pastuszenski
GOODWIN PROCTER LLP
Brian E. Pastuszenski (BBO #391030)
Kevin P. McGrath (BBO #
Exchange Place
Boston, MA 02109-2881
(617) 570-1000
*Attorneys for Columbia Acorn Fund, Columbia Acorn Select,
Columbia Acorn USA, Columbia Thermostat Fund, Columbia
Acorn International Fund, and Columbia Acorn International
Select Fund Defendants*

/s/ Timothy O. Egan
PEABODY & ARNOLD, LLP
Timothy O. Egan (BBO #637992)
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

BELL, BOYD & LLOYD LLC
John W. Rotunno, Esq.
Kenneth E. Rechtoris, Esq.
70 West Madison Street, Suite 3300
Chicago, IL 60602
(312) 372-1121
*Attorneys for the Columbia Independent Trustee Defendants:
Margaret Eisen, Leo Guthart, Jerome Kahn, Jr., Steven Kaplan,
David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A.
Wing*

## LOCAL RULE 7.1 CERTIFICATE

I, Frances S. Cohen, counsel for Defendants Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, and Columbia Funds Distributor certify that all counsel conferred in a good faith effort to resolve the issues and assent to this motion.

Dated:  May 27, 2005                          /s/ Frances S. Cohen
                                              Frances S. Cohen

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, certify that I served a copy of the foregoing document upon all counsel by email on this 27th day of May, 2005.

                                              /s/ Frances S. Cohen
                                              Frances S. Cohen