UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN COHEN, on behalf of herself and all others similarly situated )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEET BOSTON FINANCIAL CORPORATION et al. )<br>)<br>Defendants. )<br>) | Civil Action No.04-11704-REK |

## NOTICE OF APPEARANCE OF AND RICHARD J. ROSENSWEIG

TO THE CLERK:

Please enter the appearances of Richard J. Rosensweig of Goulston & Storrs, P.C. as attorney for the Defendants, Charles P. McQuaid and Ralph Wanger the above-entitled action.

                        Respectfully submitted,

                        CHARLES P. MCQUAID and RALPH WANGER

                        By their attorneys,

                        /s/
                        Richard J. Rosensweig (BBO# 639547)
                        GOULSTON & STORRS, P.C.
                        400 Atlantic Avenue
                        Boston, MA 02110
                        (617) 482-1776

Date: May 31, 2005

GSDOCS-1473860-1