UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) Civil Action No. 04cv11704 (REK)<br>)<br>) Consolidated Case Nos.:<br>) 04cv 11750<br>) 04cv 11760<br>) 04cv 11953<br>) |

**PLAINTIFFS' RENEWED MOTION FOR APPOINTMENT OF
CO-LEAD COUNSEL AND APPOINTMENT OF LIAISON COUNSEL**

Plaintiffs in the above-captioned action (collectively, the "Plaintiffs"), by their counsel, hereby move this Court for an Order (attached hereto) approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP and Stull, Stull & Brody as Co-Lead Counsel to oversee the above-captioned actions; and (ii) Moulton & Gans, P.C. as Liaison Counsel.  In support of this Motion, Plaintiffs submit herewith a Memorandum of Law and Renewed [Proposed] Pretrial Order No. 2 For Appointment Of Co-Lead Counsel And Appointment Of Liaison Counsel.

Dated:   June 9, 2005

Respectfully submitted,

**MOULTON & GANS, P.C.**

By:_____/s/ Nancy Freeman Gans_____
         Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, NewYork  10119-0165
(212) 594-5300

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiffs*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania  19087
(610) 667-7706

*Counsel for Plaintiffs*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 9th day of June, 2005.

        /s/ Daniel P. Dietrich
        Daniel P. Dietrich

**LOCAL RULE 7.1 CERTIFICATE**

I, Nancy Freeman Gans, counsel for plaintiffs, certify that I have notified, as a courtesy, Frances S. Cohen , Esquire, of Dechert LLP, who is authorized to speak for all defendants, and conferred about the filing of the Renewed Motion For Co-Lead Counsel And Appointment of Liaison Counsel and consulted with her about the service issue.

Dated:   June 9, 2005

        /s/ Nancy Freeman Gans
        Nancy Freeman Gans