# EXHIBIT B

Case 1:04-cv-11704-MBB   Document 35-3   Filed 06/09/2005   Page 1 of 6

## VERIFICATION

I, Joan Cohen, hereby verify under penalty of perjury that I have reviewed the Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: June 4, 2005

_Joan Cohen_
Joan Cohen

## VERIFICATION

I, _Gene F. Osburn_, hereby verify under penalty of perjury that I have reviewed the Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 6/6/2005

_[signature]_

## VERIFICATION

I, **PAULA SLICKER**, hereby verify under penalty of perjury that I have reviewed the Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

DATE: 6/7/05

*Paula Slicker*
**PAULA SLICKER**

## VERIFICATION

I, __R. L. SIMMONDS__, hereby verify under penalty of perjury that I have reviewed the Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __6-7-05__

*R.L. Simmonds* (signature)

## **VERIFICATION**

I, _Jean S. B. Simmonds_, hereby verify under penalty of perjury that I have reviewed the Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: _6.7.05_

_/s/ Jean SS_