UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) Civil Action No. 04cv11704 (REK)<br>)<br>) Consolidated Cases Nos.:<br>) 04cv11750<br>) 04cv11760<br>) 04cv11953<br>) |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs in the above-captioned action (collectively, the "Plaintiffs"), by their counsel, will hereby move before the Honorable Robert E. Keeton., U.S.D.J., at a date and time to be fixed by the Court, at the John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, for entry of an Order: (1) certifying a class of all persons and entities who held one or more shares of the Columbia mutual funds identified in the consolidated amended complaint dated June 9, 2005, during the period between August 2, 1999 and March 22, 2004, inclusive; (2) appointing Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds as class representatives; and (3) appointing proposed co-lead counsel Milberg Weiss Bershad & Schulman LLP and Stull Stull & Brody, and proposed liaison counsel Moulton & Gans, P.C., as class counsel pursuant to Fed. R. Civ. P. 23(g). In support of this Motion, Plaintiffs submit herewith a Memorandum of Law, the Declaration of Janine L. Pollack, and a Proposed Form of Order.

Dated: June 9, 2005

**MOULTON & GANS, P.C.**

By:  /s/ Nancy Freeman Gans
     Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD**
 **& SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, NewYork  10119-0165
(212) 594-5300

*Counsel for Plaintiffs  and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiffs*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Counsel for Plaintiffs*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 9th day of June, 2005.

          /s/ Daniel P. Dietrich
          Daniel P. Dietrich

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs, certify that I have conferred with Frances S. Cohen, Esquire, of Dechert LLP, who is authorized to speak for all defendants, about the filing of the motion for class certification. Defendants oppose the motion for class certification.

Dated:   June 9, 2005

          /s/ Nancy Freeman Gans
          Nancy Freeman Gans