UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 04cv11704 (REK)<br><br>Consolidated Cases Nos.:<br>04cv11750<br>04cv11760<br>04cv11953 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM
OF LAW IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs in the above-captioned action (collectively, the "Plaintiffs"), by their counsel, hereby move this Court for leave to file the attached Memorandum of Law in Support of Their Motion for Class Certification, which has 41 pages. As grounds therefore, Plaintiffs state that the issues raised are of unusual complexity. Plaintiffs believe that extending the page limit will allow it to make the submission necessary to aid the court in its determination of the issues presented and will serve the interest of judicial economy and efficiency.

Dated: June 9, 2005

**MOULTON & GANS, P.C.**

By:____/s/ Nancy Freeman Gans_____
       Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD**
 **& SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiffs  and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiffs*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs*

        **SCHIFFRIN & BARROWAY, LLP**
        Marc A. Topaz
        Richard A. Maniskas
        280 King of Prussia Road
        Radnor, Pennsylvania 19087
        (610) 667-7706

        *Counsel for Plaintiffs*

        **GILMAN AND PASTOR, LLP**
        David Pastor (BBO #391000)
        Stonehill Corporate Center
        999 Broadway, Suite 500
        Saugus, Massachusetts 01906
        (781) 231-7850

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 9th day of June, 2005.

          /s/ Daniel P. Dietrich
          Daniel P. Dietrich

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs, certify that I have spoken today with Jeffrey S. Edwards, Esquire, of Dechert LLP, regarding the within Motion, who states that he is unable to respond at this time, and therefore the grounds cannot be narrowed.

Dated:   June 9, 2005

          /s/ Nancy Freeman Gans
          Nancy Freeman Gans