# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04cv11704 (REK)<br><br>Consolidated Case Nos.:<br>04cv11750<br>04cv11760<br>04cv11953 |

**DECLARATION OF JANINE L. POLLACK IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

JANINE L. POLLACK, hereby declares:

1. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP, proposed co-lead counsel for Plaintiffs. I submit this declaration to place before the Court certain information that is relevant to Plaintiffs' Motion for Class Certification filed in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the "Portfolio Transactions" section of the May 1, 2001 Liberty Acorn Trust Statement of Additional Information ("SAI").

3. Attached hereto as Exhibit B is a true and correct copy of relevant portions of the "Shareholder Meetings" section of the May 1, 2001 Liberty Acorn Trust SAI.

4. Attached hereto as Exhibit C is a true and correct copy of relevant portions of the "Fees and Expenses" section of the May 1, 2001 Liberty Acorn Trust Prospectus.

5. Attached hereto as Exhibit D is a true and correct copy of relevant portions of the "Distribution and Service Fees" section of the May 1, 2001 Liberty Acorn Trust Prospectus.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Professor Bruce Green in Support of Plaintiffs' Renewed Motion for Appointment of Co-Lead Counsel and Liaison Counsel.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Clifford Goodstein in Support of Plaintiffs' Motion for Appointment of Co-Lead Counsel and Liaison Counsel.

8. Attached hereto as Exhibit G is a true and correct copy of the December 13, 2004 Securities Exchange Commission ("SEC") Order Instituting Administrative and Cease-and-Desist Proceedings, Making Findings and Imposing Remedial Sanctions in *In the Franklin Advisers, Inc. and Franklin/Templeton Distributors, Inc.*, Admin. Proc. No. 3-11769.

9. Attached hereto as Exhibit H is a true and correct copy of the March 23, 2005 SEC Order Instituting Administrative and Cease-and-Desist Proceedings, Making Findings and Imposing Remedial Sanctions in *In the Matter of Citigroup Global Markets, Inc.*, Admin. Proc. No. 3-11869.

10. Attached hereto as Exhibit I is a true and correct copy of relevant portions of the "How to Buy Shares" section of the May 1, 2001 Liberty Acorn Trust Prospectus.

11. Attached hereto as Exhibit J is a true and correct copy of the brief by the SEC as Amicus Curiae in Support of Affirmance in *Daily Income Fund, Inc. v. Fox*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2005 in New York, New York.

By: __/s/ Janine L. Pollack_____
       Janine L. Pollack

- 3 -

**CERTIFICATE OF SERVICE**

    I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 9th day of June, 2005.

                                                     /s/ Daniel P. Dietrich  
                                                     Daniel P. Dietrich