**EXHIBIT C**

As filed with the Securities and Exchange Commission on May 1, 2001

```
                                    Securities Act registration no. 2-34223
                                    Investment Company Act file no. 811-1829
                                    ------------------------------------------
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM N-1A

---

REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933

Post-Effective Amendment No. 70

and

REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940

Amendment No. 45

---

LIBERTY ACORN TRUST

(previously Acorn Investment Trust)
(Registrant)

227 West Monroe Street, Suite 3000
Chicago, Illinois 60606

Telephone number: 312/634-9200

---

| | |
|---|---|
| Ralph Wanger | Cameron S. Avery |
| Liberty Acorn Trust | Bell, Boyd & Lloyd LLC |
| 227 West Monroe Street, Suite 3000 | 70 West Madison Street, Suite 3300 |
| Chicago, Illinois 60606 | Chicago, Illinois 60602 |

(Agents for service)

---

Amending Parts A, B, and C, and filing exhibits

---

It is proposed that this filing will become effective:

    [X] immediately upon filing pursuant to rule 485(b)
    [ ] on _____ pursuant to rule 485(b)
    [ ] 60 days after filing pursuant to rule 485(a)(1)
    [ ] on _____ pursuant to rule 485(a)(1)
    [ ] 75 days after filing pursuant to rule 485(a)(2)

```
              [ ] on _____ pursuant to rule 485(a)(2).
<PAGE>

                                    ------------------------------------------
LIBERTY ACORN INTERNATIONAL         Prospectus, May 1, 2001
                                    ------------------------------------------

Class A, B and C Shares
```

YOUR EXPENSES
------------------------------------------------------------------------

Expenses are one of several factors to consider before you invest in a mutual fund. The tables below describe the fees and expenses you may pay when you buy, hold and sell shares of the Fund.

Shareholder Fees/(4)/ (paid directly from your investment)

|  | Class A | Class B | Class C |
|---|---|---|---|
| Maximum sales charge (load) on purchases (%) (as a percentage of the offering price) | 5.75 | None | None |
| Maximum deferred sales charge (load) on redemptions (%) (as a percentage of the lesser of purchase price or redemption price) | 1.00/(5)/ | 5.00 | 1.00 |
| Redemption fee | (6) | (6) | (6) |

(4) A $10 annual fee is deducted from accounts of less than $1,000 and paid to the transfer agent.

(5) This charge applies only to certain Class A shares bought without an initial sales charge that are sold within 18 months of purchase.

(6) There is a $7.50 charge for wiring sale proceeds to your bank.

Annual Fund Operating Expenses (deducted directly from fund assets)

|  | Class A | Class B | Class C |
|---|---|---|---|
| Management fees/(7)/(%) | .79% | .79% | .79% |
| Distribution and service (12b-1) fees (%) | .35% | 1.00% | 1.00% |
| Other expenses (%) | .29% | .29% | .29% |
| Total annual fund operating expenses (%) | 1.43% | 2.08% | 2.08% |

(7) In addition to the management fee, the Fund pays the Advisor an administrative fee of .05%, which is included in "Other Expenses."

Example Expenses (your actual costs may be higher or lower)

| Class | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| Class A: | $712 | $1,001 | $1,312 | $2,190 |
| Class B: did not sell your shares | $211 | $ 652 | $1,119 | $2,244 |
|     sold all your shares at the end of the period | $711 | $ 952 | $1,319 | $2,244 |

```
-----------------------------------------------------------------------
Class C: did not sell your shares              $211     $  652    $1,119    $2,410

         sold all your shares at
         the end of the period                 $311     $  652    $1,119    $2,410
</TABLE>
```

                                                                              7

`<PAGE>`