**EXHIBIT D**

As filed with the Securities and Exchange Commission on May 1, 2001

> Securities Act registration no. 2-34223
> Investment Company Act file no. 811-1829

---

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM N-1A

---

REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933

Post-Effective Amendment No. 70

and

REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940

Amendment No. 45

---

LIBERTY ACORN TRUST

(previously Acorn Investment Trust)
(Registrant)

227 West Monroe Street, Suite 3000
Chicago, Illinois 60606

Telephone number: 312/634-9200

---

Ralph Wanger                          Cameron S. Avery
Liberty Acorn Trust                   Bell, Boyd & Lloyd LLC
227 West Monroe Street, Suite 3000    70 West Madison Street, Suite 3300
Chicago, Illinois 60606               Chicago, Illinois 60602
                    (Agents for service)

---

Amending Parts A, B, and C, and filing exhibits

---

It is proposed that this filing will become effective:

    [X] immediately upon filing pursuant to rule 485(b)
    [ ] on _____ pursuant to rule 485(b)
    [ ] 60 days after filing pursuant to rule 485(a)(1)
    [ ] on _____ pursuant to rule 485(a)(1)
    [ ] 75 days after filing pursuant to rule 485(a)(2)

```
                   [ ] on _____ pursuant to rule 485(a)(2).
<PAGE>


                                    ------------------------------------------
LIBERTY ACORN INTERNATIONAL         Prospectus, May 1, 2001
                                    ------------------------------------------

Class A, B and C Shares
```

DISTRIBUTION AND SERVICE FEES
------------------------------------------------------------------------

The Fund has adopted a plan under Rule 12b-1 that permits it to pay the Fund's distributor, marketing and other fees to support the sale and distribution of Class A, B and C shares and certain services provided to you by your financial advisor. The annual service fee may equal up to 0.25% for Class A, Class B and Class C shares. The annual distribution fee may equal up to 0.10% for Class A shares and 0.75% for Class B and Class C shares. Distribution and service fees are paid out of the assets of these classes. Over time, these fees may reduce the return on your investment and may cost you more than paying other types of sales charges. Class B shares automatically convert to Class A shares after a certain number of years, eliminating a portion of the distribution fee upon conversion. Conversion may occur three, four or eight years after purchase, depending on the program you purchased your shares under. See "Your Account; Sales Charge" for the conversion schedule applicable to Class B shares.