**EXHIBIT I**

As filed with the Securities and Exchange Commission on May 1, 2001

```
                                    Securities Act registration no. 2-34223
                                    Investment Company Act file no. 811-1829
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM N-1A

---

REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933

Post-Effective Amendment No. 70

and

REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940

Amendment No. 45

---

LIBERTY ACORN TRUST

(previously Acorn Investment Trust)
(Registrant)

227 West Monroe Street, Suite 3000
Chicago, Illinois 60606

Telephone number: 312/634-9200

---

| | |
|---|---|
| Ralph Wanger | Cameron S. Avery |
| Liberty Acorn Trust | Bell, Boyd & Lloyd LLC |
| 227 West Monroe Street, Suite 3000 | 70 West Madison Street, Suite 3300 |
| Chicago, Illinois 60606 | Chicago, Illinois 60602 |

(Agents for service)

---

Amending Parts A, B, and C, and filing exhibits

---

It is proposed that this filing will become effective:

```
        [X] immediately upon filing pursuant to rule 485(b)
        [ ] on _____ pursuant to rule 485(b)
        [ ] 60 days after filing pursuant to rule 485(a)(1)
        [ ] on _____ pursuant to rule 485(a)(1)
        [ ] 75 days after filing pursuant to rule 485(a)(2)
```

```
              [ ] on _____ pursuant to rule 485(a)(2).
<PAGE>


                                    ------------------------------------------
LIBERTY ACORN INTERNATIONAL         Prospectus, May 1, 2001
                                    ------------------------------------------

Class A, B and C Shares
```

HOW TO BUY SHARES
-----------------

Your financial advisor can help you establish an appropriate investment portfolio, buy shares and monitor your investments. When the Fund receives your purchase request in "good form," your shares will be bought at the next calculated public offering price. "Good form" means that you placed your order with your brokerage firm or your payment has been received and your application is complete, including all necessary signatures.

Outlined below are the various options for buying shares:

| Method | Instructions |
| --- | --- |
| Through your financial advisor | Your financial advisor can help you establish your account and buy Fund shares on your behalf. Your financial advisor may charge you fees for executing the purchase for you. |
| By check (new account) | For new accounts, send a completed application and check made payable to the Fund to the transfer agent, Liberty Funds Services, Inc., P.O. Box 1722, Boston, MA 02105-1722. |
| By check (existing account) | For existing accounts, fill out and return the additional investment stub included in your quarterly statement, or send a letter of instruction including your Fund name and account number with a check made payable to the Fund to Liberty Funds Services, Inc., P.O. Box 1722, Boston, MA 02105-1722. |
| By exchange | You or your financial advisor may acquire shares by exchanging shares you own in one fund for shares of the same class of the Fund at no additional cost. There may be an additional charge if exchanging from a money market fund. To exchange by telephone, call 1-800-422-3737. |
| By wire | You may purchase shares by wiring money from your bank account to your Fund account. To wire funds to your Fund account, call 1-800-422-3737 to obtain a control number and the wiring instructions. |
| By electronic funds transfer | You may purchase shares by electronically transferring money from your bank account to your Fund account by calling 1-800-422-3737. Electronic funds transfers may take up to two business days to settle and be considered in "good form." You must set up this feature prior to your telephone request. Be sure to complete the appropriate section of the application. |
| Automatic investment plan | You can make monthly or quarterly investments automatically from your bank account to your Fund account. You can select a pre-authorized amount to be sent via electronic funds transfer. Be sure to complete the appropriate section of the application for this feature. |
| By dividend diversification | You may automatically invest dividends distributed by one fund into the same class of shares of the Fund at no additional sales charge. To invest your dividends in another fund, call 1-800-345-6611. |