UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 04cv11704 (REK)<br><br>Consolidated Cases Nos.:<br>04cv11750<br>04cv11760<br>04cv11953 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

This matter has been submitted to the Court on Plaintiffs' motion for class certification pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure.

The Court, having read and considered all the papers filed in support of and in opposition to the Motion, and upon the record herein, finds as follows:

1. The members of the Class (defined herein) are so numerous that joinder of all members is impracticable;

2. There are questions of law and fact common to all of the members of the Class;

3. The claims of the Plaintiffs are typical of the claims of the other members of the Class;

4. The questions of law and fact common to the members of the Class predominate over any questions affecting only individual members of the Class and a class action is superior to any other available method for the fair and efficient adjudication of this controversy; and

5. Plaintiffs and their counsel will fairly and adequately protect the interests of the Class.

2

**IT IS HEREBY ORDERED THAT**:

Plaintiffs' motion for class certification is hereby granted. This action is hereby certified and shall be maintained as a class action. The Class shall be defined as Plaintiffs and all persons or entities who held one or more shares or like interests in any of the Columbia Mutual Funds between August 2, 1999 through March 22, 2004, inclusive, and who were damaged thereby (excluding from the Class are the Defendants, members of their immediate families and their legal representatives, heirs, successors, or assigns and any entity in which Defendants have or had a controlling interest). Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds are hereby certified as the class representatives, and Proposed Co-Lead Counsel Milberg Weiss Bershad & Schulman LLP and Stull Stull & Brody, and Proposed Liaison Counsel Moulton & Gans, P.C., are designated as class counsel pursuant to Fed. R. Civ. P. 23(g).

Dated: _____, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Robert E. Keeton
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge