UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION | Civil Action No.04-11704-REK |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE BY
COUNSEL FOR DEFENDANTS CHARLES P. MCQUAID AND RALPH WANGER**

Pursuant to Local Rule 83.5.3, Richard J. Rosensweig, a member of the bar of the United States District Court for the District of Massachusetts who has entered an appearance on behalf of the defendants, Charles P. McQuaid and Ralph Wagner in this action, hereby moves that Mark A. Rabinowitz and Jenny S. Kim be admitted to appear and practice in this Court in this particular case as counsel to defendants, Charles P. McQuaid and Ralph Wagner. As set forth in the accompanying Affidavits, Mr. Rabinowitz and Ms. Kim are members in good standing of the bars of the highest court of the State Illinois and the United States District Court for the Northern District of Illinois. Mr. Rabinowitz is also a member in good standing of the bar of the United States Court of Appeals for the Seventh Circuit. There are no disciplinary proceedings pending against Mr. Rabinowitz or Ms. Kim in any jurisdiction, and they are familiar with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Mr. Rabinowitz and Ms. Kim be admitted pro hac vice in this matter.

Respectfully submitted,

CHARLES P. MCQUAID and RALPH WANGER

By their attorneys,

_____/s/_____
Richard J. Rosensweig (BBO# 639547)
GOULSTON & STORRS P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated: June 10, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on June 1, 2005, I conferred with counsel for all parties in a good faith attempt to narrow or resolve the issues presented and that counsel for all parties assent to this Motion.

_____/s/_____
Richard J. Rosensweig

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2005, true and correct copies of the above Motion and supporting Affidavits were electronically filed in the above-captioned litigation and electronically served through the ECF system.

_____/s/_____
Richard J. Rosensweig