UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION | Civil Action No.04-11704-REK |

**AFFIDAVIT OF JENNY S. KIM, ESQ.**
**IN SUPPORT OF ADMISSION PRO HAC VICE**

I, Jenny S. Kim, Esq., hereby depose and state as follows:

1. I am an associate of the firm of Neal, Gerber & Eisenberg, LLP in Chicago, Illinois, representing the defendants, Charles P. McQuaid and Ralph Wanger in this matter.

2. I am admitted to practice in the Supreme Court of Illinois, which is that state's highest court and in the United States District Court for the Northern District of Illinois.

3. I am a member of the bar in good standing in those jurisdictions in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in those jurisdictions in which I have been admitted to practice.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and will be associated with Richard J. Rosensweig of Goulston & Storrs, P.C. in Boston Massachusetts who is admitted to practice before this Court.

Signed to this 27 day of May 2005 under the pains and penalties of perjury:

_____
Jenny S. Kim