UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION | Civil Action No.04-11704-REK |

**AFFIDAVIT OF MARK A. RABINOWITZ, ESQ.
IN SUPPORT OF ADMISSION PRO HAC VICE**

I, Mark A. Rabinowitz, Esq., hereby depose and state as follows:

1. I am a partner of the firm of Neal, Gerber & Eisenberg, LLP in Chicago, Illinois, representing the defendants, Charles P. McQuaid and Ralph Wanger in this matter.

2. I am admitted to practice in the Supreme Court of Illinois, which is that state's highest court, in the United States District Court for the Northern District of Illinois, and the United States Court of Appeal for the Seventh Circuit.

3. I am a member of the bar in good standing in those jurisdictions in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in those jurisdictions in which I have been admitted to practice.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and will be associated with Richard J. Rosensweig of Goulston & Storrs, P.C. in Boston Massachusetts who is admitted to practice before this Court.

Signed to this 27th day of May 2005 under the pains and penalties of perjury:

Mark A. Rabinowitz