UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION | Civil Action No.04-11704-REK |

## NOTICE OF APPEARANCE PRO HAC VICE OF MARK A. RABINOWITZ

TO THE CLERK:

Please enter the appearance pro hac vice of Mark A. Rabinowitz of Neal Gerber & Eisenberg LLP as attorney for the Defendants, Charles P. McQuaid and Ralph Wanger the above-entitled action pursuant to the Court's Order of June 14, 2005.

Respectfully submitted,

CHARLES P. MCQUAID and RALPH WANGER

By their attorneys,

_____/s/_____
Richard J. Rosensweig (BBO# 639547)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Mark A. Rabinowitz (pro hac vice)
Jenny S. Kim (pro hac vice)
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, Illinois 60602
(312) 269-8000

Date: June 14, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2005, a true and correct copy of the above Notice of Appearance Pro Hac Vice was electronically filed in the above-captioned litigation and electronically served through the ECF system.

/s/
Richard J. Rosensweig