UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION | Civil Action No.04-11704-REK |

## **NOTICE OF APPEARANCE PRO HAC VICE OF MARK A. RABINOWITZ**

TO THE CLERK:

Please enter the appearance pro hac vice of Mark A. Rabinowitz of Neal Gerber & Eisenberg LLP as attorney for the Defendants, Charles P. McQuaid and Ralph Wanger the above-entitled action pursuant to the Court's Order of June 14, 2005.

Respectfully submitted,

CHARLES P. MCQUAID and RALPH WANGER

By their attorneys,

_____/s/_____
Mark A. Rabinowitz (pro hac vice)
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Chicago, Illinois 60602
(312) 269-8000

Date: July 29, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2005, a true and correct copy of the above Notice of Appearance Pro Hac Vice was electronically filed in the above-captioned litigation and electronically served through the ECF system.

_____/s/_____
Mark A. Rabinowitz (pro hac vice)