UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) Civil Action No. 04cv11704 (REK)<br>)<br>) ALL CASES<br>) |

### JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A PROPOSED SCHEDULE FOR ADDRESSING ISSUES RELATED TO CLASS CERTIFICATION

The parties jointly move to extend the time, from August 2, 2005 until September 23, 2005, to file a proposed schedule for addressing issues related to class certification. Good cause exists for this motion as the parties are currently negotiating certain issues and more time would be beneficial for resolving such issues.

WHEREFORE, the parties respectfully request that this Court grant their motion for an extension of time until September 23, 2005, to file a proposed schedule to address issues related to class certification.

Dated: August 1, 2005

**PLAINTIFFS' COUNSEL**

**MOULTON & GANS, P.C.**

/s/Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, MA 02109-4216
Tel: (617) 369-7979

*Counsel for Plaintiffs and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, NY 10119-0165

Dated: August 1, 2005

**DEFENDANTS' COUNSEL**

**DECHERT LLP**

/s/Frances S. Cohen
Frances S. Cohen (BBO #542811)
Matthew M. Lyons
Michael Shin
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Fax: (617) 426-6567

Michael S. Doluisio
Jeffrey S. Edwards
**DECHERT LLP**
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103
Tel: (215) 994-4000
Fax: (215) 994-2222

Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

*Counsel for Defendants Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, and Columbia Funds Distributor*

**ROPES & GRAY LLP**

/s/Brien T. O'Connor
Brien T. O'Connor (BBO #546767)
Giselle J. Joffre (BBO #658047)
One International Place
Boston, MA 02110-2624
Tel: (617) 951-7000
Fax: (617) 951-7050

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

**PEABODY & ARNOLD LLP**

/s/Timothy O.Egan
Timothy O. Egan (BBO #637992)
50 Rowes Wharf
Boston, MA 02110
Tel: (617) 951-2100
Fax: (617) 951-2125

**BELL, BOYD & LLOYD LLC**
John W. Rotunno
Kenneth E. Rechtoris
70 West Madison Street
Suite 3100
Chicago, Ill 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8000

*Counsel for Defendants Columbia Independent Trustee Defendants: Margaret Eisen, Leo Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A Wing,*

*Charles R. Nelson, Patrick O. Simpson, Richard L. Woolworth, Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, John J. Neuhauser, Thomas E. Stitzel, Thomas C. Theobald and Anne Lee Verville*

**GOODWIN PROCTER LLP**

/s/Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
Kevin P. McGrath
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Counsel for Defendants Columbia Acorn Trust, Columbia Acorn Select, Columbia Acorn USA, Columbia Thermostat Fund, Columbia Acorn International Fund, and Columbia Acorn International Select Fund*

**GOULSTON & STORRS, PC**

/s/Richard J. Rosenweig
Richard J. Rosensweig (BBO #639547)
400 Atlantic Avenue
Boston, MA 02110
Tel: (617) 482-1776
Fax: (617) 574-4112

**NEAL, GERBER & EISENBERG LLP**
Mark A. Rabinowitz
Jenny S. Kim
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602-3801
Tel: (312) 269-8000
Fax: (312) 269-1747

*Counsel for Defendants Charles P. McQuade and Ralph Wanger*

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties by email on this 1st day of August, 2005.

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs, certify that all counsel have conferred in a good faith effort to resolve the issues and assent to this motion.

Dated:   August 1, 2005

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans