UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION ) <br> ) <br> This Document Relates To: ) <br> ALL CASES ) <br> ) | Civil Action No. 04-cv-11704-REK |

## THE INDEPENDENT TRUSTEE DEFENDANTS' MOTION TO DISMISS

The Independent Trustee Defendants, by their attorneys, respectfully move to dismiss Counts I, II, III, VII and VIII of Plaintiffs' Consolidated Amended Class Action Complaint (the "Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1, and the Securities Litigation Uniform Standards Act of 1998 ("SLUSA"), 15 U.S.C. § 78bb(f)(1).

As set forth in the Independent Trustee Defendants' supporting memorandum of law, the counts of Plaintiffs' Complaint directed at them should be dismissed for failure to allege demand or demand futility, lack of Article III standing, and failure to state a claim under Sections 34(b), 36(a) or 36(b) of the Investment Company Act of 1940, 15 U.S.C. §§ 80a-33(b), 80a-35(a), 80a-35(b), or state law. Additionally, Plaintiffs' common law claims are barred by SLUSA.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Independent Trustee Defendants respectfully request oral argument on their motion.

WHEREFORE, the Independent Trustee Defendants respectfully request that the Court grant their motion and dismiss Counts I, II, III, VII and VIII of the Plaintiffs' Consolidated Amended Class Action Complaint *with prejudice*, and for such other relief as the Court deems appropriate.

396691/E/1

Dated: August 5th, 2005

Respectfully Submitted,

THE INDEPENDENT
TRUSTEE DEFENDANTS

By: _____
Timothy O. Egan (BBO# 637992)
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

and

Kenneth E. Rechtoris
Daniel J. Hayes
Todd E. Pentecost
Bell, Boyd & Lloyd LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Attorneys for the Independent
Trustee Defendants

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Timothy O. Egan, counsel for the Independent Trustee Defendants, hereby certify that pursuant to Local Rule 7.1(a)(2), I made good faith efforts to confer with Plaintiffs' counsel, Nancy Freeman Gans, by calling her office on August 3, 2005. I was unable to do so, however, as Attorney Gans was out of the office on vacation for the entire week.

_____
Timothy O. Egan

## CERTIFICATE OF SERVICE

I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on August 5th, 2005.

_____
Timothy O. Egan

396691/E/1