# EXHIBIT A

# COLUMBIA FUNDS

**COLUMBIA FUNDS TRUST I  (Massachusetts Business Trust)**

    Columbia High Yield Opportunity Fund
    Columbia Strategic Income Fund
    Columbia Tax-Managed Aggressive Growth Fund
    Columbia Tax-Managed Growth Fund
    Columbia Tax-Managed Growth Fund II
    Columbia Tax-Managed Value Fund

**COLUMBIA FUNDS TRUST II  (Massachusetts Business Trust)**

    Columbia Money Market Fund
    Columbia Newport Greater China Fund
    Columbia Newport Japan Opportunities Fund

**COLUMBIA FUNDS TRUST III  (Massachusetts Business Trust)**

    Columbia Contrarian Income Fund
    Columbia Corporate Bond Fund
    Columbia Federal Securities Fund
    Columbia Global Equity Fund
    Columbia Intermediate Government Income Fund
    Columbia Liberty Fund
    Columbia Mid Cap Value Fund
    Columbia Quality Plus Bond Fund

**COLUMBIA FUNDS TRUST IV  (Massachusetts Business Trust)**

    Columbia Municipal Money Market Fund
    Columbia Tax-Exempt Fund
    Columbia Tax-Exempt Insured Fund
    Columbia Utilities Fund

**COLUMBIA FUNDS TRUST V  (Massachusetts Business Trust)**

    Columbia California Tax-Exempt Fund
    Columbia Connecticut Intermediate Municipal Bond Fund
    Columbia Connecticut Tax-Exempt Fund
    Columbia Florida Intermediate Municipal Bond Fund
    Columbia Intermediate Tax-Exempt Bond Fund
    Columbia Large Company Index Fund
    Columbia Massachusetts Intermediate Municipal Bond Fund
    Columbia Massachusetts Tax-Exempt Fund

    Columbia New Jersey Intermediate Municipal Bond Fund
    Columbia New York Intermediate Municipal Bond Fund
    Columbia New York Tax-Exempt Fund
    Columbia Pennsylvania Intermediate Municipal Bond Fund
    Columbia Rhode Island Intermediate Municipal Bond Fund
    Columbia Small Company Index Fund
    Columbia U.S. Treasury Index Fund

**COLUMBIA FUNDS TRUST VI (Massachusetts Business Trust)**

    Columbia Growth & Income Fund
    Columbia Newport Asia Pacific Fund
    Columbia Small Cap Value Fund

**COLUMBIA FUNDS TRUST VII (Massachusetts Business Trust)**

    Columbia Europe Fund
    Columbia Newport Tiger Fund

**COLUMBIA FUNDS TRUST VIII (Massachusetts Business Trust)**

    Columbia Income Fund
    Columbia Intermediate Bond Fund

**COLUMBIA FUNDS TRUST IX (Massachusetts Business Trust)**

    Columbia High Yield Municipal Fund
    Columbia Managed Municipals Fund

**COLUMBIA FUNDS TRUST XI (Massachusetts Business Trust)**

    Columbia Asset Allocation Fund
    Columbia Disciplined Value Fund
    Columbia Dividend Income Fund
    Columbia European Thematic Equity Fund
    Columbia Global Thematic Equity Fund
    Columbia Growth Stock Fund
    Columbia International Equity Fund
    Columbia Large Cap Core Fund
    Columbia Large Cap Growth Fund
    Columbia Small Cap Fund
    Columbia Small Company Equity Fund
    Columbia Young Investor Fund

**COLUMBIA ACORN TRUST (Massachusetts Business Trust)**

    Columbia Acorn Fund
    Columbia Acorn International
    Columbia Acorn International Select
    Columbia Acorn Select
    Columbia Acorn USA
    Columbia Thermostat Fund

**INTERVAL FUNDS**

    Columbia Floating Rate Advantage Fund (Massachusetts Business Trust)
    Columbia Floating Rate Fund (Massachusetts Business Trust)

**INCORPORATED COLUMBIA FUNDS (Oregon Corporations)**

    Columbia Balanced Fund, Inc.
    Columbia Common Stock Fund, Inc.
    Columbia Daily Income Company
    Columbia Fixed Income Securities Fund, Inc.
    Columbia Growth Fund, Inc.
    Columbia High Yield Fund, Inc.
    Columbia International Stock Fund, Inc.
    Columbia Mid Cap Growth Fund, Inc.
    Columbia National Municipal Bond Fund, Inc.
    Columbia Oregon Municipal Bond Fund, Inc.
    Columbia Real Estate Equity Fund, Inc.
    Columbia Short Term Bond Fund, Inc.
    Columbia Small Cap Growth Fund, Inc.
    Columbia Strategic Investor Fund, Inc.
    Columbia Technology Fund, Inc.