UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES )<br>) | Civil Action No. 04-cv-11704-REK |

**THE INDEPENDENT TRUSTEE DEFENDANTS' MOTION FOR LEAVE
TO FILE A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

The Independent Trustee Defendants, by their attorneys, and pursuant to Local Rule 7.1(b)(4), respectfully request leave to file the attached 29-page memorandum of law in support of their motion to dismiss Counts I, II, III, VII and VIII of the Consolidated Amended Class Action Complaint (the "Complaint"). In support of their motion, the Independent Trustee Defendants state that Plaintiffs' 75-page Complaint purports to assert both class and derivative claims allegedly involving over 80 mutual funds under the Investment Company Act, the Investment Advisers Act and the common law. Plaintiffs' Complaint raises many complicated and important legal issues which, despite the best efforts of counsel, requires exceeding the page limit set forth in Local Rule 7.1(B)(4) by 9 pages to adequately address.

Dated: August 5th, 2005

THE INDEPENDENT
TRUSTEE DEFENDANTS

By: _____
Timothy O. Egan (BBO# 637992)
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100

and

Kenneth E. Rechtoris
Todd E. Pentecost
Bell, Boyd & Lloyd LLC
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Attorneys for the Independent
Trustee Defendants

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Timothy O. Egan, counsel for the Independent Trustee Defendants, hereby certify that pursuant to Local Rule 7.1(a)(2), I made good faith efforts to confer with Plaintiffs' counsel, Nancy Freeman Gans, by calling her office on August 3, 2005. I was unable to do so, however, as Attorney Gans was out of the office on vacation for the entire week.

_____
Timothy O. Egan

## CERTIFICATE OF SERVICE

I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on August 5th, 2005.

_____
Timothy O. Egan

396689/E/1

2