UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION ) | Civil Action No. 04-cv-11704-REK |
| ) | |
| This Document Relates To: ) | |
| ALL CASES ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Todd E. Pentecost as attorney for Defendants Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, Charles R. Nelson, John J. Neuhauser, Patrick J. Simpson, Thomas E. Stitzel, Thomas C. Theobald, Anne-Lee Verville and Richard L. Woolworth (the "Independent Trustee Defendants"). John W. Rotunno, Kenneth E. Rechtoris, Daniel J. Hayes and Todd E. Pentecost were previously admitted *pro hac vice* in these consolidated cases by the Court's electronic orders on February 1, 2005.

Dated: August 5, 2005

>Respectfully Submitted,
>
>THE INDEPENDENT
>TRUSTEE DEFENDANTS
>
>By: _____/s/_____
>Todd E. Pentecost
>Bell, Boyd & Lloyd LLC
>70 West Madison Street
>Suite 3100
>Chicago, IL 60602-4207
>Telephone: (312) 372-1121
>Facsimile: (312) 827-8000
>
>Attorneys for the Independent
>Trustee Defendants

## CERTIFICATE OF SERVICE

I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on August 5, 2005.

*/s/ Timothy O. Egan*

402841/E/1