## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION | ) ) ) | Civil Action No. 04-cv-11704-REK |
| This Document Relates To:<br>ALL CASES | ) ) ) ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Hayes as attorney for Defendants Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, Charles R. Nelson, John J. Neuhauser, Patrick J. Simpson, Thomas E. Stitzel, Thomas C. Theobald, Anne-Lee Verville and Richard L. Woolworth (the "Independent Trustee Defendants"). John W. Rotunno, Kenneth E. Rechtoris, Daniel J. Hayes and Todd E. Pentecost were previously admitted *pro hac vice* in these consolidated cases by the Court's electronic orders on February 1, 2005.

402841/E/1

Dated:  August 5, 2005

                                                   Respectfully Submitted,

                                                   THE INDEPENDENT
                                                   TRUSTEE DEFENDANTS

                                                   By: _____/s/_____

                                                     Daniel J. Hayes
                                                     Bell, Boyd & Lloyd LLC
                                                         70 West Madison Street
                                                     Suite 3100
                                                   Chicago, IL  60602-4207
                                                   Telephone:  (312) 372-1121
                                                   Facsimile:  (312) 827-8000

                                                   Attorneys for the Independent
                                                   Trustee Defendants

## CERTIFICATE OF SERVICE

      I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on August 5, 2005.

                                                           Timothy O. Egan

402841/E/1

2