UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES )<br>) | Civil Action No. 04-cv-11704-REK |

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy O. Egan (BBO# 637992as attorneys for Defendants Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, Charles R. Nelson, John J. Neuhauser, Patrick J. Simpson, Thomas E. Stitzel, Thomas C. Theobald, Anne-Lee Verville and Richard L. Woolworth (the "Independent Trustee Defendants").

Dated: August 5, 2005

Respectfully Submitted,

THE INDEPENDENT
TRUSTEE DEFENDANTS

By: _____
Timothy O. Egan (BBO# 637992)
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
Telephone: (617) 951-2100
Facsimile: (617) 951-2125

## CERTIFICATE OF SERVICE

I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on August 5, 2005.

_____
Timothy O. Egan

402841/E/1