UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES )<br>) | Civil Action No. 04-cv-11704-REK |

## NOTICE OF APPEARANCE

Please enter the appearance of John W. Rotunno as attorney for Defendants Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, Charles R. Nelson, John J. Neuhauser, Patrick J. Simpson, Thomas E. Stitzel, Thomas C. Theobald, Anne-Lee Verville and Richard L. Woolworth (the "Independent Trustee Defendants"). John W. Rotunno, Kenneth E. Rechtoris, Daniel J. Hayes and Todd E. Pentecost were previously admitted *pro hac vice* in these consolidated cases by the Court's electronic orders on February 1, 2005.

402841/E/1

Dated: August 5, 2005

                                    Respectfully Submitted,

                                    THE INDEPENDENT
                                    TRUSTEE DEFENDANTS

                                    By: _____/s/_____
                                        John W. Rotunno
                                        Bell, Boyd & Lloyd LLC
                                        70 West Madison Street
                                        Suite 3100
                                        Chicago, IL 60602-4207
                                        Telephone: (312) 372-1121
                                        Facsimile: (312) 827-8000

                                    Attorneys for the Independent
                                    Trustee Defendants

## **CERTIFICATE OF SERVICE**

    I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on August 5, 2005.

                                                          _____
                                                               Timothy O. Egan