UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES )<br>) | Civil Action No. 04-cv-11704-REK |

## NOTICE OF APPEARANCE

Please enter the appearance of Kenneth E. Rechtoris as attorney for Defendants Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, Charles R. Nelson, John J. Neuhauser, Patrick J. Simpson, Thomas E. Stitzel, Thomas C. Theobald, Anne-Lee Verville and Richard L. Woolworth (the "Independent Trustee Defendants"). John W. Rotunno, Kenneth E. Rechtoris, Daniel J. Hayes and Todd E. Pentecost were previously admitted *pro hac vice* in these consolidated cases by the Court's electronic orders on February 1, 2005.

402841/E/1

Dated: August 5, 2005

                                  Respectfully Submitted,

                                  THE INDEPENDENT
                                  TRUSTEE DEFENDANTS

                                By: _____/s/_____
                                    Kenneth E. Rechtoris
                                    Bell, Boyd & Lloyd LLC
                                    70 West Madison Street
                                    Suite 3100
                                    Chicago, IL  60602-4207
                                    Telephone: (312) 372-1121
                                    Facsimile: (312) 827-8000

                                  Attorneys for the Independent
                                  Trustee Defendants

## CERTIFICATE OF SERVICE

    I, Timothy O. Egan, hereby certify that a true copy of the above document was served upon the attorney of record for each other party not identified on the Notice of Electronic Filing as an electronic recipient by mail on August 5, 2005.

                                  _____
                                  Timothy O. Egan