UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: COLUMBIA ENTITIES LITIGATION ) Civil Action No. 04cv11704 (REK)
) 
) Consolidated Case Nos:
) 04cv11750
) 04cv11760
) 04cv11953

**COLUMBIA DEFENDANTS' MOTION TO DISMISS**

The Columbia Defendants move to dismiss plaintiffs' Consolidated Amended Class Action Complaint pursuant to Fed. Rule of Civ. P. 12(b)(6).[1]

Dismissal is warranted on numerous independent grounds set forth in detail in the accompanying memorandum of law. Plaintiffs' allegations are impermissibly conclusory rather than presenting sufficient facts to allege the elements of their claims. They assert claims with respect to and on behalf of funds in which they have no stake. With respect to the two funds in which they do have a stake, plaintiffs have avoided the causes of action available to them under the Securities Act of 1933 and the Securities Exchange Act of 1934 in order to avoid the heightened pleading and other anti-strike suit requirements imposed on such claims by the Private Securities Litigation Reform Act of 1995 (PSLRA), 15 U.S.C. 77z-1 & 78u-4. In attempting this end-run around the legal framework Congress provided, they assert federal

---

[1] The Columbia Defendants include FleetBoston Financial Corporation, n/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Charles P. McQuaid, Ralph Wanger, the Columbia Funds Trust and the Columbia Funds. Individual defendants Joseph R. Palombo, J. Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Robert A. Mohn, Louis J. Mendes, Todd Narter, Christopher Olson, Jon H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell have not yet been served. These defendants are current or former employees of the Columbia defendants and, at the request of plaintiffs, the Columbia defendants are in the process of contacting the individual defendants to determine whether Columbia defendants' counsel may accept service on their behalf.

causes of action that Congress has chosen not to make available to private plaintiffs and state law causes of action that Congress has expressly preempted. If it were possible to read their allegations instead as allegations of corporate waste, plaintiffs would still be precluded from bringing those claims because they are brought on their own behalf or and without complying with the statutory presuit demand requirement.

Plaintiffs' attempt to slip by the legal framework Congress expressly provided has left them with causes of action that are not available to them and would not fit their allegations if they were available. The Consolidated Amended Class Action Complaint is their second attempt to draft a complaint. Its defects cannot be remedied by repleading these claims. Accordingly, the above-listed defendants move this Court to dismiss plaintiff's complaint with prejudice.

Dated: August 8, 2005

/s/_____
Frances S. Cohen (BBO #542811)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Facsimile: (617) 426-6567

Michael S. Doluisio
Nory Miller
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for FleetBoston Financial Corporation, n/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P. and Columbia Funds Distributor, Inc.*

/s/
Brien T. O'Connor (BBO # 546767)
Giselle J. Joffre (BBO # 658047)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000
*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*


/s/
Richard J. Rosensweig (BBO# 639547)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

OF COUNSEL:
Phil C. Neal  ARDC #2023369
Mark A. Rabinowitz  ARDC #3122026
Dao L. Boyle  ARDC #6269407
Jenny S. Kim  ARDC #6277785
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000

*Counsel for Defendants Charles P. McQuaid and Ralph Wanger*


## LOCAL RULE 7.1 CERTIFICATE

I, Frances S. Cohen, counsel for Defendants Columbia Funds certify that all counsel conferred in a good faith effort to resolve the issues and assent to this motion.

Dated: August 8, 2005                                            /s/ Frances S. Cohen
                                                                 Frances S. Cohen

- 4 -

## CERTIFICATE OF SERVICE

    I, Frances S. Cohen, certify that I served a copy of the foregoing document upon all counsel by email on this 8th day of August, 2005.

                                    /s/ Frances S. Cohen
                                    Frances S. Cohen