UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04cv11704(REK)<br><br>Consolidated Case Nos.:<br>04cv11750<br>04cv11760<br>04cv11953 |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF TWENTY PAGES IN SUPPORT OF THEIR MOTION TO DISMISS**

Pursuant to Local Rule 7.1(B)(4), the "Columbia Defendants" move for leave to file a brief in excess of twenty pages in support of their Motion to Dismiss.[1] The plaintiffs have assented to this motion

As grounds for their motion, the Columbia Management Defendants state that this brief is filed on behalf of many parties and due to the complexity of the issues it was necessary to prepare a  brief pages in length in support of their motion to dismiss.  The Consolidated Amended Complaint filed by the Plaintiffs in this matter is seventy-six pages and asserts eight separate counts.

WHEREFORE, the Columbia Defendants move for leave to file a sixty page memorandum in support of their motion to dismiss.

---

[1] The Columbia Defendants include FleetBoston Financial Corporation, n/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Charles P. McQuaid, Ralph Wanger, the Columbia Funds Trust, and the Columbia Funds.  Individual defendants Joseph R. Palombo, J. Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Robert A. Mohn, Louis J. Mendes, Todd Narter, Christopher Olson, Jon H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell have not yet been served.  These defendants are current or former employees of the Columbia defendants and, at the request of plaintiffs, the Columbia defendants are in the process of contacting the individual defendants to determine whether Columbia defendants' counsel may accept service on their behalf.

/s/
Frances S. Cohen (BBO #542811)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Facsimile: (617) 426-6567

Michael S. Doluisio
Nory Miller
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for FleetBoston Financial Corporation, n/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P. and Columbia Funds Distributor, Inc.*

/s/
Brien T. O'Connor (BBO # 546767)
Giselle J. Joffre (BBO # 658047)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

/s/
Richard J. Rosensweig (BBO# 639547)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

OF COUNSEL:
Phil C. Neal  ARDC #2023369
Mark A. Rabinowitz  ARDC #3122026
Dao L. Boyle  ARDC #6269407
Jenny S. Kim  ARDC #6277785
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602
(312) 269-8000

*Counsel for Defendants Charles P. McQuaid
 and Ralph Wanger*

3