UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04cv11704(REK)<br><br>04cv11750<br>04cv11760<br>04cv11953 |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS COLUMBIA MANAGEMENT GROUP, INC. AND COLUMBIA MANAGEMENT ADVISORS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Columbia Management Group, Inc. and Columbia Management Advisors, Inc. state that they are non-governmental corporate parties.

Effective June 15, 2005, Columbia Management Group, Inc. converted into a Delaware limited liability company. It is now known as Columbia Management Group, LLC. Columbia Management Group, LLC is a wholly owned subsidiary of Bank of America, NA, which is not a publicly held corporation. Bank of America, NA's ultimate parent company is Bank of America Corporation, a publicly held corporation.

Columbia Management Advisors, Inc. is wholly owned by Columbia Management Group, LLC, whose corporate ownership structure is described above.

Dated: August 8, 2005

/s/_____
Frances S. Cohen (BBO #542811)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Facsimile: (617) 426-6567

Michael S. Doluisio
Nory Miller
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for FleetBoston Financial Corporation, n/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P. and Columbia Funds Distributor, Inc.*

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, certify that I served a copy of the foregoing document upon all counsel by email on this 8th day of August, 2005.

/s/ Frances S. Cohen
Frances S. Cohen