UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE COLUMBIA ENTITIES LITIGATION ) | Civil Action No. 04-cv-11704-REK |
| ) |  |
| This Document Relates To: ) |  |
| ALL CASES ) |  |
| ) |  |

**JOINDER OF COLUMBIA ACORN TRUST IN INDEPENDENT TRUSTEE
AND COLUMBIA DEFENDANTS MOTIONS TO DISMISS**

The Columbia Acorn Trust, a nominal defendant, by its undersigned attorneys, hereby joins in the arguments of the Independent Trustee Defendants and the Columbia Defendants that all of the claims asserted in the Plaintiffs' Consolidated Amended Class Action Complaint are derivative in nature and subject to dismissal for failure to make pre-suit demand on the Independent Trustees of the Columbia Acorn Trust and the Columbia Funds Trusts. *See*, *Memorandum Of Law In Support Of The Independent Trustee Defendants' Motion to Dismiss, pp. 7- 13; Columbia Defendants' Memorandum Of Law In Support Of Their Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint, pp. 48-55.* As discussed in more detail in those memoranda of law, it is the exclusive prerogative of the Independent Trustees of the Columbia Acorn Trust to decide whether litigation should be brought on behalf of the Trust and plaintiffs' failure to make pre-suit demand on the Independent Trustees before filing the Consolidated Amended Class Action Complaint violates the Massachusetts universal demand statute, *Mass. Gen. Laws ch. 156 D, §7.42*, and subjects the Complaint to dismissal not just as to Claim Five, which is explicitly brought on behalf of the Trust, but also as to all remaining Claims, which are also clearly derivative in nature.

LIBA/1572775.1  KM5  120365.155546

Dated August 8, 2005

Respectfully submitted,

  /s/ Brian E. Pastuszenski
Brian E. Pastuszenski, BBO # 391030
Kevin P. McGrath, BBO # 550123
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
*Attorneys for nominal defendant*
*Columbia Acorn Trust*