UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                   )
In Re: COLUMBIA ENTITIES LITIGATION    )    CA No: 04-11704-REK
                                                                   )           ALL CASES
_____   )


**PLAINTIFFS' ASSENTED TO MOTION
FOR MODIFICATION OF SCHEDULE**

Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds ("Plaintiffs") hereby request that this Court modify the schedule set in its Order of June 28, 2005.  In support of this Motion, the Plaintiffs state the following:

1. The Plaintiffs request this schedule modification because of their counsel's conflicting professional commitments and travel outside of the country;

2. The proposed modified schedule maintains the time periods for each party to respond to motions and accommodates religious and other holidays;

3. The proposed modified schedule delays the hearing on the pending motions by less than one month;

4. Counsel have no conflicts on the proposed hearing dates; and

5. All defendants assent to this motion.

Wherefore, the Plaintiffs move this Court to modify the schedule as follows:

October 11, 2005 – Plaintiffs' Opposition to the Motion to Dismiss;

October 31, 2005 -- the parties shall file any reply memoranda;

November 10, 15, or 17, 2005 (at the convenience of the Court)—hearing on pending motions.

WHEREFORE, the Plaintiffs respectfully request that this Court grant their motion for modification of the schedule.

Dated:  September 12, 2005                Respectfully submitted,

**MOULTON & GANS, P.C.**


By: /s/ Nancy Freeman Gans
     Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*


**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

## LOCAL RULE 7.1 CERTIFICATE

     I, Nancy Freeman Gans, counsel for plaintiffs Joan Cohen, Paula Slicker, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds, certify that on September 9, 2005, I consulted with Frances S. Cohen, Esquire, Dechert LLP, counsel for the Columbia Funds Defendants and the Columbia Independent Trustee Defendants, by telephone and email on regarding the within Motion, who consulted with counsel for all other defendants. Attorney Cohen and all other defense counsel assent to this motion

Dated:    September 12, 2005

                                                         /s/ Nancy Freeman Gans  
                                                         Nancy Freeman Gans

## CERTIFICATE OF SERVICE

     I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 12th day of September, 2005.

                                                         /s/ Nancy Freeman Gans  
                                                         Nancy Freeman Gans