UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) Civil Action No. 04cv11704 (REK)<br>)<br>) ALL CASES<br>) |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A PROPOSED
SCHEDULE FOR ADDRESSING ISSUES RELATED TO CLASS CERTIFICATION**

The parties jointly move to extend the time, from September 23, 2005 until October 11, 2005, to file a proposed schedule for addressing issues related to class certification. Good cause exists for this motion as the parties are currently negotiating certain issues and more time would be beneficial for resolving such issues. The requested date avoids conflict with the Jewish holidays.

WHEREFORE, the parties respectfully request that this Court grant their motion for an extension of time until October 11, 2005, to file a proposed schedule to address issues related to class certificate

Dated:   September 21, 2005

Respectfully submitted,

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| **MOULTON & GANS, P.C.**<br><br>/s/ Nancy Freeman Gans<br>Nancy Freeman Gans (BBO #184540)<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216<br>Tel: (617) 369-7979<br><br>*Counsel for Plaintiffs and Proposed Liaison Counsel*<br><br>**MILBERG WEISS BERSHAD<br>  & SCHULMAN LLP**<br>Jerome M. Congress<br>Janine L. Pollack | **ROPES & GRAY LLP**<br><br>/s/ Brien T. O'Connor<br>Brien T. O'Connor (BBO #546767)<br>Giselle J. Joffre (BBO #658047)<br>One International Place<br>Boston, MA 02110-2624<br>Tel:  (617) 951-7000<br>Fax: (617) 951-7050<br><br>*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds* |

| | |
|---|---|
| Kim E. Miller<br>Michael R. Reese<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>Tel: (212) 594-5300<br>Fax: (212) 868-1229<br><br>*Counsel for Plaintiffs and Proposed Co-Lead Counsel*<br><br><br>**STULL, STULL & BRODY**<br>Jules Brody<br>Aaron Brody<br>6 East 45th Street<br>New York, NY 10017<br>     Tel: (212) 687-7230<br>     Fax: (212) 490-2022<br><br>*Counsel for Plaintiffs and Proposed Co-Lead Counsel* | **PEABODY & ARNOLD LLP**<br><br>/s/ Timothy O. Egan<br>Timothy O. Egan (BBO #637992)<br>50 Rowes Wharf<br>Boston, MA 02110<br>Tel: (617) 951-2100<br>Fax: (617) 951-2125<br><br>**BELL, BOYD & LLOYD LLC**<br>John W. Rotunno<br>Kenneth E. Rechtoris<br>70 West Madison Street<br>Suite 3100<br>Chicago, Ill 60602-4207<br>Tel: (312) 372-1121<br>Fax: (312) 827-8000<br><br>*Counsel for Defendants Columbia Independent Trustee Defendants: Margaret Eisen, Leo Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A Wing, Charles R. Nelson, Patrick O. Simpson, Richard L. Woolworth, Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, John J. Neuhauser, Thomas E. Stitzel, Thomas C. Theobald and Anne Lee Verville*<br><br><br>**DECHERT LLP**<br><br><br>/s/ Frances S. Cohen<br>Frances S. Cohen (BBO #542811)<br>Matthew M. Lyons<br>Dechert LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>Tel: (617) 728-7100<br>Fax: (617) 426-6567<br><br>Michael S. Doluisio<br>Nory Miller<br>Jeffrey S. Edwards |

2

**DECHERT LLP**
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103
Tel: (215) 994-4000
Fax: (215) 994-2222

*Counsel for Defendants Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, and Columbia Funds Distributor*

**GOODWIN PROCTER LLP**

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
Kevin P. McGrath (BBO #550123)
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Counsel for Defendants Columbia Acorn Trust, Columbia Acorn Select, Columbia Acorn USA, Columbia Thermostat Fund, Columbia Acorn International Fund, and Columbia Acorn International Select Fund*

**GOULSTON & STORRS, PC**

/s/ Richard J. Rosensweig
Richard J. Rosensweig (BBO #639547)
400 Atlantic Avenue
Boston, MA 02110
Tel: (617) 482-1776
Fax: (617) 574-4112

**NEAL, GERBER & EISENBERG LLP**
Mark A. Rabinowitz
Jenny S. Kim
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602-3801

| | |
|---|---|
| | Tel: (312) 269-8000<br>Fax: (312) 269-1747<br><br>*Counsel for Defendants Charles P. McQuade and Ralph Wanger* |

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, hereby certify that I served a copy of the foregoing document upon counsel for all parties by email on this 21st day of September, 2005.

/s/ Frances S. Cohen
Frances S. Cohen

## LOCAL RULE 7.1 CERTIFICATE

I, Frances S. Cohen, certify that all counsel have conferred in a good faith effort to resolve the issues and assent to this motion.

/s/ Frances S. Cohen
Frances S. Cohen

Dated: September 21, 2005

4