UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
─────────────────────────────────x
                                 )
                                 )
                                 )
IN RE: COLUMBIA ENTITIES LITIGATION )   Civil Action No. 04cv11704
                                 )      Judge Robert E. Keeton
                                 )
                                 )
                                 )
─────────────────────────────────x
```

## PLAINTIFFS' MOTION FOR ENTRY OF PLAINTIFFS' PROPOSED SCHEDULE FOR CLASS CERTIFICATION AND COMMENCEMENT OF DISCOVERY

Plaintiffs, on behalf of themselves and all others similarly situated, by their counsel, hereby move this Court to enter their proposed schedule for class certification, including the commencement of discovery. As grounds therefor, Plaintiffs submit that their proposed schedule is reasonable and that the commencement of discovery is appropriate for the reasons set forth in the accompanying memorandum of law in support of plaintiffs' motion for entry of proposed schedule for class proceedings and for commencement of discovery. Plaintiffs' proposed schedule is attached hereto as Exhibit A.

Dated: October 11, 2005

                                                        Respectfully submitted,

                                                        **MOULTON & GANS, P.C.**

                                                        By: /s/ Nancy Freeman Gans
                                                        Nancy Freeman Gans (BBO #184540)
                                                        33 Broad Street, Suite 1100
                                                       Boston, Massachusetts 02109-4216
                                                       (617) 369-7979

                                                       *Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, NewYork  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

2

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Counsel for Plaintiff Paul Slicker*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

*Counsel for Plaintiff Paul Slicker*

**IT IS SO ORDERED**

_____
Honorable Robert E. Keeton


## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on October 11, 2005, I conferred with Frances S. Cohen, Esquire, Dechert LLP, who opposes the within Motion on behalf of all Defendants.

/s/ Nancy Freeman Gans
Nancy Freeman Gans


## CERTIFICATE OF SERVICE

I, Adam H. Wierzbowski, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 11th day of October, 2005.

/s/ Adam H. Wierzbowski
Adam H. Wierzbowski