# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) Civil Action No. 04cv11704 (REK)<br>)<br>) Consolidated Case Nos.:<br>) 04cv11750<br>) 04cv11760<br>) 04cv11953<br>) |

## PLAINTIFFS' [PROPOSED] SCHEDULE FOR CLASS CERTIFICATION

Plaintiffs submit the following schedule relating to Plaintiffs' motion for class certification filed June 9, 2005:

1. Within sixty (60) days after the entry of this proposed schedule, Defendants shall produce documents responsive to Plaintiffs' class certification discovery requests outlined in the September 9, 2005 letter from Plaintiffs' counsel, Janine L. Pollack, to defense counsel;

2. Within thirty (30) days after the entry of this proposed schedule, Defendants shall serve Plaintiffs with class document discovery and Plaintiffs shall produce responsive documents within thirty (30) days thereof;

3. Any class depositions shall be conducted and concluded by no later than six (6) months after the entry of this proposed schedule, provided, however, in the event that any party has not completed document production as described in paragraphs 1 and 2 above, any other party may request additional time for depositions under this paragraph;

4. Defendants shall file and serve their opposition to Plaintiffs' Motion for Class Certification within thirty (30) days after the end of the deposition period in paragraph 3 above;

5. Plaintiffs shall file and serve their reply to Defendants' opposition within thirty (30) days of service of such opposition; and

6. Following the foregoing briefing, a hearing on Plaintiffs' Motion for Class Certification will be scheduled at a date and time that is convenient for the Court.