# Exhibit A

Case 1:04-cv-11704-MBB   Document 64-2   Filed 10/11/2005   Page 1 of 11



**MILBERG WEISS**

Janine L. Pollack
Direct Dial: 212-946-9376
jpollack@milbergweiss.com

Setpember 9, 2005

**VIA FACSIMILE**

TO ALL DEFENSE COUNSEL

    Re:    *In re: Columbia Entities Litigation*
             Civil Action No. 04cv11704 (REK)

Dear Counsel:

      We write concerning the Proposed Schedule for Class Certification that is due to be filed with the Court on September 23, 2005. It is Plaintiffs' position that class certification discovery should proceed forthwith. As such, the following is a list of document categories that we believe are pertinent to class certification issues, and therefore request the production of the documents:

1. Any written agreements between any of the Defendants and any broker/dealer or affiliated company concerning revenue sharing or directed brokerage, or concerning payment to such company for distribution, marketing, or promotional services;

2. Any documents that summarize or aggregate payments made to any broker/dealer or affiliated company for revenue sharing, directed brokerage, distribution, marketing, or promotional services;

3. All board books or other materials presented to Columbia mutual fund directors or trustees for their consideration in reviewing and deciding whether to approve proposed advisory fee agreements or the terms thereof, 12b-1 fee programs, revenue sharing programs, directed brokerage programs, or "soft-dollar" payment programs; together with any agendas and board minutes or other board meeting documentation reflecting directors' or trustees' consideration of these matters, any decisions that were reached, and the rationale for those decisions;

4. All agreements between any of the Defendants, or any of their affiliates, and any of the Columbia mutual funds with respect to the provision of services

including, without limitation, agreements for advisory services, management services and distribution services;

5. With respect to any expenses that are shared by any Columbia Funds with other Columbia Funds, any documents that set forth how those expenses are allocated among the Funds. In this regard, Plaintiffs are looking for summary documents, for example, documents that may have been reviewed by a Fund's board of directors to approve the allocation or sharing of expenses among the Funds, or accounting materials that summarize the allocation of shared expenses and set forth the rationale for the allocation;

6. Any documents produced to regulators or governmental agencies conducting an investigation with respect to the same types of practices as those alleged in Plaintiffs' amended complaint;

7. Any documents relating to any internal investigation conducted by or on behalf of any of the Defendants with respect to allegations concerning revenue sharing, 12b-1 fees, directed brokerage or soft dollar payments;

8. Any documents that categorize the various purposes for which 12b-1 payments have been made by the Columbia Funds, and aggregate the amounts expended within any category;

9. Organizational charts or other similar charts or lists sufficient to identify the officers and boards of directors of the Columbia Funds during the Class Period;

10. Organizational charts or other similar charts or lists sufficient to identify the officers and directors of defendants Columbia Management Group, Inc.[1] and Columbia Funds Distributor, Inc. during the Class Period;

11. The Articles of Incorporation, Articles of Trust, or other documents sufficient to show the legal formation of the Columbia Funds;

12. The contracts for or documents sufficient to identify all service providers for the Columbia Funds, the nature of the service provided, and the Funds that received service from each provider;

---

[1] As of April 1, 2004, FleetBoston Financial Corporation merged with and into Bank of America Corporation pursuant to an Agreement and Plan of Merger, dated October 27, 2003. Bank of America Corporation, as successor-in-interest to Fleet, is currently the ultimate parent of defendants bearing the Columbia name. As such, if relevant, any reference to Columbia shall include Bank of America Corporation.

