# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
RONALD J. HEDGES
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING, JR.
FEDERAL BUILDING AND COURTHOUSE
50 WALNUT STREET
NEWARK, N.J. 07101
973-645-3827

October 18, 2004

LETTER-ORDER
ORIGINAL FILED WITH THE CLERK OF THE COURT

Jeffrey B. Maletta, Esq.
Kirkpatrick & Lockhart LLP
One Newark Center
Tenth Floor
Newark, New Jersey 07102

Janine L. Pollack, Esq.
Milberg Weiss
One Pennsylvania Plaza
New York, New York 10119

Mary Sue Henifin, Esq.
Buchanan Ingersoll, PC
700 Alexander Park, Suite 300
Princeton, New Jersey 08540-6347

Patrick L. Rocco
Shalov Stone & Bonner LLP
163 Madison Avenue
P.O. Box 1277
Morristown, New Jersey 07962

  Re: In Re Lord Abbett Mutual Funds Fee Litigation
  Civil Action No. 04-0559
  Hon. William J. Martini, U.S.D.J.

Dear Counsel:

  Consistent with the Case Management Order of September 29th, I received correspondence from Ms. Pollock dated October 6th with regard to the application of Lord Abbett to stay all discovery.

    Given the claims in issue, I am not satisfied that the "automatic stay" provision of the Private Securities Litigation Reform Act of 1995 is applicable. I appreciate that motions to dismiss the Amended Complaint will be made. However, rather than grant defendants a discretionary stay of all discovery, I deem it appropriate to allow plaintiffs to proceed on class certification-related discovery. This will afford defendants protection from unlimited merits discovery and will, at the same time, allow the parties to prepare for class certification. I will allow the discovery described by Ms. Pollack in her October 6th letter.

    SO ORDERED.

                                            s/Ronald J. Hedges

                                    RONALD J. HEDGES
                                  UNITED STATES MAGISTRATE JUDGE