# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE LORD ABBETT MUTUAL FUNDS FEE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER FILE: 04-CV-0559 (WJM)<br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |
|---|---|

For the reasons stated in the accompanying Letter Opinion, and for good cause shown,

IT IS on this _X_ day of February 2005, hereby

**ORDERED** that the December 13, 2004 Case Management Order is affirmed.

William J. Martini, U.S.D.J.

cc:   The Honorable Ronald J. Hedges, U.S.M.J.