# Exhibit F

**POLLACK & KAMINSKY**
114 West 47th Street
New York, New York 10036
Tel. (212) 575-4700
Fax (212) 575-6560

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel. (973) 622-4444
Fax (973) 624-7070

*Attorneys for Defendants served with process*

JAN 2 4 '05

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE FRANKLIN MUTUAL FUNDS FEE LITIGATION | MASTER FILE: 04-CV-982 (RJH) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE MANAGEMENT ORDER |

This matter having come before the Court on defendants' motion for a stay of all discovery, and the Court having considered the submissions by all parties and the oral arguments of counsel at the telephonic conference held on December 27, 2004 and the Court hearing held on January 10, 2005:

IT IS on this 24 day of January 2005,

**ORDERED** that:

1. Defendants' motion for a stay of all discovery is denied in part and granted in part as set forth in the following rulings:

NWK2: 1264870.02

**Plaintiffs' Class Discovery**

    A.    Defendants shall produce to plaintiffs service agreements for the Franklin Funds in which named plaintiffs invested, namely the Templeton Foreign Fund, the Franklin Income Fund and the Franklin Mutual Discovery Fund (collectively the "Funds"), whether or not such service agreements are publicly available;

    B.    Defendants shall inform plaintiffs whether there has been any internal investigation(s) concerning the Funds and whether defendants have responded to any governmental investigation(s) concerning the Funds relating to activity by defendants of the type alleged in the Amended Complaint. Defendants shall also inform plaintiffs of each of the following:

        (i)    The date of any governmental request for information;

        (ii)    The type of information requested;

        (iii)    How defendants responded to such requests, i.e. by producing documents, by letter, etc.; and

        (iv)    Any claims of privilege which defendants intend to assert with respect to any documents relating to any investigations referenced above.

Following disclosure of the information required by paragraph B(i)-(iv) above, the parties will confer regarding production of documents and information, if any exists. If non-privileged documents are discovered, such documents will be produced under seal and for attorneys eyes only, and will be designated accordingly. In addition, if necessary, defendants will also produce a privilege log. In the event that the parties are unable to reach agreement, they may bring any disagreements to the Court's attention.

    C.    Defendants shall provide the foregoing documents and information to plaintiffs no later than 45 days after the entry of this order.

NWK2: 1264870.02

**Defendants' Class Discovery**

D. After plaintiffs' motion for class certification has been filed, defendants' counsel shall meet and confer with plaintiffs' counsel regarding the discovery relating to class certification that defendants wish to obtain from plaintiffs. If the parties cannot agree on the scope of defendants' discovery requests regarding class certification, they may raise the issue in the first instance on a conference call with the Court.

**Schedule for Class Certification Motion**

E. The following schedule shall apply to plaintiffs' motion for class certification:

(i) Plaintiffs shall file their motion by January 24, 2005;

(ii) Defendants shall file their papers in response to the motion by February 25, 2005;

(iii) Plaintiffs shall file their papers in reply to the motion by March 11, 2005; and

(iv) The motion shall be returnable along with defendants' motion to dismiss on March 28, 2005.

HON. RONALD J. HEDGES
United States Magistrate Judge