# Exhibit H

LEAD

## U.S. District Court
### District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00280-CFD

| | |
|---|---|
| Alexander v. Allianz Dresdner Asset Mgmt Of Amer LP et al | Date Filed: 02/17/2004 |
| Assigned to: Judge Christopher F. Droney | Jury Demand: Plaintiff |
| Lead case: 3:04-cv-00280-CFD   (View Member Cases) | Nature of Suit: 890 Other Statutory Actions |
| Cause: No cause code entered | Jurisdiction: Federal Question |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2005 | 151 | ORDER granting 73 Motion to Compel(The parties shall present a proposed schedule within 30 days), granting 77 Motion, denying 91 Motion to Stay, denying 97 Motion to Strike, granting 107 Motion for Leave to File, granting 143 Motion to Appear, granting 149 Motion to Appear . Signed by Judge Christopher F. Droney on 8/12/05. (Droney, Christopher) (Entered: 08/12/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2005 14:11:15 | | | |
| PACER Login: | mw0001 | Client Code: | 040061-00001-sredman |
| Description: | Docket Report | Search Criteria: | 3:04-cv-00280-CFD Documents: 151 |
| Billable Pages: | 1 | Cost: | 0.08 |