UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re COLUMBIA ENTITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Civil Action No. 04cv11704 (REK)<br><br>Consolidated Cases Nos.:<br>04cv11750<br>04cv11760<br>04cv11953 |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE
<u>MEMORANDUM OF LAW IN EXCESS OF 20 PAGES</u>**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs in the above-captioned action (collectively, the "Plaintiffs"), by their counsel, hereby move this Court for leave to file the attached Memorandum of Law in Opposition to Defendants' Motion to Dismiss, which has approximately 90 pages.  As grounds therefor, Plaintiffs state that the issues raised are of unusual complexity and Defendants filed briefs totaling almost 90 pages.  Plaintiffs believe that extending the page limit will allow them to address the arguments fully to aid the court in its determination of the issues presented and will serve the interests of judicial economy and efficiency. Defendants assent to this motion.

Dated:  October 11, 2005

                                                Respectfully submitted,

                                                **MOULTON & GANS, P.C.**

                                                By: <u>/s/ Nancy Freeman Gans</u>
                                                Nancy Freeman Gans (BBO #184540)
                                                33 Broad Street, Suite 1100
                                                Boston, Massachusetts  02109-4216
                                                (617) 369-7979

                                                *Counsel for Plaintiffs Joan Cohen, Gene F.*
                                                *Osburn, Jean S.B. Simmonds and R.L. Simmonds*
                                                *and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, NewYork 10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

2

        **SCHIFFRIN & BARROWAY, LLP**
        Marc A. Topaz
        Richard A. Maniskas
        280 King of Prussia Road
        Radnor, Pennsylvania 19087
        (610) 667-7706

        *Counsel for Plaintiff Paul Slicker*

        **GILMAN AND PASTOR, LLP**
        David Pastor (BBO #391000)
        Stonehill Corporate Center
        999 Broadway, Suite 500
        Saugus, Massachusetts 01906
        (781) 231-7850

        *Counsel for Plaintiff Paul Slicker*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on October 7, 2005, I conferred with Frances S. Cohen, Esquire, Dechert LLP, who assents to the within Motion on behalf of all Defendants.

        /s/ Nancy Freeman Gans
        Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Adam Wierzbowski, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 11th day of October, 2005.

        /s/ Adam Wierzbowski
        Adam Wierzbowski