UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 04cv11704 (REK) <br><br> ALL CASES <br><br> Consolidated Cases Nos.: <br> 04cv11750 <br> 04cv11760 <br> 04cv11953 |

## DECLARATION OF JANINE L. POLLACK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

JANINE L. POLLACK, hereby declares:

1. I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP, Proposed Co-Lead Counsel for Plaintiffs. I submit this declaration to place before the Court certain information that is relevant to Plaintiffs' Opposition to Defendants' Motions to Dismiss filed in the above-captioned case.

2. Attached hereto as Exhibit A is a true and correct copy of the March 23, 2005 Securities Exchange Commission ("SEC") Order Instituting Administrative and Cease-and-Desist Proceedings, Making Findings, and Imposing Remedial Sanctions in *In the Matter of Citigroup Global Markets, Inc.*, Admin. Proc. No. 3-11869.

3. Attached hereto as Exhibit B is a true and correct copy of the March 31, 2004 SEC Order Instituting Administrative and Cease-and-Desist Proceedings, Making Findings, and Imposing Remedial Sanctions in *In the Matter of Massachusetts Financial Services Co.*, Admin. Proc. No. 3-11450.

4. Attached hereto as Exhibit C is a true and correct copy of the September 15, 2004 SEC Order Instituting Administrative and Cease-and-Desist Proceedings, Making Findings, and

Imposing Remedial Sanctions in *In the Matter of PA Fund Management LLC, et al.*, Admin Proc. No. 3-11661.

5. Attached hereto as Exhibit D is a true and correct copy of the December 13, 2004 SEC Order Instituting Administrative and Cease-and-Desist Proceedings, Making Findings, and Imposing Remedial Sanctions in *In the Matter of Franklin Advisers, Inc. and Franklin/Templeton Distributors, Inc.*, Admin. Proc. No. 3-11769.

6. Attached hereto as Exhibit E is a true and correct copy of the February 16, 2005 National Association of Securities Dealers ("NASD") Complaint in *Department of Enforcement v. American Funds Distributors, Inc.*

7. Attached hereto as Exhibit F is a true and correct copy of a March 23, 2005 Press Release pertaining to the March 24, 2005 California Attorney General Complaint in *The People of the State of California v. American Funds Distributors, Inc.*

8. Attached hereto as Exhibit G is a true and correct copy of the October 10, 2005 NASD Press Release entitled "NASD Charges Eight Firms With Directed Brokerage Violations, Imposes Fines Totaling More Than $7.75 Million."

9. Attached hereto as Exhibit H is a true and correct copy of the December 27, 2004 Jones Financial Companies, L.L.L.P. Current Report (Form 8-K) with accompanying exhibits of settlement agreements between Edward D. Jones & Co., L.P. and the SEC, NASD, New York Stock Exchange, Inc., and the United States Attorney's Office for the Eastern District of Missouri.

10. Attached hereto as Exhibit I is a true and correct copy of the June 8, 2005 NASD Press Release entitled "NASD Charges 15 Firms With Directed Brokerage Violations, Imposes Fines Totaling More Than $34 Million".

11. Attached hereto as Exhibit J is a true and correct of the September 9, 1999 SEC Order Instituting Proceedings Pursuant to §§ 203(e) and 203(k) of the Investment Advisers Act of 1940, Making Findings and Imposing Remedial Sanctions, and Cease-and-Desist Order in *In the Matter of Fleet Investment Advisors Inc. (as successor to Shawmut Investment Advisers, Inc.)*, Admin. Proc. No. 3-10005.

12. Attached hereto as Exhibit K is a true and correct copy of the opinion, *In re Dreyfus Mutual Funds Fee Litig.*, Master File No. 04-0128 (W.D. Pa. Sept. 30, 2005) (Slip Op.).

13. Attached hereto as Exhibit L is a true and correct copy of relevant excerpts from the transcript of the July 8, 2005 Motion to Dismiss hearing in *In re Eaton Vance Mutual Funds Litigation*, No. 04 Civ. 1144 (S.D.N.Y.).

14. Attached hereto as Exhibit M is a true and correct copy of the relevant portion of the May 1, 2002 Liberty Acorn Trust Registration Statement entitled "How to Exchange Shares."

15. Attached hereto as Exhibit N is a true and correct copy of the *Morningstar* article entitled "Brand Name Value Among Mutual Funds," available at http://pages.stern.nyu.edu/~adamodar/New_Home_Page/invmgmt/ch1/brand.htm.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2005 in New York, New York.

                                        By:  /s/ Janine L. Pollack
                                                 Janine L. Pollack

## **CERTIFICATE OF SERVICE**

    I, Adam H. Wierzbowski, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 11th day of October, 2005.

                                              /s/ Adam H. Wierzbowski
                                              Adam H. Wierzbowski