UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ──x ) ) | |
| IN RE: COLUMBIA ENTITIES LITIGATION | ) ) ) ) ) ) ──x | Civil Action No. 04cv11704<br>Judge Robert E. Keeton |

### PLAINTIFFS' NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits to Declaration of Janine L. Pollack in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss.

The original documents are maintained in the case file in the Clerk's Office.

Dated: October 11, 2005

        Respectfully submitted,

        **MOULTON & GANS, P.C.**

        By: /s/ Nancy Freeman Gans
        Nancy Freeman Gans (BBO #184540)
        33 Broad Street, Suite 1100
        Boston, Massachusetts 02109-4216
        (617) 369-7979

        *Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, NewYork  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

2

        **SCHIFFRIN & BARROWAY, LLP**
        Marc A. Topaz
        Richard A. Maniskas
        280 King of Prussia Road
        Radnor, Pennsylvania  19087
        (610) 667-7706

        *Counsel for Plaintiff Paul Slicker*

        **GILMAN AND PASTOR, LLP**
        David Pastor (BBO #391000)
        Stonehill Corporate Center
        999 Broadway, Suite 500
        Saugus, Massachusetts  01906
        (781) 231-7850

        *Counsel for Plaintiff Paul Slicker*

## **CERTIFICATE OF SERVICE**

    I, Adam H. Wierzbowski, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 11th day of October, 2005.

        /s/ Adam H. Wierzbowski
        Adam H. Wierzbowski