UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | Civil Action No. 04cv11704 (REK) |
|---|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) ) ) ) ) ) | Consolidated Case Nos:<br>04cv11750<br>04cv11760<br>04cv11953 |

### DEFENDANTS' MOTION FOR STAY OF CLASS AND OTHER DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants move to stay class and other discovery until such time as this Court shall have ruled on the Defendants' motions to dismiss and Plaintiffs' renewed motion for appointment of lead counsel.

In the event that any of Plaintiffs' claims are allowed to proceed, Defendants request a case management conference pursuant to Local Rules 16.3 to address the timing, sequence and management of discovery.

October 11, 2005

/s/
Frances S. Cohen (BBO #542811)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Facsimile: (617) 426-6567

10234390.1.LITIGATION

Michael S. Doluisio
Nory Miller
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for Defendants Bank of America Corporation, Fleet Boston Financial Corporation, Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, Inc., and Columbia Funds Distributor, Inc.*

/s/ _____
Brien T. O'Connor (BBO # 546767)
Giselle J. Joffre (BBO # 658047)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*


/s/ _____
Richard J. Rosensweig (BBO# 639547)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

OF COUNSEL:
Phil C. Neal  ARDC #2023369
Mark A. Rabinowitz  ARDC #3122026
Dao L. Boyle  ARDC #6269407
Jenny S. Kim  ARDC #6277785
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000

*Counsel for Defendants Charles P. McQuaid and Ralph Wanger*

- 3 -

## LOCAL RULE 7.1 CERTIFICATE

I, Frances S. Cohen, counsel for Defendants Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, and Columbia Funds Distributor certify that all counsel conferred in a good faith effort to resolve the issues and assent to this motion.

Dated: October 11, 2005

/s/ Frances S. Cohen
Frances S. Cohen

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, certify that I served a copy of the foregoing document upon all counsel by ECF or email on this 11th day of October, 2005.

/s/ Frances S. Cohen
Frances S. Cohen