UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04cv11704(REK)

In Re: COLUMBIA ENTITIES LITIGATION

Consolidated Case Nos.:
04cv11750
04cv11760
04cv11953

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF
IN EXCESS OF FIFTY-THREE PAGES IN SUPPORT OF THEIR MOTION TO
DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Local Rule 7.1(B)(4), the Columbia Defendants move for leave to file a brief

of fifty-three pages in support of their Motion to Dismiss Consolidated Amended Class Action

Complaint. The plaintiffs have assented to this motion.

As grounds for their motion, the Columbia Defendants state that this brief is filed on

behalf of many parties and due to the complexity of the issues it was necessary to prepare a

reply brief fifty-three pages in length in support of their motion to dismiss. The Opposition in

this matter is ninety pages.

WHEREFORE, the Columbia Defendants move for leave to file a fifty-three page reply

brief in support of their motion to dismiss.

Dated: October 31, 2005

/s/ Frances S. Cohen
Frances S. Cohen (BBO #542811)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Facsimile: (617) 426-6567

Michael S. Doluisio
Nory Miller
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103

Tel:  (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for FleetBoston Financial
Corporation, a/k/a Bank of America
Corporation, Columbia Management
Group, Inc., Columbia Management
Advisers, Inc., Columbia Wanger Asset
Management, L.P. and Columbia Funds
Distributor, Inc., Kevin Connaughton,
P. Zachary Egan, Kevin S. Jacobs,
Kenneth A. Kalina, Bruce H. Lauer,
Jean Loewenberg, Robert A. Mohn,
Louis J. Mendes, Todd Narter,
Christopher Olson, Jon H. Park,
Vincent P. Pietropaolo, Joseph Turo, and
Leah J. Zell*

/s/ Brian T. O'Connor
Brian T. O'Connor (BBO #546767)
Giselle J. Joffre (BBO #3658047)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds
Trusts and Columbia Funds, excluding
Columbia Acorn Trust and Columbia Acorn
Funds*

/s/ Richard J. Rosensweig
Richard J. Rosensweig  (BBO# 639547)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776

OF COUNSEL:
Phil C. Neal  ARDC #2023369
Mark A. Rabinowitz  ARDC #3122026
Dao L. Boyle  ARDC #6269407
Jenny S. Kim  ARDC #6277785
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602
(312) 269-8000

*Counsel for Defendants Charles P. McQuaid
   and Ralph Wanger*

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

I hereby certify that counsel for the Columbia Defendants, conferred with counsel in a good faith effort to resolve the issues and assent to this motion.

Dated:  October 31, 2005                            /s/ Frances S. Cohen
                                                    Frances S. Cohen

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, certify that I served a copy of the foregoing document upon all counsel by email and electronic case filing on this 31st day of October,  2005.
                                                    /s/ Frances S. Cohen
                                                    Frances S. Cohen

10250638.1.LITIGATION