UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Re: COLUMBIA ENTITIES LITIGATION | ) ) ) ) ) | CA No: 04-11704-REK<br>ALL CASES |

**PLAINTIFFS' MOTION
FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW
ADDRESSING ADDITIONAL AUTHORITY CITED FOR THE FIRST TIME
IN DEFENDANTS' REPLIES TO PLAINTIFFS' OPPOSITION
<u>TO DEFENDANTS' MOTIONS TO DISMISS</u>**

Now come the Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S. B. Simmonds and R. L. Simmonds ("Plaintiffs") and hereby move this court for leave to file a Supplemental Memorandum of Law Addressing Additional Authority Cited for the First Time in Defendants' Replies to Plaintiffs' Opposition to Defendants' Motions to Dismiss, attached hereto. As grounds therefore, Plaintiffs state that the Defendants had the opportunity to address newer case authority in their just submitted Replies to Plaintiffs' Opposition to Defendants' Motions to Dismiss. Further discussion of that newer authority by Plaintiffs in a Supplemental Memorandum of Law will aid the Court in its consideration of the Motions pending before it. The Columbia Funds and Trustee Defendants oppose this Motion.

Dated: November 4, 2005                Respectfully submitted,

**MOULTON & GANS, P.C.**

By: <u>/s/ Nancy Freeman Gans</u>
     Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for Plaintiffs Joan Cohen, Gene F.
Osburn, Paula Slicker, Jean S.B. Simmonds and
R.L. Simmonds and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD**
  **& SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*


**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs Joan Cohen, Paula Slicker, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds, certify that I consulted with Frances Cohen, Esquire, Dechert LLP, speaking for all Defendants, by telephone and email on November 3, 2005 regarding the within Motion. Defendants oppose this motion.

Dated:   November 4, 2005

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

    I, Janine L. Pollack, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 4th day of November, 2005.

                                                      /s/ Janine L. Pollack
                                                      Janine L. Pollack