UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In Re: COLUMBIA ENTITIES LITIGATION | ) | CA No: 04-11704-REK |
| | ) | ALL CASES |
| | ) | |

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action James Henry Glavin IV, Esquire, and Mark Levine, Esquire, of Stull, Stull & Brody, of New York, New York, and Jerome M. Congress, Esquire, of Milberg Weiss Bershad & Schulman LLP, of New York, New York. Attorneys Glavin, Levine and Congress each certify (see Certificates attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

DATED:   November 8, 2005            Respectfully submitted,

> **MOULTON & GANS, P.C.**
>
> By: /s/ Nancy Freeman Gans
>     Nancy Freeman Gans (BBO #184540)
> 33 Broad Street, Suite 1100
> Boston, Massachusetts  02109-4216
> (617) 369-7979

## *CERTIFICATE OF SERVICE*

     I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon all counsel of record on November 8, 2005.

                                         /s/ Nancy Freeman Gans
                                         Nancy Freeman Gans