UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re: COLUMBIA ENTITIES LITIGATION   )   CA No: 04-11704-REK
)
)
)

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Mark Levine, hereby certify that:

1. I am a member in good standing of the bars of the State of New York; the United States District Court for the Southern, Eastern Districts and Western Districts of New York and Northern District of Illinois;

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Mark Levine
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10117
(212) 687-7230

Dated: November 3, 2005