UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | )
|---|---|
| In Re: COLUMBIA ENTITIES LITIGATION | ) CA No: 04-11704-REK
| | )

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRIC OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Jerome M. Congress, hereby certify that:

1. I am a member in good standing of the bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second, Third, Sixth, Seventh, and Eighth Circuits.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: /s/ Jerome M. Congress
Jerome M. Congress
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594.5300

Dated: November 7, 2005

DOCS\324089v1