UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | Civil Action No. 04cv11704 (REK) |
|---|---|---|
| In re: COLUMBIA ENTITIES LITIGATION | ) ) ) ) ) ) | Consolidated Case Nos: 04cv11750 04cv11760 04cv11953 |

## DEFENDANTS' MOTION TO FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION TO STAY CLASS AND OTHER DISCOVERY

Pursuant to Local Rule 7.1(b)(3), all Defendants jointly move for leave to file a reply memorandum in further support of their motion to stay class and other discovery. Defendants' reply is necessary to address arguments raised for the first time in Plaintiffs' opposition brief, including, for example, Plaintiffs' argument that they should be allowed to proceed with merits discovery and also to address recent case decisions that were issued subsequent to Defendants' filing of their moving brief and were addressed in Plaintiffs' opposition.

Accordingly, Defendants respectfully request that their Motion for Leave to File a Reply Memorandum in Further Support of Their Motion to Stay Class and Other Discovery be granted. Defendants' proposed reply memorandum is attached hereto.

November 9, 2005

Respectfully submitted,

By: /s/ Frances S. Cohen
Frances S. Cohen (BBO #542811)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel: (617) 728-7100
Facsimile: (617) 426-6567

10258318.1.LITIGATION

Michael S. Doluisio
Nory Miller
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103
Tel: (215) 994-4000
Facsimile: (215) 994-2222

*Counsel for FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P. and Columbia Funds Distributor, Inc., Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Robert A. Mohn, Louis J. Mendes, Todd Narter, Christopher Olson, Jon H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell*


/s/   Brien T. O'Connor
Brien T. O'Connor (BBO # 546767)
Giselle J. Joffre (BBO # 658047)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

/s/ Richard J. Rosensweig
Richard J. Rosensweig (BBO# 639547)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

OF COUNSEL:
Phil C. Neal  ARDC #2023369
Mark A. Rabinowitz  ARDC #3122026
Dao L. Boyle  ARDC #6269407
Jenny S. Kim  ARDC #6277785
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, IL  60602
(312) 269-8000

*Counsel for Defendants Charles P. McQuaid
and Ralph Wanger*

### LOCAL RULE 7.1 CERTIFICATE

I, Frances S. Cohen, counsel for Defendants Fleet Boston Financial Corporation, Columbia Management Group, Columbia Management Advisors, Columbia Wanger Asset Management, Columbia Funds Distributor, Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Robert A. Mohn, Louis J. Mendes, Todd Narter, Christopher Olson, Jon H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell certify that all counsel conferred in a good faith effort to resolve the issues and do not oppose this motion.

Dated: November 9, 2005                             /s/ Frances S. Cohen
                                                    Frances S. Cohen

### CERTIFICATE OF SERVICE

I, Frances S. Cohen, certify that I served a copy of the foregoing document upon all counsel by email on this 9th day of November, 2005.

                                                    /s/ Frances S. Cohen
                                                    Frances S. Cohen