UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Time Spent: __2:30__

CASE NO. __04-11704_____-REK

In re: Columbia Entities Litigation

_____   _____
        Plaintiff                        Defendant

_____   _____

_____   _____
   Counsel for Plaintiff          Counsel for Defendant

JUDGE KEETON   CLERK __Faulhaber__   REPORTER __Cloonan__

### CLERK'S NOTES

DATE: __Nov. 15, 2005__          TYPE of CONFERENCE: __motion hearing (cont)__

π counsel colloquy re: 36(b) & π' standing. ~~[struck]~~ REK query re: standing. π counsel argues that person not holding acorn funds could represent persons holding acorn funds. REK says that argument lacks merit. π counsel continues colloquy & recommends class discovery. π counsel colloquy re: SLUSA preemption, state law claims, & non-36(b) claims under the Investment Company Act. REK query re: direct or derivative suit. π counsel argues individual investors, not fund, are harmed; REK asks who pays fees, & π counsel says fund, but price is really paid by holders. π counsel continues colloquy re: state law claims & private right of action. π counsel colloquy re: §215 of Investment Advisers Act, & demand futility. Δ counsel response to earlier colloquy re: Docket No. 32 (motion for appointment of lead →

Court Date(s) to be Cancelled:_____
Future Court Date(s):
_____Time:_____Type:_____
_____Time:_____Type:_____
Trial Date:_____Backup Date:_____
(Please circle) Jury     Nonjury

counsel) Independent Trustee Defendants' counsel responds to arguments re: motion to dismiss. Columbia Defendants' counsel responds to arguments re: motion to dismiss. Do' other counsel response re: private rights of action, § 215(?), & state claims. π counsel responds to Δ's counsel's arguments. Δs request leave to file response to supplemental memorandum by end of month. REK grants leave. π requests week after that to reply. REK allows that.