UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) ) ) ) IN RE: COLUMBIA ENTITIES ) LITIGATION ) ) ) _____) | | CIVIL ACTION NO. 04-11704-REK |

**Final Judgment**
November 30, 2005

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

(1) Judgment for defendants.

(2) This case is now closed.

Approved:                                                                 By the Court,

_/s/Robert E. Keeton___                                           _/s/Karen Folan_____

Robert E. Keeton                                                        Karen Folan, Deputy Clerk
Senior United States District Judge