UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION ) ) ) ) ) | Civil Action No. 04cv11704 (REK) |

## NOTICE OF APPEAL

Notice is hereby given that the named plaintiffs in the above-captioned consolidated civil action (Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds, R.L. Simmonds and Paula Slicker) individually, and on behalf of those similarly situated, hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order and the Final Judgment of the District Court dismissing Plaintiffs' Consolidated Amended Complaint, both entered in this action on December 1, 2005.  A class has not yet been certified in this action.


Date: December 29, 2005         Respectfully submitted,

                                **MOULTON & GANS, P.C.**


                                By:___/s/ Nancy Freeman Gans_____
                                    Nancy Freeman Gans (BBO #184540)
                                33 Broad Street, Suite 1100
                                Boston, Massachusetts  02109-4216
                                (617) 369-7979

                                *Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen and Proposed Co-Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody
Mark Levine
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

**GILMAN AND PASTOR, LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

*Counsel for Plaintiff Paula Slicker*

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 29th day of December, 2005.

                                                   /s/ Nancy Freeman Gans
                                                   Nancy Freeman Gans