UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION ) | CA No: 04-11704-REK, |
| ) | ALL ENTITIES |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that effective January 31, 2006, the address for Moulton & Gans, P.C. will change to the following:

> Moulton & Gans, P.C.
> 55 Cleveland Road
> Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

> Telephone Number:   781-235-2246
> Fax Number:         781-239-0353.

Dated: January 12, 2006                Respectfully submitted,

> /s/ Nancy Freeman Gans
> Nancy Freeman Gans, BBO #184540
> **MOULTON & GANS, P.C.**
> 33 Broad Street, Suite 1100
> Boston, MA 02109
> (617) 369-7979

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on January 12, 2006.

> /s/ Nancy Freeman Gans
> Nancy Freeman Gans