## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11704

Columbia Entities Litigation

v.

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I-IV are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  12/29/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 30, 2006.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __1\30\06__ .

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11704-REK

Cohen v. Columbia Acorn fund et al
Assigned to: Senior Judge Robert E. Keeton
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/02/2004
Jury Demand: Plaintiff
Nature of Suit: 160 Stockholders
Suits
Jurisdiction: Federal Question

## Plaintiff

**Joan Cohen**

represented by **James Henry Glavin**
Stull, Stull & Brody
6 East 45th Street
New York, NY 10117
US
212-687-7230
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janine L. Pollack**
Milberg Weiss Bershad & Shulman
LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome M. Congress**
Milberg Weiss Bershad & Shulman
LLP
One Pennsylvania Plaza
New York, NY 10119-0165
US
212-594-5300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Levine**

Stull, Stull & Brody
6 East 45th Street
New York, NY 10117
US
212-687-7230
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy F. Gans**
Moulton & Gans, PC
33 Broad Street
Suite 1100
Boston, MA 02109
617-369-7979
Fax: 617-369-7980
Email: nfgans@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R.L. Simmonds**                    represented by **James Henry Glavin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome M. Congress**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy F. Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean S.B. Simmonds**              represented by **James Henry Glavin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jerome M. Congress**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy F. Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Slicker**                    represented by **James Henry Glavin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome M. Congress**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy F. Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Osburn**                    represented by **James Henry Glavin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome M. Congress**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Levine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy F. Gans**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Columbia Acorn fund**                  represented by **Brian E. Pastuszenski**
                                         Goodwin Procter LLP
                                         Exchange Place
                                         53 State Street
                                         Boston, MA 02109
                                         617-570-1094
                                         Fax: 617-523-1231
                                         Email:
                                         BPastuszenski@goodwinprocter.com

                                         *ATTORNEY TO BE NOTICED*

                                         **Frances S. Cohen**
                                         Dechert LLP
                                         Hancock Tower
                                         200 Clarendon Street
                                         27th Floor
                                         Boston, MA 02116
                                         617-728-7173
                                         Fax: 617-426-6567
                                         Email: frances.cohen@dechert.com
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Acorn Select**                represented by **Brian E. Pastuszenski**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

> Frances S. Cohen
> (See above for address)
> *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Acorn USA**    represented by **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

> Frances S. Cohen
> (See above for address)
> *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Asset Allocation Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Balanced Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Common Stock Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Disciplined Value Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Dividend Income Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Growth & Income Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Growth Fund**                represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Growth Stock Fund**          represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Large Cap Core
Fund**                                  represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Large Cap Growth
Fund**                                  represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Large Company
Index Fund**                            represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Liberty Fund**               represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Mid Cap Growth
Fund**                                  represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Mid Cap Value
Fund**                                  represented by **Frances S. Cohen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Real Estate Equity
Fund**                                  represented by **Frances S. Cohen**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Small Cap Fund**                represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Small Cap Value
Fund**                                     represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Small Company
Equity Fund**                              represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Small Company
Index Fund**                               represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Strategic Investor
Fund Inc.**                                represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Tax-Managed
Aggressive Growth Fund**                   represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Tax-Managed
Growth Fund**                              represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Tax-Managed
Growth Fund II**                           represented by **Frances S. Cohen**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Tax-Managed Value Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Technology Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Thermostat Fund**    represented by **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Utilities Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Young Investor Fund**    represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Acorn International Fund**    represented by **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Acorn International Select Fund**    represented by **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frances S. Cohen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Europe Fund**          represented by **Frances S. Cohen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Global Equity Fund**    represented by **Frances S. Cohen**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia International Equity    represented by **Frances S. Cohen**
fund**                                            (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia International Stock     represented by **Frances S. Cohen**
Fund**                                            (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Newport Asia           represented by **Frances S. Cohen**
Pacific Fund**                                    (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Newport Japan          represented by **Frances S. Cohen**
Opportunities Fund**                              (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Newport Greater        represented by **Frances S. Cohen**
china fund**                                      (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Newport Tiger          represented by **Frances S. Cohen**
Fund**                                            (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Contrarian Income Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Corporate Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Federal Securities fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Fixed Income Securities Fund Inc.**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Floating Rate Advantage Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Floating Rate Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia High Yield fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia High Yield Opportunity fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Income Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Intermediate Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Intermediate Government Income Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Money Market Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Quality Plus Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Short Term Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Strategic Income fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia US Treasury Index Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia California Tax-Exempt Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Connecticut Intermediate Municipal Bond**

