Income Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia International Equity fund, Columbia International Stock Fund, Columbia International Stock Fund Inc., Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Managed Municipals Fund, Columbia Management Advisors, Inc., Columbia Management Group Inc., Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-exempt fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Growth Fund Inc., Columbia Mid Cap Value Fund, Columbia Money Market Fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund Inc., Columbia New Jersey Intermediate Municipal Bond fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt fund, Columbia Newport Asia Pacific Fund, Columbia Newport Greater china fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Tiger Fund, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Quality Plus Bond Fund, Columbia Real Estate Equity Fund, Columbia Real Estate Equity Fund Inc., Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Short Term Bond Fund, Columbia Short Term Bond Fund Inc., Columbia Small Cap Fund, Columbia Small Cap Growth Fund, Columbia Small Cap Growth Fund Inc., Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Income fund, Columbia Strategic Investor Fund Inc., Columbia Tax-Exempt Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Tax-exempt Insured Fund, Columbia Technology Fund, Columbia Technology Fund Inc., Columbia Thermostat Fund, Columbia US Treasury Index Fund, Columbia Utilities Fund, Columbia Wanger Asset Management, L.P., Columbia Young Investor Fund. (Weiner, Harvey) (Entered: 09/24/2004)

| 10/06/2004 | 11 | JOINT MOTION for Extension of Time to 60 days after filing of an Amended and Consolidated Amended Complaint to to answer, move or otherwise respond by Columbia Acorn International Fund, Columbia Acorn International Select Fund, |
|---|---|---|

Columbia Acorn Select, Columbia Acorn Trust, Columbia
Acorn USA, Columbia Acorn fund, Columbia Asset
Allocation Fund, Columbia Balanced Fund, Columbia
Balanced Fund Inc./or Columbia Common Stock Fund Inc,
Columbia California Tax-Exempt Fund, Columbia Common
Stock Fund, Columbia Connecticut Intermediate Municipal
Bond, Columbia Connecticut Tax-Exempt Fund, Columbia
Contrarian Income Fund, Columbia Corporate Bond Fund,
Columbia Daily Income Company, Columbia Daily Income
Company Fund, Columbia Disciplined Value Fund, Columbia
Dividend Income Fund, Columbia Europe Fund, Columbia
European Thematic Equity Fund, Columbia Federal Securities
fund, Columbia Fixed Income Securities Fund Inc., Columbia
Floating Rate Advantage Fund, Columbia Floating Rate Fund,
Columbia Florida Intermediate Municipal Bond Fund,
Columbia Funds Distributor, Inc., Columbia Global Equity
Fund, Columbia Global Thematic Equity Fund, Columbia
Growth & Income Fund, Columbia Growth Fund, Columbia
Growth Fund Inc., Columbia Growth Stock Fund, Columbia
High Yield Fund Inc., Columbia High Yield Municipal Fund,
Columbia High Yield Opportunity fund, Columbia High Yield
fund, Columbia Income Fund, Columbia Institutional Floating
Rate Income Fund, Columbia Intermediate Bond Fund,
Columbia Intermediate Government Income Fund, Columbia
Intermediate Tax-Exempt Bond Fund, Columbia International
Equity fund, Columbia International Stock Fund, Columbia
International Stock Fund Inc., Columbia Large Cap Core
Fund, Columbia Large Cap Growth Fund, Columbia Large
Company Index Fund, Columbia Liberty Fund, Columbia
Managed Municipals Fund, Columbia Management Advisors,
Inc., Columbia Management Group Inc., Columbia
Massachusetts Intermediate Municipal Bond Fund, Columbia
Massachusetts Tax-exempt fund, Columbia Mid Cap Growth
Fund, Columbia Mid Cap Growth Fund Inc., Columbia Mid
Cap Value Fund, Columbia Money Market Fund, Columbia
Municipal Money Market Fund, Columbia National Municipal
Bond Fund Inc., Columbia New Jersey Intermediate Municipal
Bond fund, Columbia New York Intermediate Municipal Bond
Fund, Columbia New York Tax-Exempt fund, Columbia
Newport Asia Pacific Fund, Columbia Newport Greater china
fund, Columbia Newport Japan Opportunities Fund, Columbia
Newport Tiger Fund, Columbia Oregon Municipal Bond Fund
Inc., Columbia Pennsylvania Intermediate Municipal Bond

| | | |
|---|---|---|
| | | Fund, Columbia Quality Plus Bond Fund, Columbia Real Estate Equity Fund, Columbia Real Estate Equity Fund Inc., Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Short Term Bond Fund, Columbia Short Term Bond Fund Inc., Columbia Small Cap Fund, Columbia Small Cap Growth Fund, Columbia Small Cap Growth Fund Inc., Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Income fund, Columbia Strategic Investor Fund Inc., Columbia Tax-Exempt Fund, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Tax-exempt Insured Fund, Columbia Technology Fund, Columbia Technology Fund Inc., Columbia Thermostat Fund, Columbia US Treasury Index Fund, Columbia Utilities Fund, Columbia Wanger Asset Management, L.P., Columbia Young Investor Fund, Fleetboston Financial Corporation.(Cohen, Frances) Modified on 10/6/2004 to clarify that it is a JOINT MOTION (Folan, Karen). (Entered: 10/06/2004) |
| 11/29/2004 | 12 | NOTICE of Appearance by Timothy O. Egan on behalf of Margaret Eisen, Leo Guthart, Jerome Kahn Jr., Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing (Egan, Timothy) (Entered: 11/29/2004) |
| 11/29/2004 | 13 | AFFIDAVIT in Support *of Motion to Admit Counsel Pro Hac Vice of John W. Rotunno*. (Egan, Timothy) (Entered: 11/29/2004) |
| 11/29/2004 | 14 | AFFIDAVIT in Support *of Motion to Admit Counsel Pro Hac Vice of Todd E. Pentecost*. (Egan, Timothy) (Entered: 11/29/2004) |
| 11/29/2004 | 15 | AFFIDAVIT in Support *of Motion to Admit Counsel Pro Hac Vice of Daniel J. Hayes*. (Egan, Timothy) (Entered: 11/29/2004) |
| 11/29/2004 | 16 | AFFIDAVIT in Support *of Motion to Admit Counsel Pro Hac Vice of Kenneth E. Rechtoris*. (Egan, Timothy) (Entered: 11/29/2004) |
| 11/29/2004 | 17 | MOTION for Leave to Appear Pro Hac Vice by Kenneth E. Rechtoris, John W. Rotunno, Daniel J. Hayes and Todd E. Pentecost by Margaret Eisen, Leo Guthart, Jerome Kahn Jr., |

