UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-1227

USDC Docket Number: 04-cv-11704

In Re: Columbia Entities Litigation

v.

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 83

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 19, 2006.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/19/06.

/s/ Barchard
Deputy Clerk, US Court of Appeals

- 3/06