*04-11704*

# United States Court of Appeals
## For the First Circuit

_____  _____  _____

No. 06-1227

IN RE:  COLUMBIA ENTITIES LITIGATION,

_____  _____  _____

JOAN COHEN, ET AL.,

Plaintiffs, Appellants,

v.

COLUMBIA ACORN FUND, ET AL.,

Defendants, Appellees.

_____  _____  _____

JUDGMENT

Entered: February 20, 2007

The parties have filed a joint stipulation of dismissal and a motion to remand the case to the district court for settlement approval.  We shall treat the joint stipulation of dismissal as a motion to voluntarily dismiss this appeal, see Fed. R. App. P. 42(b), and, so treated, dismiss the appeal.  The motion to remand to the district court is granted so that the district court may review the proposed settlement.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____

Appeals Attorney

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMEN
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By_____ Date 2/20/07

[cc: Nancy Feeman Gans, Esq., James H. Glavin, Esq., Mark Levin,
Esq., Jules Brody, Esq., Janine L. Pollack, Esq., Jerome M.
Congress, Esq., Kim M. Miller, Esq., Michael R. Reese, Esq.,
Charles J. Piven, Esq., Marshall N. Perkins, Esq., Joseph H.
Weiss, Esq., Richard A. Acocelli, Esq., Marc A. Topaz, Esq.,
Richard A. Maniskas, Esq., David Pastor, Esq., Brian E.
Pastuszenski, Esq., Frances S. Cohen, Esq., Matthew M. Lyons,
Esq., Jenny S. Kim, Esq., Mark A. Rabinowitz, Esq.,
Richard J. Rosensweig, Esq., Daniel Hayes, Esq.,
John W. Rotunno, Esq., Kenneth E. Rechtoris, Esq.,
Todd E. Pentecost, Esq., Timothy O. Egan, Esq., Brien T.
O'Connor, Esq., Giselle J. Joffre, Esq.]