J. Keeton
FXI
04-11704

# United States Court of Appeals
## For the First Circuit

No. 06-1227

IN RE: COLUMBIA ENTITIES LITIGATION,

JOAN COHEN, ET AL.,

Plaintiffs, Appellants.

v.

COLUMBIA ACORN FUND, ET AL.,

Defendants, Appellees.

ORDER OF COURT

Entered: March 5, 2007

Upon consideration of the joint motion filed by the parties, mandate shall issue forthwith.

So ordered.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Appeals Attorney.

[cc: Ms. Gans, Messrs: Glavin, Levin, Brody, Congress, Reese, Piven, Perkins, Weiss, Acoceilli, Topaz, Maniskas, Pastor, Pastuszenski, Lyons, Rabinowitz, Rosensweig, Hayes, Rotunno, Rechtoris, Pentecost, Egan, O'Connor, Ms. Cohen, Ms. Joffre, Ms. Kim, Ms, Miller and Ms. Pollack]