J-Keefe
CA: 04-11704

**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 06-1227

IN RE: COLUMBIA ENTITIES LITIGATION

JOAN COHEN, ET AL.,

Plaintiffs, Appellants,

v.

COLUMBIA ACORN FUND, ET AL.,

Defendants, Appellees.

JUDGMENT

Entered: February 20, 2007

   The parties have filed a joint stipulation of dismissal and a motion to remand the case to the district court for settlement approval. We shall treat the joint stipulation of dismissal as a motion to voluntarily dismiss this appeal, see Fed. R. App. P. 42(b), and, so treated, dismiss the appeal. The motion to remand to the district court is granted so that the district court may review the proposed settlement.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Appeals Attorney

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
_____
Deputy Clerk

Date: MAR 0 5 2007

[cc: Nancy Feeman Gans, Esq., James H. Glavin, Esq., Mark Levin, Esq., Jules Brody, Esq., Janine L. Pollack, Esq., Jerome M. Congress, Esq., Kim M. Miller, Esq., Michael R. Reese, Esq., Charles J. Piven, Esq., Marshall N. Perkins, Esq., Joseph H. Weiss, Esq., Richard A. Acocelli, Esq., Marc A. Topaz, Esq., Richard A. Maniskas, Esq., David Pastor, Esq., Brian E. Pastuszenski, Esq., Frances S. Cohen, Esq., Matthew M. Lyons, Esq., Jenny S. Kim, Esq., Mark A. Rabinowitz, Esq., Richard J. Rosensweig, Esq., Daniel Hayes, Esq., John W. Rotunno, Esq., Kenneth E. Rechtoris, Esq., Todd E. Pentecost, Esq., Timothy O. Egan, Esq., Brien T. O'Connor, Esq., Giselle J. Joffre, Esq.]