UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), Michael C. Moran of Bingham McCutchen LLP hereby notices his appearance in the above-captioned matter on behalf of the following defendants: FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia

LITDOCS/676118.1

-2-

Wanger Asset Management, L.P., and Columbia Funds Distributor, Inc.

Dated: April 11, 2007

Respectfully submitted,

FLEETBOSTON FINANCIAL CORPORATION,
A/K/A BANK OF AMERICA CORPORATION,
COLUMBIA MANAGEMENT GROUP, INC.,
COLUMBIA MANAGEMENT ADVISERS, INC.,
COLUMBIA WANGER ASSET MANAGEMENT,
L.P., AND COLUMBIA FUNDS DISTRIBUTOR,
INC.

By their attorneys,

*/s/ Michael C. Moran*
Frances S. Cohen (BBO# 542811)
T. Peter R. Pound (BBO# 657378)
Michael C. Moran (BBO# 666885)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
frances.cohen@bingham.com
peter.pound@bingham.com
michael.moran@bingham.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via the ECF/CM system on April 11, 2007.

/s/ T. Peter R. Pound
T. Peter R. Pound
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
peter.pound@bingham.com

LITDOCS/676118.1