UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-NMG |

**JOINT MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Fed. R. Civ. P. 23(e), the parties jointly move for entry of the proposed Preliminary Approval Order, granting preliminary approval of the Stipulation and Settlement Agreement regarding these class and derivative actions (the "Settlement Agreement"). A copy of the fully executed Settlement Agreement is submitted herewith as Exhibit 1; the proposed Preliminary Approval Order is Exhibit A to the Settlement Agreement. In addition, the parties seek certification of the settlement class, the scheduling of a final settlement hearing (at which the Court will consider final approval of the Settlement Agreement), a deadline for the filing objections to the Settlement Agreement, and approval of the method and form of class notice.

In support of this joint motion, the parties have filed a memorandum herewith.

WHEREFORE, the parties jointly move for entry of the proposed Preliminary Approval Order, (1) granting preliminary approval of the Settlement Agreement, (2) certifying, for settlement purposes only, a settlement class, (3) scheduling a final settlement hearing to take place following notice to the settlement class, (4) setting the deadline for filing objections to the

Settlement Agreement and (5) approving, as to form and content, the Notice of Settlement and the summary of the Notice of Settlement and the method by which notice will be provided.

Dated: April 11, 2007

### Local Rule 7.1(a)(2) Certification

Pursuant to Local Rule 7.1(a)(2), counsel for the parties conferred regarding this motion and all parties have agreed to submit this motion jointly.

| | |
|---|---|
| /s/ Nancy Freeman Gans | /s/ Frances S. Cohen |
| Nancy Freeman Gans (BBO # 184540) | Frances S. Cohen  (BBO # 542811) |
| Moulton & Gans, P.C. | T. Peter R. Pound (BBO# 657378) |
| 55 Cleveland Road | Michael C. Moran (BBO# 666885) |
| Wellesley, MA 02481 | Bingham McCutchen LLP |
| (781) 235-2246 | 150 Federal Street, Boston, MA  02110 |
| | (617) 951-8000 |

*Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

*Counsel for Defendants FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Louis J. Mendes, Robert A. Mohn, Todd Narter, Christopher Olson, John H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell*

Jerome M. Congress
Janine L. Pollack
Milberg Weiss & Bershad LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

*Counsel for Plaintiff Joan Cohen*

Jules Brody
Mark Levine
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

2

Charles J. Piven
Marshall N. Perkins
Brower Piven, A Professional Corporation
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

Joseph H. Weiss
Richard A. Acocelli
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

Marc A. Topaz
Richard A. Maniskas
Schiffrin, Barroway, Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

David Pastor
Gilman and Pastor, LLP
225 Franklin Street, 16th Floor
Boston, MA  02110
(617) 742-9700

*Counsel for Plaintiff Paula Slicker*

Brien T. O'Connor
Giselle J. Joffre
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

Brian E. Pastuszenski
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1094

*Counsel for Columbia Acorn Trust and Columbia Acorn Funds*

Kenneth E. Rechtoris
Todd E. Pentecost
Bell, Boyd & Lloyd LLC
70 W. Madison St., 3100
Chicago, IL  60602
(312) 807-4210

Timothy O. Egan
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA  02110
(617) 951-2100

*Counsel for Independent Trustee Defendants*

Richard J. Rosensweig
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776

        Phil C. Neal
        Mark A. Rabinowitz
        Dao J. Boyle
        Jenny S. Kim
        Neal, Gerber & Eisenberg LLP
        Two North LaSalle Street, Suite 2200
        Chicago, IL 60602
        (312) 269-8000

*Counsel for Defendants Charles P. McQuaid and Ralph Wanger*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via the ECF/CM system on April 11, 2007.

        /s/ T. Peter R. Pound
        T. Peter R. Pound
        BINGHAM McCUTCHEN LLP
        150 Federal Street
        Boston, MA 02110
        (617) 951-8000
        peter.pound@bingham.com