Milberg Weiss Bershad & Schulman LLP

13. All documents concerning the allocation and sharing of services among the Columbia Funds, including, but not limited to, any internal analysis of the process of allocation and factors used to allocate services;

14. Documents sufficient to identify the custodian(s) and transfer agent(s) of Columbia Funds' shares and the Funds to which they provided services;

15. Documents sufficient to identify the employees at the Columbia Funds or at Columbia Management Group, Inc., or any outside entities, responsible for the advertising and marketing of the Columbia Funds and the Funds for which they are responsible;

16. Documents sufficient to identify the employees at the Columbia Funds or at Columbia Management Group, Inc., or any outside entities, responsible for shareholder service, customer service, or whose primary function is to assist shareholders, and the Funds for which they are responsible;

17. Documents sufficient to identify employees of the Columbia Funds or Columbia Management Group, Inc. responsible for conducting research on purchasing and/or trading securities held by the Funds, and the Funds for which they are responsible;

18. Documents sufficient to identify employees of the Columbia Funds or Columbia Management Group, Inc. responsible for the division and/or allocation of 12b-1 fees collected from the Funds during the Class Period and the Funds for which they are responsible; and

19. Documents sufficient to identify employees of the Columbia Funds or Columbia Management Group, Inc. responsible for the division and/or allocation of soft dollars during the Class Period and the Funds for which they are responsible.

We look forward to your production of the documents, which, as indicated in the proposed schedule (attached hereto), will be due sixty (60) days after the entry of such schedule. If you have any questions or concerns, please feel free to contact me at the number listed above.

Sincerely,

*Janine L. Pollack*

Janine L. Pollack

JLP:pb

Milberg Weiss Bershad & Schulman LLP

September 9, 2005
Page 4

cc:   Mark Levine, Esq.
      Nancy Gans, Esq.

## SERVICE LIST

**ROPES & GRAY LLP**
Giselle J. Joffre (BBO #658047)
Brien T. O'Connor (BBO #546767)
One International Place
Boston, MA 02110-2624
Tel: (617) 951-7000
Fax: (617) 951-7050

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

**PEABODY & ARNOLD LLP**
Timothy O. Egan (BBO #637992)
50 Rowes Wharf
Boston, MA 02110
Tel: (617) 951-2100
Fax: (617) 951-2125

**BELL, BOYD & LLOYD LLC**
John W. Rotunno
Kenneth E. Rechtoris
70 West Madison Street
Suite 3100
Chicago, Ill 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8000

*Counsel for Defendants Columbia Independent Trustee Defendants: Margaret Eisen, Leo Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A Wing, Charles R. Nelson, Patrick O. Simpson, Richard L. Woolworth, Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, John J. Neuhauser, Thomas E. Stitzel, Thomas C. Theobald and Anne Lee Verville*

Milberg Weiss Bershad & Schulman LLP

September 9, 2005
Page 5

**DECHERT LLP**
Frances S. Cohen (BBO #542811)
Matthew M. Lyons
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Fax: (617) 426-6567

Michael S. Doluisio
Jeffrey S. Edwards
**DECHERT LLP**
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103
Tel: (215) 994-4000
Fax: (215) 994-2222

*Counsel for Defendants Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, and Columbia Funds Distributor*

**GOODWIN PROCTER LLP**
Brian E. Pastuszenski (BBO #391030)
Kevin P. McGrath
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Counsel for Defendants Columbia Acorn Trust, Columbia Acorn Select, Columbia Acorn USA, Columbia Thermostat Fund, Columbia Acorn International Fund, and Columbia Acorn International Select Fund*

**GOULSTON & STORRS, PC**
Richard J. Rosensweig (BBO #639547)
400 Atlantic Avenue
Boston, MA 02110
Tel: (617) 482-1776
Fax: (617) 574-4112

Milberg Weiss Bershad & Schulman LLP

**NEAL, GERBER & EISENBERG LLP**
Mark A. Rabinowitz
Jenny S. Kim
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602-3801
Tel: (312) 269-8000
Fax: (312) 269-1747

*Counsel for Defendants Charles P. McQuade and Ralph Wanger*

Milberg Weiss Bershad & Schulman LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) Civil Action No. 04cv11704 (REK) <br> ) <br> ) Consolidated Case Nos.: <br> ) 04cv11750 <br> ) 04cv11760 <br> ) 04cv11953 <br> ) |

### [PROPOSED] SCHEDULE FOR CLASS CERTIFICATION

The parties jointly submit the following schedule relating to Plaintiffs' motion for class certification filed June 9, 2005:

1. Within sixty (60) days after the entry of this proposed schedule, Defendants shall produce documents responsive to Plaintiffs' class certification discovery requests outlined in the September 9, 2005 letter from Plaintiffs' counsel, Janine L. Pollack, to defense counsel;

2. Within thirty (30) days after the entry of this proposed schedule, Defendants shall serve Plaintiffs with class document discovery and Plaintiffs shall produce responsive documents within thirty (30) days thereof;

3. Any class depositions shall be conducted and concluded by no later than six (6) months after the entry of this proposed schedule, provided, however, in the event that any party has not completed document production as described in paragraphs 1 and 2 above, any other party may request additional time for depositions under this paragraph;

4. Defendants shall file and serve their opposition to Plaintiffs' Motion for Class Certification within thirty (30) days after the end of the deposition period in paragraph 3 above;

5. Plaintiffs shall file and serve their reply to Defendants' opposition within thirty (30) days of service of such opposition; and

6. Following the foregoing briefing, a hearing on Plaintiffs' Motion for Class Certification will be scheduled at a date and time that is convenient for the Court.

Dated:   September 23, 2005

<table>
<tr><td>

Respectfully submitted,

**PLAINTIFFS' COUNSEL**

**MOULTON & GANS, P.C.**

By: _____
      Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, MA 02109-4216
Tel: (617) 369-7979

*Counsel for Plaintiffs and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Mark Levine
Aaron Brody
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Counsel for Plaintiffs and Proposed Co-Lead Counsel*

</td><td>

Respectfully submitted,

**DEFENDANTS' COUNSEL**

**ROPES & GRAY LLP**

By:_____
      Giselle J. Joffre (BBO #658047)
      Brien T. O'Connor (BBO #546767)
One International Place
Boston, MA 02110-2624
Tel: (617) 951-7000
Fax: (617) 951-7050

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

**PEABODY & ARNOLD LLP**

By:_____
      Timothy O. Egan (BBO #637992)
50 Rowes Wharf
Boston, MA 02110
Tel: (617) 951-2100
Fax: (617) 951-2125

**BELL, BOYD & LLOYD LLC**
John W. Rotunno
Kenneth E. Rechtoris
70 West Madison Street
Suite 3100
Chicago, Ill 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8000

*Counsel for Defendants Columbia*

</td></tr>
</table>

*Independent Trustee Defendants: Margaret Eisen, Leo Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A Wing, Charles R. Nelson, Patrick O. Simpson, Richard L. Woolworth, Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, John J. Neuhauser, Thomas E. Stitzel, Thomas C. Theobald and Anne Lee Verville*

**DECHERT LLP**

By:_____
    Frances S. Cohen (BBO #542811)
    Matthew M. Lyons
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Fax: (617) 426-6567

Michael S. Doluisio
Jeffrey S. Edwards
**DECHERT LLP**
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103
Tel: (215) 994-4000
Fax: (215) 994-2222

*Counsel for Defendants Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, and Columbia Funds Distributor*

**GOODWIN PROCTER LLP**

By:_____
    Brian E. Pastuszenski (BBO #391030)
    Kevin P. McGrath
Exchange Place

53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Counsel for Defendants Columbia Acorn Trust, Columbia Acorn Select, Columbia Acorn USA, Columbia Thermostat Fund, Columbia Acorn International Fund, and Columbia Acorn International Select Fund*

**GOULSTON & STORRS, PC**

By:_____
     Richard J. Rosensweig (BBO #639547)
400 Atlantic Avenue
Boston, MA 02110
Tel: (617) 482-1776
Fax: (617) 574-4112

**NEAL, GERBER & EISENBERG LLP**
Mark A. Rabinowitz
Jenny S. Kim
Two North LaSalle Street
Suite 2200
Chicago, Illinois 60602-3801
Tel: (312) 269-8000
Fax: (312) 269-1747

*Counsel for Defendants Charles P. McQuade and Ralph Wanger*