represented by **Frances S. Cohen**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Connecticut Tax-Exempt Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Florida Intermediate Municipal Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia High Yield Municipal Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Intermediate Tax-Exempt Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Managed Municipals Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Massachusetts Intermediate Municipal Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Massachusetts Tax-exempt fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Municipal Money Market Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia National Municipal Bond Fund Inc.**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia New Jersey Intermediate Municipal Bond fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia New York Intermediate Municipal Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia New York Tax-Exempt fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Oregon Municipal Bond Fund Inc.**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Pennsylvania Intermediate Municipal Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Rhode Island Intermediate Municipal Bond Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Tax-Exempt Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Tax-exempt Insured Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Small Cap Growth Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia European Thematic Equity Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Global Thematic Equity Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Daily Income Company Fund**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Acorn Trust**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Balanced Fund Inc./or Columbia Common Stock Fund Inc**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Daily Income Company**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Growth Fund Inc.**

represented by **Frances S. Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia High Yield Fund Inc.**

represented by **Frances S. Cohen**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Institutional**          represented by   **Frances S. Cohen**
**Floating Rate Income Fund**                        (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia International Stock**    represented by   **Frances S. Cohen**
**Fund Inc.**                                        (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Mid Cap Growth**         represented by   **Frances S. Cohen**
**Fund Inc.**                                        (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Real Estate Equity**     represented by   **Frances S. Cohen**
**Fund Inc.**                                        (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Short Term Bond**        represented by   **Frances S. Cohen**
**Fund Inc.**                                        (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Small Cap Growth**       represented by   **Frances S. Cohen**
**Fund Inc.**                                        (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Technology Fund**        represented by   **Frances S. Cohen**
**Inc.**                                             (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Fleetboston Financial**           represented by   **Frances S. Cohen**
**Corporation**                                      (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Matthew M. Lyons**
Dechert LLP
John Hancock Tower
200 Clarendon Street
Boston, MA 02116
617/728-7100
Fax: 617/426-6567
Email: matthew.lyons@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Management Group          represented by  Frances S. Cohen**
**Inc.**                                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew M. Lyons**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Management            represented by  Frances S. Cohen**
**Advisors, Inc.**                                (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Matthew M. Lyons**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Wanger Asset          represented by  Frances S. Cohen**
**Management, L.P.**                              (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Matthew M. Lyons**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Funds Distributor, Inc.**                     represented by     **Frances S. Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew M. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-100**

**Defendant**

**Charles P. McQuaid**                     represented by     **Jenny S. Kim**
Neal, Gerber & Eisenberg LLP
Two North Lasalle Street
22nd Floor
Chicago, IL 60602
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Rabinowitz**
Neal, Gerber & Eisenberg LLP
Two North Lasalle Street
22nd Floor
Chicago, IL 60602
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Rosensweig**
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110
617-574-3588
Fax: 617-574-7505
Email:
rrosensweig@goulstonstorrs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ralph Wanger**                    represented by **Jenny S. Kim**
                                    Neal, Gerber & Eisenberg LLP
                                    Two North Lasalle Street
                                    22nd Floor
                                    Chicago, IL 60602
                                    312-269-8000
                                    Fax: 312-269-1747
                                    Email: jskim@ngelaw.com
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Mark A. Rabinowitz**
                                    Neal, Gerber & Eisenberg LLP
                                    Two North Lasalle Street
                                    22nd Floor
                                    Chicago, IL 60602
                                    312-269-8083
                                    Fax: 312-429-3555
                                    Email: mrabinowitz@ngelaw.com
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Richard J. Rosensweig**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Margaret Eisen**                  represented by **Daniel Hayes**
                                    Bell, Boyd & Lloyd LLC
                                    70 West Madison Street
                                    Suite 3100
                                    Chicago, IL 60602-4207
                                    312-807-4355
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **John W. Rotunno**
                                    Bell, Boyd & Lloyd LLC
                                    70 West Madison Street
                                    Suite 3100
                                    Chicago, IL 60602-4207
                                    312-807-4213