Case 1:04-cv-11704-MBB    Document 88-2    Filed 01/30/2006    Page 4 of 23

| | | Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing.(Egan, Timothy) (Entered: 11/29/2004) |
|---|---|---|
| 12/02/2004 | 18 | AFFIDAVIT in Support *of motion to admit counsel pro hac vice of Daniel J. Hayes.* (Egan, Timothy) (Entered: 12/02/2004) |
| 01/25/2005 | | Filing fee: $ 200., receipt number 321-61652 regarding pro hac vice motions for Daniel Hayes, Kenneth Rechtoris, John Rotunno, and Todd Pentecost (Folan, Karen) (Entered: 02/01/2005) |
| 02/01/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 17 Motion for Leave to Appear Pro Hac Vice Added John W. Rotunno for Jerome Kahn, Jr; Steven Kaplan; David C. Kleinman; Allan B. Muchin; Robert R. Nason; John A. Wing; Margaret Eisen and Leo Guthart, Kenneth E. Rechtoris for Jerome Kahn, Jr; Steven Kaplan; David C. Kleinman; Allan B. Muchin; Robert R. Nason; John A. Wing; Margaret Eisen and Leo Guthart, Daniel Hayes for Jerome Kahn, Jr; Steven Kaplan; David C. Kleinman; Allan B. Muchin; Robert R. Nason; John A. Wing; Margaret Eisen and Leo Guthart, Todd E. Pentecost for Jerome Kahn, Jr; Steven Kaplan; David C. Kleinman; Allan B. Muchin; Robert R. Nason; John A. Wing; Margaret Eisen and Leo Guthart (Folan, Karen) (Entered: 02/01/2005) |
| 02/16/2005 | 19 | Letter to Judge Keeton from Kenneth E. Rechtoris. (Folan, Karen) (Entered: 02/16/2005) |
| 03/02/2005 | 20 | Judge Robert E. Keeton : ORDER entered granting 3 Motion to Consolidate Cases. (Folan, Karen) (Entered: 03/03/2005) |
| 03/17/2005 | 21 | NOTICE of Appearance by Brien T. O'Connor on behalf of Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds (O'Connor, Brien) (Entered: 03/17/2005) |
| 04/06/2005 | 22 | MOTION for Leave to File *Reply (UNOPPOSED), with Reply Memorandum of Law and Attachments thereto Attached,* by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # 1 Exhibit Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Appointment of Co-Lead Counsel and Appointment of Liaison Counsel# 2 Exhibit Attachments to Reply |

| | | Memorandum)(Gans, Nancy) (Entered: 04/06/2005) |
|---|---|---|
| 04/06/2005 | 23 | DECLARATION *of Clifford Goodstein* by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Gans, Nancy) (Entered: 04/06/2005) |
| 04/07/2005 | 24 | NOTICE of Appearance by Giselle J. Joffre on behalf of Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds (Joffre, Giselle) (Entered: 04/07/2005) |
| 04/07/2005 | ● | Clerk's Notes for proceedings held before Judge Robert E. Keeton : Case Management Conference held on 4/7/2005. (Court Reporter Dahlstrom.)Colloquy re status of some attorneys: some attorneys have not submitted proper filings to the court to make appearances or the proper documentation is not yet properly before the court. The court grants permission to make appearances today with the understanding that proper filings will be made forthwith. Colloquy re Docket Nos. 11 and 22: unopposed motions are allowed. Colloquy re Docket No. 6: Parties present arguments to the court. The plaintiffs seek permission to file an amended complaint, a class motion, and a new motion to have lead counsel named. Plaintiffs will file motions by May 18, 2005. Defendants will respond by July 14, 2005. Plaintiffs will have until September 1, 2005 for any additional response. Case Management Conference is set for September 21, 2005, at 10:30 a.m. Colloquy re status of individual advisor defendants: These defendants have yet to be served, so their counsel indicates that they will be taking no further action given the state of affairs.(Leen) (Entered: 04/07/2005) |
| 04/07/2005 | 25 | NOTICE of Appearance by Brian E. Pastuszenski on behalf of Columbia Thermostat Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Acorn fund, Columbia Acorn Select, Columbia Acorn USA (Pastuszenski, Brian) (Entered: 04/07/2005) |
| 04/07/2005 | 26 | Judge Robert E. Keeton : ORDER entered denying 6 Motion to Appoint Counsel. (Folan, Karen) (Entered: 04/07/2005) |
| 04/07/2005 | ● | Motions terminated: 22 MOTION for Leave to File *Reply (UNOPPOSED), with Reply Memorandum of Law and Attachments thereto Attached,* filed by Joan Cohen,, Paula Slicker,, Osburn,, Jean S.B. Simmonds,, R.L. Simmonds,, 11 |