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Rechtoris**
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207
312-807-4210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Pentecost**
Bell, Boyd & Lloyd LLC
70 West Madison Street
Suite 3100
Chicago, IL 60602-4207
312-807-4210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy O. Egan**
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2050
Fax: 617-951-2125
Email: tegan@peabodyarnold.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leo Guthart**                    represented by **Daniel Hayes**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **John W. Rotunno**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **Kenneth E. Rechtoris**
                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Pentecost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy O. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jerome Kahn, Jr.**                    represented by **Daniel Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Rotunno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Rechtoris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Pentecost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy O. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steven Kaplan**                    represented by **Daniel Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Rotunno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Rechtoris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Pentecost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy O. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David C. Kleinman**                    represented by  **Daniel Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Rotunno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Rechtoris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Pentecost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy O. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allan B. Muchin**                    represented by   **Daniel Hayes**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John W. Rotunno**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kenneth E. Rechtoris**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Todd E. Pentecost**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Timothy O. Egan**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert R. Nason**                    represented by   **Daniel Hayes**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John W. Rotunno**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kenneth E. Rechtoris**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Todd E. Pentecost**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy O. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John A. Wing**                    represented by **Daniel Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John W. Rotunno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Rechtoris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd E. Pentecost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy O. Egan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbia Funds Trust and**       represented by **Brien T. O'Connor**
**Columbia Funds, excluding**      Ropes & Gray LLP
**Columbia Acorn Trust and**       One International Place
**Columbia Acorn Funds**           Boston, MA 02110
                                   617-951-7385
                                   Fax: 617-951-7050
                                   Email: boconnor@ropesgray.com
                                   *LEAD ATTORNEY*

**Giselle J. Joffre**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7789
Fax: 617-951-7050
Email: giselle.joffre@ropesgray.com

*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Bank of American
Corporation**

<u>**Defendant**</u>

**Charles P. McQuaid**

<u>**Defendant**</u>

**Columbai Wanger Asset
Management, LP**

<u>**Defendant**</u>

**Columbia Funds Distributor,
Inc.**

<u>**Defendant**</u>

**Columbia Management
Group, Inc.**

<u>**Movant**</u>

**Attorney Nancy Freeman
Gans**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2004 | ⊜1 | COMPLAINT Filing fee: $ 150, receipt number 51657, filed by Joan Cohen.(Folan, Karen) (Entered: 08/16/2004) |
| 08/02/2004 | ⊜ | Summons Issued as to Columbia Funds Distributor, Inc., Columbia Management Advisors, Inc., Columbia Management Group Inc., Columbia Wanger Asset Management, L.P., Margaret Eisen, Fleetboston Financial Corporation, Leo Guthart, John Does 1-100, Jerome Kahn Jr., Steven Kaplan, |