First MOTION for Extension of Time to 60 days after filing of an Amended and Consolidated Amended Complaint to to answer, move or otherwise respond filed by Fleetboston Financial Corporation,, Columbia Acorn fund,, Columbia Acorn Select,, Columbia Acorn USA,, Columbia Asset Allocation Fund,, Columbia Balanced Fund,, Columbia Common Stock Fund,, Columbia Disciplined Value Fund,, Columbia Dividend Income Fund,, Columbia Growth & Income Fund,, Columbia Growth Fund,, Columbia Growth Stock Fund,, Columbia Large Cap Core Fund,, Columbia Large Cap Growth Fund,, Columbia Liberty Fund,, Columbia Mid Cap Growth Fund,, Columbia Mid Cap Value Fund,, Columbia Real Estate Equity Fund,, Columbia Small Cap Fund,, Columbia Small Cap Value Fund,, Columbia Small Company Equity Fund,, Columbia Small Company Index Fund,, Columbia Tax-Managed Aggressive Growth Fund,, Columbia Tax-Managed Growth Fund,, Columbia Tax-Managed Growth Fund II,, Columbia Tax-Managed Value Fund,, Columbia Technology Fund,, Columbia Thermostat Fund,, Columbia Utilities Fund,, Columbia Europe Fund,, Columbia Global Equity Fund,, Columbia International Equity fund,, Columbia Newport Asia Pacific Fund,, Columbia Newport Greater china fund,, Columbia Newport Tiger Fund,, Columbia Contrarian Income Fund,, Columbia Corporate Bond Fund,, Columbia Federal Securities fund,, Columbia Floating Rate Advantage Fund,, Columbia Floating Rate Fund,, Columbia High Yield fund,, Columbia High Yield Opportunity fund,, Columbia Income Fund,, Columbia Intermediate Bond Fund,, Columbia Intermediate Government Income Fund,, Columbia Money Market Fund,, Columbia Quality Plus Bond Fund,, Columbia Short Term Bond Fund,, Columbia Strategic Income fund,, Columbia US Treasury Index Fund,, Columbia California Tax-Exempt Fund,, Columbia Connecticut Intermediate Municipal Bond,, Columbia Connecticut Tax-Exempt Fund,, Columbia Florida Intermediate Municipal Bond Fund,, Columbia High Yield Municipal Fund,, Columbia Intermediate Tax-Exempt Bond Fund,, Columbia Managed Municipals Fund,, Columbia Massachusetts Tax-exempt fund,, Columbia Municipal Money Market Fund,, Columbia New Jersey Intermediate Municipal Bond fund,, Columbia New York Intermediate Municipal Bond Fund,, Columbia New York Tax-Exempt fund,, Columbia Pennsylvania Intermediate Municipal Bond Fund,,

| | | |
|---|---|---|
| | | Columbia Rhode Island Intermediate Municipal Bond Fund,, Columbia Tax-Exempt Fund,, Columbia Management Advisors, Inc.,, Columbia Funds Distributor, Inc.,, Columbia Tax-exempt Insured Fund,, Columbia Small Cap Growth Fund,, Columbia European Thematic Equity Fund,, Columbia Global Thematic Equity Fund,, Columbia Daily Income Company Fund,, Columbia Acorn Trust,, Columbia Daily Income Company,, Columbia Growth Fund Inc.,, Columbia High Yield Fund Inc.,, Columbia Institutional Floating Rate Income Fund,, Columbia International Stock Fund Inc.,, Columbia Oregon Municipal Bond Fund Inc.,, Columbia Real Estate Equity Fund Inc.,, Columbia Short Term Bond Fund Inc.,, Columbia Wanger Asset Management, L.P.,, Columbia Young Investor Fund,, Columbia Acorn International Fund,, Columbia Acorn International Select Fund,, Columbia Newport Japan Opportunities Fund,, Columbia International Stock Fund,, Columbia Mid Cap Growth Fund Inc.,, Columbia Massachusetts Intermediate Municipal Bond Fund,, Columbia Fixed Income Securities Fund Inc.,, Columbia National Municipal Bond Fund Inc.,, Columbia Small Cap Growth Fund Inc.,, Columbia Strategic Investor Fund Inc.,, Columbia Technology Fund Inc.,, Columbia Large Company Index Fund,, Columbia Balanced Fund Inc./or Columbia Common Stock Fund Inc.,, Columbia Management Group Inc.,. (Folan, Karen) (Entered: 04/12/2005) |
| 04/07/2005 | 28 | MOTION for Leave to Appear Pro Hac Vice by Janine L. Pollack Filing fee $ 50., receipt number 63326. by Joan Cohen. (Attachments: # 1 Exhibit A)(Folan, Karen) (Entered: 05/02/2005) |
| 04/29/2005 | 27 | TRANSCRIPT of Hearing on Case Management held on April 7, 2005 before Judge Keeton. Court Reporter: Cheryl Dahlstrom. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/951-4555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/29/2005) |
| 05/02/2005 | | Judge Robert E. Keeton : Electronic ORDER entered granting 28 Motion for Leave to Appear Pro Hac Vice Added Janine L. Pollack for Joan Cohen. (Folan, Karen) (Entered: 05/02/2005) |
| 05/16/2005 | 29 | MOTION to Modify the Schedule *(ASSENTED TO)* by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn.(Gans, Nancy) (Entered: 05/16/2005) |