| | | |
|---|---|---|
| | | David C. Kleinman, Charles P. McQuaid, Allan B. Muchin, Robert R. Nason, Ralph Wanger, John A. Wing. (Folan, Karen) (Entered: 08/16/2004) |
| 08/02/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Folan, Karen) (Entered: 08/16/2004) |
| 09/09/2004 | ●2 | NOTICE of Appearance by Matthew M. Lyons, Frances S. Cohen on behalf of Columbia Funds Distributor, Inc., Columbia Management Advisors, Inc., Columbia Management Group Inc., Columbia Wanger Asset Management, L.P., Fleetboston Financial Corporation. (Deleted and re-entered this date to correct errors) (Hurley, Virginia) (Entered: 09/10/2004) |
| 09/10/2004 | ● | Notice of correction to docket made by Court staff. Correction: Notice of appearance entered on September 9, 2004 deleted and re-entered to properly add Attorneys Frances Cohen and Matthew Lyons. Party 'Advisor/Distributor Defendants' removed from docket, as there is no such party named on the complaint. (Hurley, Virginia) (Entered: 09/10/2004) |
| 09/10/2004 | ●3 | MOTION to Consolidate Cases by R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn, Joan Cohen.(Gans, Nancy) (Entered: 09/10/2004) |
| 09/10/2004 | ●4 | MEMORANDUM in Support re 3 MOTION to Consolidate Cases filed by Joan Cohen, Osburn, Jean S.B. Simmonds, R.L. Simmonds, Paula Slicker. (Gans, Nancy) (Entered: 09/10/2004) |
| 09/10/2004 | ●5 | Proposed Document(s) submitted by Joan Cohen, Osburn, Jean S.B. Simmonds, R.L. Simmonds, Paula Slicker received for filing. Document received: [Proposed] Pretrial Order No. 1 for Consolidation. (Gans, Nancy) (Entered: 09/10/2004) |
| 09/10/2004 | ●6 | MOTION to Appoint Counsel *(Co-Lead) and for Appointment of Liaison Counsel* by Joan Cohen, Osburn, Jean S.B. Simmonds, R.L. Simmonds, Paula Slicker.(Gans, Nancy) (Entered: 09/10/2004) |
| 09/10/2004 | ●7 | MEMORANDUM in Support re 6 MOTION to Appoint Counsel *(Co-Lead) and for Appointment of Liaison Counsel* filed by Joan Cohen, Osburn, Jean S.B. Simmonds, R.L. Simmonds, Paula Slicker. (Gans, Nancy) (Entered: |

| | | 09/10/2004) |
|---|---|---|
| 09/10/2004 | ●8 | DECLARATION *of Michael R. Reese in Support of Plaintiffs' Motion for Appointment of Co-Lead Counsel and Appointment of Liaison Counsel* by Joan Cohen, Osburn, Jean S.B. Simmonds, R.L. Simmonds, Paula Slicker. (Attachments: # 1 Exhibit A (Milberg Weiss Bershad & Schulman Firm Resume) # 2 Exhibit B (Stull, Stull & Brody Firm Resume)# 3 Exhibit C (Moulton & Gans, P.C. Firm Resume))(Gans, Nancy) (Entered: 09/10/2004) |
| 09/10/2004 | ●9 | Proposed Document(s) submitted by Joan Cohen, Osburn, Jean S.B. Simmonds, R.L. Simmonds, Paula Slicker received for filing. Document received: [Proposed] Pretrial Order No. 2 for Appointment of Plaintiffs' Co-Lead Counsel and Appointment of Liaison Counsel. (Gans, Nancy) (Entered: 09/10/2004) |
| 09/24/2004 | ●10 | MEMORANDUM in Opposition re 6 MOTION to Appoint Counsel *(Co-Lead) and for Appointment of Liaison Counsel* filed by Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Acorn Select, Columbia Acorn Trust, Columbia Acorn USA, Columbia Acorn fund, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Balanced Fund Inc./or Columbia Common Stock Fund Inc, Columbia California Tax-Exempt Fund, Columbia Common Stock Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Daily Income Company, Columbia Daily Income Company Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Europe Fund, Columbia European Thematic Equity Fund, Columbia Federal Securities fund, Columbia Fixed Income Securities Fund Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia Funds Distributor, Inc., Columbia Global Equity Fund, Columbia Global Thematic Equity Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Fund Inc., Columbia Growth Stock Fund, Columbia High Yield Fund Inc., Columbia High Yield Municipal Fund, Columbia High Yield Opportunity fund, Columbia High Yield fund, Columbia Income Fund, Columbia Institutional Floating Rate Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government |