| 05/18/2005 | ❂ | Judge Robert E. Keeton : Electronic ORDER entered granting 29 Motion for Modification of schedule. Hearing on pending motions SET for Thursday, October 20, 2005 at 11:00 a.m. (Folan, Karen) (Entered: 05/18/2005) |
|---|---|---|
| 05/27/2005 | ❂30 | Joint MOTION to Modify Schedule by Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc..(Cohen, Frances) (Entered: 05/27/2005) |
| 05/31/2005 | ❂31 | NOTICE of Appearance by Richard J. Rosensweig on behalf of Charles P. McQuaid, Ralph Wanger (Rosensweig, Richard) (Entered: 05/31/2005) |
| 06/02/2005 | ❂ | Judge Robert E. Keeton : Electronic ORDER entered granting 30 Motion for Modification of schedule. Hearing on pending motions set for 11:00 a.m. on October 20, 2005. (Folan, Karen) (Entered: 06/02/2005) |
| 06/09/2005 | ❂32 | MOTION to Appoint Counsel *(Co-Lead) and for Appointment of Liaison Counsel (RENEWED)* by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn.(Gans, Nancy) (Entered: 06/09/2005) |
| 06/09/2005 | ❂33 | MEMORANDUM in Support re 32 MOTION to Appoint Counsel *(Co-Lead) and for Appointment of Liaison Counsel (RENEWED)* filed by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # 1 Exhibit A (Goodstein Declaration)# 2 Exhibit B (Cohen Declaration)# 3 Exhibit C (Osburn Declaration)# 4 Exhibit D (Slicker Declaration)# 5 Exhibit E (Jean S.B. Simmonds Declaration)# 6 Exhibit F (F.L. Simmonds Declaration)# 7 Exhibit G (Professor Bruce Green Declaration))(Gans, Nancy) (Entered: 06/09/2005) |
| 06/09/2005 | ❂34 | Proposed Document(s) submitted by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. Document received: Renewed [Proposed] Pretrial Order No. 2 for Appointment of Plaintiffs' Co-Lead Counsel and Appointment of Liaison Counsel. (Gans, Nancy) (Entered: 06/09/2005) |
| 06/09/2005 | ❂35 | AMENDED COMPLAINT *(Consolidated Amended Class Action Complaint)* against all defendants, filed by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. |

|  |  | (Attachments: # 1 Exhibit A (List of Funds)# 2 Exhibit B (Verifications))(Gans, Nancy) (Entered: 06/09/2005) |
|------------|-----|---|
| 06/09/2005 | 36 | MOTION to Certify Class by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn.(Gans, Nancy) (Entered: 06/09/2005) |
| 06/09/2005 | 37 | MOTION for Leave to File Excess Pages by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # 1 Appendix Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification)(Gans, Nancy) (Entered: 06/09/2005) |
| 06/09/2005 | 38 | DECLARATION re 36 MOTION to Certify Class *of Janine L. Pollack in Support of said Motion* by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Gans, Nancy) (Entered: 06/09/2005) |
| 06/09/2005 | 39 | Proposed Document(s) submitted by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. Document received: [Proposed] Order Granting Plaintiffs' Motion for Class Certification. (Gans, Nancy) (Entered: 06/09/2005) |
| 06/10/2005 | 40 | Assented to MOTION for Leave to Appear Pro Hac Vice by Mark A. Rabinowitz *and Jenny S. Kim* by Charles P. McQuaid, Ralph Wanger. (Attachments: # 1 Affidavit of Jenny S. Kim, Esq.# 2 Affidavit of Mark A. Rabinowitz, Esq.) (Rosensweig, Richard) (Entered: 06/10/2005) |
| 06/10/2005 | ❑ | Filing fee: $ 100., receipt number 64915 regarding pro hac vice motions of Mark Rabinowitz and Jenny Kim. (Folan, Karen) (Entered: 06/14/2005) |
| 06/14/2005 | ❑ | Judge Robert E. Keeton : Electronic ORDER entered granting 40 Motion for Leave of Mark Rabinowitz and Jenny Kim to Appear Pro Hac Vice. Atty's Rabinowitz and Kim are to file a notice of appearance in order to be added to the docket. (Folan, Karen) (Entered: 06/14/2005) |
| 06/14/2005 | 41 | NOTICE by Ralph Wanger, David C. Kleinman *of Appearance Pro Hac Vice of Mark A. Rabinowitz* (Rosensweig, Richard) (Entered: 06/14/2005) |

| 06/14/2005 | 42 | NOTICE by Charles P. McQuaid, Ralph Wanger *of Appearance Pro Hac Vice of Jenny S. Kim* (Rosensweig, Richard) (Entered: 06/14/2005) |
|---|---|---|
| 06/27/2005 | 43 | Joint MOTION to Modify Schedule by Columbia Daily Income Company Fund, Columbia Acorn Trust, Columbia Balanced Fund Inc./or Columbia Common Stock Fund Inc, Columbia Daily Income Company, Columbia Growth Fund Inc., Columbia High Yield Fund Inc., Columbia Institutional Floating Rate Income Fund, Columbia International Stock Fund Inc., Columbia Mid Cap Growth Fund Inc., Columbia Real Estate Equity Fund Inc., Columbia Short Term Bond Fund Inc., Columbia Small Cap Growth Fund Inc., Columbia Technology Fund Inc., Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., John Does 1-100, Joan Cohen, Charles P. McQuaid, Ralph Wanger, Margaret Eisen, Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing, Columbia Asset Allocation Fund, Columbia Balanced Fund, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Columbia Common Stock Fund, Osburn, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund Inc., Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity fund, Columbia International Stock Fund, Columbia Newport Asia Pacific |

| | | |
|---|---|---|
| | | Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater china fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities fund, Columbia Fixed Income Securities Fund Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield fund, Columbia High Yield Opportunity fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Acorn fund, Columbia Strategic Income fund, Columbia US Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia Acorn Select, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-exempt fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund Inc., Columbia New Jersey Intermediate Municipal Bond fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt fund, Columbia Acorn USA, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax-Exempt Fund, Columbia Tax-exempt Insured Fund, Columbia Small Cap Growth Fund, Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund.(Lyons, Matthew) (Entered: 06/27/2005) |
| 06/28/2005 | ◕ | Judge Robert E. Keeton : Electronic ORDER entered granting 43 Motion for Modification of schedule. Hearing on pending motions set for October 20, 2005 at 11:00 a.m. (Folan, Karen) (Entered: 06/28/2005) |
| 07/29/2005 | 44 | NOTICE of Appearance by Mark A. Rabinowitz on behalf of Ralph Wanger (Rabinowitz, Mark) (Entered: 07/29/2005) |
| 07/29/2005 | 45 | NOTICE of Appearance by Jenny S. Kim on behalf of Ralph Wanger (Kim, Jenny) (Entered: 07/29/2005) |
| 08/01/2005 | 46 | Joint MOTION for Extension of Time to September 23, 2005 to File a Proposed Schedule For Addressing Issues Related to |

| | | Class Certification by Columbia Management Group Inc.. (Cohen, Frances) (Entered: 08/01/2005) |
|---|---|---|
| 08/05/2005 | 47 | MEMORANDUM in Opposition re 32 MOTION to Appoint Counsel *(Co-Lead) and for Appointment of Liaison Counsel (RENEWED) filed by independent trustee defendants* filed by Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Egan, Timothy) (Entered: 08/05/2005) |
| 08/05/2005 | 48 | MOTION to Dismiss *by the independent trustee defendants* by Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing. (Egan, Timothy) (Entered: 08/05/2005) |
| 08/05/2005 | 49 | MEMORANDUM in Support re 48 MOTION to Dismiss *by the independent trustee defendants* filed by Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing. (Attachments: # 1 Exhibit A)(Egan, Timothy) (Entered: 08/05/2005) |
| 08/05/2005 | 50 | MOTION for Leave to File Excess Pages *by independant trustee defendants* by Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing.(Egan, Timothy) (Entered: 08/05/2005) |
| 08/05/2005 | 51 | NOTICE of Appearance by Timothy O. Egan on behalf of Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing (Egan, Timothy) (Entered: 08/05/2005) |
| 08/05/2005 | 52 | NOTICE of Appearance by Timothy O. Egan on behalf of Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing (Egan, Timothy) (Entered: 08/05/2005) |
| 08/05/2005 | 53 | NOTICE of Appearance by Timothy O. Egan on behalf of Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing (Egan, Timothy) (Entered: 08/05/2005) |
| 08/05/2005 | 54 | NOTICE of Appearance by Timothy O. Egan on behalf of Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing (Egan, Timothy) (Entered: 08/05/2005) |



| 08/05/2005 | 55 | NOTICE of Appearance by Timothy O. Egan on behalf of Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing (Egan, Timothy) (Entered: 08/05/2005) |
|---|---|---|
| 08/08/2005 | 56 | First MOTION to Dismiss *the Consolidated Amended Complaint* by Bank of American Corporation, Charles P. McQuaid, Columbai Wanger Asset Management, LP, Columbia Funds Distributor, Inc., Columbia Management Group, Inc., Columbia Daily Income Company Fund, Columbia Balanced Fund Inc./or Columbia Common Stock Fund Inc, Columbia Daily Income Company, Columbia Growth Fund Inc., Columbia High Yield Fund Inc., Columbia Institutional Floating Rate Income Fund, Columbia International Stock Fund Inc., Columbia Mid Cap Growth Fund Inc., Columbia Real Estate Equity Fund Inc., Columbia Short Term Bond Fund Inc., Columbia Small Cap Growth Fund Inc., Columbia Technology Fund Inc., Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Charles P. McQuaid, Ralph Wanger, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund Inc., Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity fund, Columbia International Stock Fund, Columbia Newport Asia Pacific Fund, Columbia Newport |

|  |  | Japan Opportunities Fund, Columbia Newport Greater china fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities fund, Columbia Fixed Income Securities Fund Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield fund, Columbia High Yield Opportunity fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Strategic Income fund, Columbia US Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-exempt fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund Inc., Columbia New Jersey Intermediate Municipal Bond fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt fund, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax-Exempt Fund, Columbia Tax-exempt Insured Fund, Columbia Small Cap Growth Fund, Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund.(Cohen, Frances) (Entered: 08/08/2005) |
|------------|-----|---|
| 08/08/2005 | ●57 | First MEMORANDUM in Support re 56 First MOTION to Dismiss *the Consolidated Amended Complaint* filed by Columbia Daily Income Company Fund, Columbia Balanced Fund Inc./or Columbia Common Stock Fund Inc, Columbia Daily Income Company, Columbia Growth Fund Inc., Columbia High Yield Fund Inc., Columbia Institutional Floating Rate Income Fund, Columbia International Stock Fund Inc., Columbia Mid Cap Growth Fund Inc., Columbia Real Estate Equity Fund Inc., Columbia Short Term Bond Fund Inc., Columbia Small Cap Growth Fund Inc., Columbia Technology Fund Inc., Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management |

Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Charles P. McQuaid, Ralph Wanger, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund Inc., Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Bank of American Corporation, Charles P. McQuaid, Columbai Wanger Asset Management, LP, Columbia Funds Distributor, Inc., Columbia Management Group, Inc., Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity fund, Columbia International Stock Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater china fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities fund, Columbia Fixed Income Securities Fund Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield fund, Columbia High Yield Opportunity fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Strategic Income fund, Columbia US Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals

| | | |
|---|---|---|
| | | Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-exempt fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund Inc., Columbia New Jersey Intermediate Municipal Bond fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt fund, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax-Exempt Fund, Columbia Tax-exempt Insured Fund, Columbia Small Cap Growth Fund, Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund. (Cohen, Frances) (Entered: 08/08/2005) |
| 08/08/2005 | 58 | First MOTION for Leave to File Excess Pages by Columbia Daily Income Company Fund, Columbia Acorn Trust, Columbia Balanced Fund Inc./or Columbia Common Stock Fund Inc, Columbia Daily Income Company, Columbia Growth Fund Inc., Columbia High Yield Fund Inc., Columbia Institutional Floating Rate Income Fund, Columbia International Stock Fund Inc., Columbia Mid Cap Growth Fund Inc., Columbia Real Estate Equity Fund Inc., Columbia Short Term Bond Fund Inc., Columbia Small Cap Growth Fund Inc., Columbia Technology Fund Inc., Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Charles P. McQuaid, Ralph Wanger, Columbia Asset Allocation Fund, Columbia Balanced Fund, Columbia Common Stock Fund, Columbia Disciplined Value Fund, Columbia Dividend Income Fund, Columbia Growth & Income Fund, Columbia Growth Fund, Columbia Growth Stock Fund, Columbia Large Cap Core Fund, Columbia Large Cap Growth Fund, Columbia Large Company Index Fund, Columbia Liberty Fund, Columbia Mid Cap Growth Fund, Columbia Mid Cap Value Fund, Columbia Real Estate Equity Fund, Columbia Small Cap Fund, Columbia Small Cap Value Fund, Columbia Small Company Equity Fund, Columbia Small Company Index Fund, Columbia Strategic Investor Fund Inc., Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds, Columbia Tax-Managed Aggressive Growth Fund, Columbia Tax-Managed Growth Fund, Columbia Tax-Managed Growth |

| | | |
|---|---|---|
| | | Fund II, Columbia Tax-Managed Value Fund, Columbia Technology Fund, Columbia Thermostat Fund, Columbia Utilities Fund, Columbia Young Investor Fund, Columbia Acorn International Fund, Columbia Acorn International Select Fund, Bank of American Corporation, Charles P. McQuaid, Columbai Wanger Asset Management, LP, Columbia Funds Distributor, Inc., Columbia Management Group, Inc., Columbia Europe Fund, Columbia Global Equity Fund, Columbia International Equity fund, Columbia International Stock Fund, Columbia Newport Asia Pacific Fund, Columbia Newport Japan Opportunities Fund, Columbia Newport Greater china fund, Columbia Newport Tiger Fund, Columbia Contrarian Income Fund, Columbia Corporate Bond Fund, Columbia Federal Securities fund, Columbia Fixed Income Securities Fund Inc., Columbia Floating Rate Advantage Fund, Columbia Floating Rate Fund, Columbia High Yield fund, Columbia High Yield Opportunity fund, Columbia Income Fund, Columbia Intermediate Bond Fund, Columbia Intermediate Government Income Fund, Columbia Money Market Fund, Columbia Quality Plus Bond Fund, Columbia Short Term Bond Fund, Columbia Acorn fund, Columbia Strategic Income fund, Columbia US Treasury Index Fund, Columbia California Tax-Exempt Fund, Columbia Connecticut Intermediate Municipal Bond, Columbia Connecticut Tax-Exempt Fund, Columbia Florida Intermediate Municipal Bond Fund, Columbia Acorn Select, Columbia High Yield Municipal Fund, Columbia Intermediate Tax-Exempt Bond Fund, Columbia Managed Municipals Fund, Columbia Massachusetts Intermediate Municipal Bond Fund, Columbia Massachusetts Tax-exempt fund, Columbia Municipal Money Market Fund, Columbia National Municipal Bond Fund Inc., Columbia New Jersey Intermediate Municipal Bond fund, Columbia New York Intermediate Municipal Bond Fund, Columbia New York Tax-Exempt fund, Columbia Acorn USA, Columbia Oregon Municipal Bond Fund Inc., Columbia Pennsylvania Intermediate Municipal Bond Fund, Columbia Rhode Island Intermediate Municipal Bond Fund, Columbia Tax-Exempt Fund, Columbia Tax-exempt Insured Fund, Columbia Small Cap Growth Fund, Columbia European Thematic Equity Fund, Columbia Global Thematic Equity Fund.(Cohen, Frances) (Entered: 08/08/2005) |
| 08/08/2005 | 59 | CORPORATE DISCLOSURE STATEMENT by Bank of |

| | | |
|---|---|---|
| | | American Corporation. (Cohen, Frances) (Entered: 08/08/2005) |
| 08/08/2005 | 60 | NOTICE by Columbia Acorn Trust *Joinder of Columbia Acorn Trust in Independent Trustee and Columbia Defendants Motions to Dismiss* (Pastuszenski, Brian) (Entered: 08/08/2005) |
| 09/12/2005 | 61 | Assented to MOTION to Modify the Schedule by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Gans, Nancy) (Entered: 09/12/2005) |
| 09/14/2005 | ❸ | Judge Robert E. Keeton : Electronic ORDER entered granting 46 Motion for Extension of Time until September 23, 2005 to file a proposed schedule for addressing issues related to class certification. (Folan, Karen) (Entered: 09/16/2005) |
| 09/14/2005 | ❸ | Judge Robert E. Keeton : Electronic ORDER entered granting 50 Motion for Leave to File Excess Pages. (Folan, Karen) (Entered: 09/16/2005) |
| 09/15/2005 | ❸ | Judge Robert E. Keeton : Electronic ORDER entered granting 61 Motion for Modification of schedule. "Allowed. The clerk will reschedule accordingly." Motion hearing RESET for Thursday, November 10, 2005 at 2:00 p.m. (Folan, Karen) (Entered: 09/15/2005) |
| 09/21/2005 | 62 | Joint MOTION for Extension of Time to October 11, 2005 to File a Proposed Schedule for Addressing Issues Related to Class Certification by Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc..(Cohen, Frances) (Entered: 09/21/2005) |
| 09/28/2005 | ❸ | Judge Robert E. Keeton : ElectronicORDER entered granting 62 Motion for Extension of Time until October 11, 2005. (Folan, Karen) (Entered: 09/28/2005) |
| 10/11/2005 | 63 | MOTION for Entry of Plaintiffs' Proposed Schedule for Class Certification and COmmencement of Discovery by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # 1 Exhibit A (Plaintiffs' Proposed Schedule))(Gans, Nancy) (Entered: 10/11/2005) |
| 10/11/2005 | 64 | MEMORANDUM in Support re 63 MOTION for Entry of Plaintiffs' Proposed Schedule for Class Certification and |

| | | |
|---|---|---|
| | | COmmencement of Discovery filed by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Gans, Nancy) (Entered: 10/11/2005) |
| 10/11/2005 | 65 | Assented to MOTION for Leave to File Excess Pages by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # 1 Exhibit Plaintiffs' Opposition to Defendants' Motion to Dismiss)(Gans, Nancy) (Entered: 10/11/2005) |
| 10/11/2005 | 66 | DECLARATION *of Janine L. Pollack in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss* by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Gans, Nancy) (Entered: 10/11/2005) |
| 10/11/2005 | 67 | NOTICE by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn *of Filing with Clerk's Office of Exhibits to Declaration of Janine L. Pollack in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss* (Gans, Nancy) (Entered: 10/11/2005) |
| 10/11/2005 | 68 | First MOTION to Stay *Of Class and Other Discovery* by Fleetboston Financial Corporation, Columbia Management Advisors, Inc., Columbia Funds Distributor, Inc., Ralph Wanger, Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds, Bank of American Corporation, Charles P. McQuaid, Columbai Wanger Asset Management, LP, Columbia Management Group, Inc..(Cohen, Frances) (Entered: 10/11/2005) |
| 10/11/2005 | 69 | MEMORANDUM in Support re 68 First MOTION to Stay *Of Class and Other Discovery* filed by Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Funds Distributor, Inc., Ralph Wanger, Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds, Bank of American Corporation, Charles P. McQuaid, Columbai Wanger Asset Management, LP. (Attachments: # 1 Exhibit)(Cohen, Frances) (Entered: 10/11/2005) |
| 10/12/2005 | 70 | EXHIBITs re 66 Declaration of Janine L. Pollack. (Unable to |

| | | |
|---|---|---|
| | | scan) (Folan, Karen) (Entered: 10/14/2005) |
| 10/25/2005 | 71 | Opposition re 68 First MOTION to Stay *Of Class and Other Discovery by Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds* filed by Paula Slicker. (Gans, Nancy) (Entered: 10/25/2005) |
| 10/28/2005 | 72 | REPLY to Response to Motion re 48 MOTION to Dismiss *by the independent trustee defendants* filed by Margaret Eisen, Leo Guthart, Jerome Kahn, Jr, Steven Kaplan, David C. Kleinman, Allan B. Muchin, Robert R. Nason, John A. Wing. (Egan, Timothy) (Entered: 10/28/2005) |
| 10/31/2005 | 73 | Assented to MOTION for Leave to File Excess Pages *Fifty-three Pages In Support Of Their Motion To Dismiss Plaintiffs' Consolidated Amended Class Action Complaint* by Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Ralph Wanger, Charles P. McQuaid.(Cohen, Frances) (Entered: 10/31/2005) |
| 10/31/2005 | 74 | REPLY to Response to Motion re 32 MOTION to Appoint Counsel *(Co-Lead) and for Appointment of Liaison Counsel (RENEWED)* filed by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Gans, Nancy) (Entered: 10/31/2005) |
| 10/31/2005 | 75 | First REPLY to Response to Motion re 73 Assented to MOTION for Leave to File Excess Pages *Fifty-three Pages In Support Of Their Motion To Dismiss Plaintiffs' Consolidated Amended Class Action Complaint* filed by Fleetboston Financial Corporation, Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Columbai Wanger Asset Management, LP, Columbia Management Group, Inc.. (Cohen, Frances) (Entered: 10/31/2005) |
| 11/02/2005 | 76 | REPLY to Response to Motion re 56 First MOTION to Dismiss *the Consolidated Amended Complaint Corrected Copy Defendants' Reply Brief Part I* filed by Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Columbai Wanger Asset Management, LP, Columbia Management Group, Inc.. (Cohen, Frances) (Entered: |

| | | 11/02/2005) |
|---|---|---|
| 11/02/2005 | ❍77 | REPLY to Response to Motion re <u>56</u> First MOTION to Dismiss *the Consolidated Amended Complaint Corrected Copy Defendants' Reply Brief Part II* filed by Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Bank of American Corporation, Columbai Wanger Asset Management, LP. (Cohen, Frances) (Entered: 11/02/2005) |
| 11/02/2005 | ❍<u>78</u> | APPENDIX/EXHIBIT re <u>76</u> Reply to Response to Motion,, <u>77</u> Reply to Response to Motion. (Image not scanned) (Folan, Karen) (Entered: 11/03/2005) |
| 11/04/2005 | ❍<u>79</u> | MOTION for Leave to File *Supplemental Memorandum of Law Addressing Additional Authority Cited For The First Time In Defendants' Replies To Plaintiffs' Opposition To Defendants' Motions To Dismiss* by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. (Attachments: # <u>1</u>)(Gans, Nancy) (Entered: 11/04/2005) |
| 11/08/2005 | ❍<u>80</u> | MOTION for Leave to Appear Pro Hac Vice by James Henry Glavin IV; Mark Levine; and Jerome M. Congress by Nancy Freeman Gans. (Attachments: # <u>1</u> Glavin Certification# <u>2</u> Levine Certification# <u>3</u> Congress Certification)(Gans, Nancy) (Entered: 11/08/2005) |
| 11/08/2005 | ❍ | Filing fee: $ 150.00, receipt number 68141 regarding pro hac vice motion (Folan, Karen) (Entered: 11/10/2005) |
| 11/09/2005 | ❍ | Judge Robert E. Keeton : ElectronicORDER entered granting <u>37</u> Motion for Leave to File Excess Pages, granting <u>58</u> Motion for Leave to File Excess Pages, granting <u>65</u> Motion for Leave to File Excess Pages, granting <u>73</u> Motion for Leave to File Excess Pages, granting <u>79</u> Motion for Leave to File (Folan, Karen) (Entered: 11/09/2005) |
| 11/09/2005 | ❍<u>81</u> | MOTION for Leave to File *Reply Brief in Further Support of Defendants' Motion to Stay of Class and Other Discovery* by Ralph Wanger, Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds, Bank of American Corporation, Charles P. McQuaid, Columbai Wanger Asset Management, LP. (Attachments: # <u>1</u> Reply Memorandum in Further Support of Defendants' Motion for Stay of Class and Other Discovery)(Cohen, Frances) |

| | | (Entered: 11/09/2005) |
|---|---|---|
| 11/10/2005 | 🌐 | Judge Robert E. Keeton : ElectronicORDER entered granting <u>80</u> Motion for Leave to Appear Pro Hac Vice Added James Henry Glavin for Joan Cohen and R.L. Simmonds, Mark Levine for Joan Cohen and R.L. Simmonds, Jerome M. Congress for Joan Cohen and R.L. Simmonds. (Folan, Karen) (Entered: 11/10/2005) |
| 11/10/2005 | 🌐 | Judge Robert E. Keeton : ElectronicORDER entered granting <u>81</u> Motion for Leave to File. Counsel using the Electronic Case Files system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Folan, Karen) (Entered: 11/10/2005) |
| 11/10/2005 | 🌐 | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Hearing re Motions held on 11/10/2005. REK hears arguments on Docket #'s 48 and 56. Hearing continued until 11:00 a.m. November 15, 2005. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 11/15/2005) |
| 11/15/2005 | 🌐<u>82</u> | Clerk's Notes for proceedings held before Judge Robert E. Keeton : Hearing re Motion held on 11/15/2005. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 11/16/2005) |
| 11/30/2005 | 🌐<u>83</u> | REPLY to Response to Motion re <u>56</u> First MOTION to Dismiss *the Consolidated Amended Complaint* filed by Fleetboston Financial Corporation, Columbia Management Group Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Bank of American Corporation. (Cohen, Frances) (Entered: 11/30/2005) |
| 11/30/2005 | 🌐<u>84</u> | Judge Robert E. Keeton : MEMORANDUM AND ORDER entered finding as moot <u>32</u> Motion to Appoint Counsel, finding as moot <u>36</u> Motion to Certify Class, granting <u>48</u> Motion to Dismiss, granting <u>56</u> Motion to Dismiss, finding as moot <u>63</u> Motion for entry of plaintiffs' proposed schedule for class certification and commencement of discovery, finding as moot <u>68</u> Motion to Stay (Folan, Karen) (Entered: 12/01/2005) |
| 11/30/2005 | 🌐<u>85</u> | Judge Robert E. Keeton : FINAL JUDGMENT entered. "...Judgment for defendants. This case is now closed." (Folan, Karen) (Entered: 12/01/2005) |
| | | |

| 12/29/2005 | 86 | NOTICE OF APPEAL as to 84 Order on Motion to Appoint Counsel,, Order on Motion to Certify Class,, Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,, Order on Motion to Stay,, 85 Judgment by Joan Cohen, R.L. Simmonds, Jean S.B. Simmonds, Paula Slicker, Osburn. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/18/2006. (Gans, Nancy) (Entered: 12/29/2005) |
| 12/29/2005 | ● | Filing fee: $ 255., receipt number 69211 regarding notice of appeal. (Folan, Karen) (Entered: 01/03/2006) |
| 01/12/2006 | 87 | NOTICE of Change of Address by Nancy F. Gans (Gans, Nancy) (Entered: 01/12/2006) |