UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-NMG |

**FINAL ORDER AND JUDGMENT**

On this _____ day of _____, a hearing having been held before this Court to determine: (1) whether the terms and conditions of the Stipulation and Settlement Agreement, dated January 19, 2007 (the "Stipulation"), are fair, reasonable and adequate for the settlement of all claims asserted by the Class in the above-captioned litigation, as well as any claims asserted on behalf of Settling Funds, as identified in Appendix A, annexed hereto (the "Settling Funds"); (2) whether Final Order and Judgment should be entered dismissing the Action on the merits with prejudice; and (3) whether and in what amount to award counsel for Named Plaintiffs attorneys' fees and reimbursement of expenses. The Court having considered all matters submitted to it at the Hearing and otherwise; and it appearing that the Notice of Settlement substantially in the form approved by the Court was mailed or distributed to all reasonably identifiable Shareholders and that the summary of the Notice of Settlement substantially in the form approved by the Court was published as described in the Preliminary Approval Order; and the Court having considered and determined the fairness and reasonableness of the proposed

**EXHIBIT C**

settlement of the claims of the Class and of any claims asserted on behalf of the Settling Funds and of the award of attorneys' fees and expenses requested.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Stipulation, including the definitions contained therein, are incorporated by reference in this Final Order and Judgment.

2. The Court has jurisdiction over the subject matter of this action and over all parties to the Action. The Court is a proper and convenient venue for the consideration, approval, and administration of the Settlement.

3. Proper and adequate notice of the Settlement, the Final Settlement Hearing and the application by counsel for Named Plaintiffs for attorneys' fees and expenses was disseminated in accordance with the Preliminary Approval Order and included individual notice to Class Members and Current Shareholders who could be identified through reasonable efforts and publication of the summary of the Notice of Settlement on *Business Wire*, and Adviser Defendants have filed with the Court proof, by affidavit or declaration, that the Notice of Settlement has been mailed or distributed to Shareholders and that the summary of the Notice of Settlement was published in accordance with the Preliminary Approval Order. The notice given was the best notice to Shareholders practicable under the circumstances, and provided due and adequate notice of the terms of the Stipulation, the Settlement, the certification of the Class, the Final Settlement Hearing, the terms of this Final Order and Judgment, and all other matters set

forth herein to all Persons entitled to notice, and fully satisfied the requirements of Rules 23 and 23.1 of the Federal Rules of Civil Procedure and the requirements of due process.

4. Pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, and for the purposes of the Settlement only, the Action is hereby certified as a class action on behalf of all persons or entities who held one or more shares of any of the Settling Funds at any time during the period August 2, 1999 through _____, 2007, the fourteenth (14th) day following the entry of the Preliminary Approval Order, inclusive. Excluded from the class, however, are all persons and entities who timely and validly requested exclusion from the Class pursuant to the Notice of Settlement disseminated in accordance with the Preliminary Approval Order. The Named Plaintiffs are hereby appointed as Class Representatives and counsel for the Named Plaintiffs, Moulton & Gans, P.C., Milberg Weiss & Bershad LLP, and Stull, Stull, & Brody, are hereby appointed as counsel for the Class pursuant to Rule 23(b) of the Federal Rules of Civil Procedure.

5. The Action is dismissed on the merits, without costs to any party, and with prejudice.

6. Pursuant to Rules 23 and 23.1 of the Federal Rules of Civil Procedure, the Stipulation, and the Settlement set forth therein, are approved as fair, reasonable, and adequate and the parties are authorized and directed to consummate the Stipulation in accordance with the terms of the Stipulation.

7. A full opportunity having been offered to Shareholders to participate in the Settlement Hearing, it is hereby determined that all Shareholders are bound by this Final Order and Judgment.

8. Upon the Effective Date, without further action by anyone, each of the Releasing Parties, for good and sufficient consideration, by operation of this Judgment, shall be deemed to have released and forever discharged all of the claims against Defendants.

9. The Court hereby approves releases in the forms annexed hereto to be executed by Named Plaintiffs and by an officer of each of the Settling Funds on behalf of each of the Settling Funds in favor of the Released Parties.

10. The Releasing Parties are forever barred and enjoined from asserting in any jurisdiction any of the Released Claims on behalf of or against any of the Released Parties. The Released Parties are forever barred and enjoined from asserting in any jurisdiction any Settled Defendants' Claims.

11. Upon the Effective Date, without any further action by anyone, for good and sufficient consideration, each of the Released Parties shall be deemed to have released and forever discharged all of the Settled Defendants' Claims against any of the Releasing Parties. The Settled Defendants' Claims of all the Released Parties are hereby compromised, settled, released, discharged and dismissed on the merits and with prejudice by virtue of the proceedings herein and this Order and Final Judgment.

4

**EXHIBIT C**

12. None of the terms or provisions of the Stipulation, nor any of the negotiations or proceedings connected with it, nor any of the documents or statements referred to therein shall: (a) be offered or received against Defendants as evidence of or construed as or deemed to be evidence of any presumption, concession, or admission by any of Defendants with respect to the truth of any fact alleged by Named Plaintiffs or the validity of any claim that had been or could have been asserted in the Action or in any litigation, or of any liability, negligence, fault, or wrongdoing of Defendants; (b) be offered or received against Defendants as evidence of a presumption, concession or admission of any fault, misrepresentation or omission with respect to any statement or written document approved or made by Defendants, or against Named Plaintiffs or any member of the Class as evidence of any infirmity in the claims of Named Plaintiffs or any member of the Class; (c) be offered or received against Defendants or against Named Plaintiffs or any member of the Class as evidence of a presumption, concession or admission with respect to any liability (or lack of liability), negligence, fault or wrongdoing, or in any way referred to for any other reason as against any of the parties to this Stipulation, in any other civil, criminal or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of this Stipulation; provided, however, that if this Stipulation is approved and the Effective Date occurs, the parties may refer to it to effectuate the liability protection granted to them hereunder; (d) be construed against Defendants, Named Plaintiffs or any member of the Class as an admission or concession that the consideration to be given hereunder represents the amount which could be or would have been recovered after trial; (e) be

construed as, or received in evidence as, an admission, concession or presumption against Named Plaintiffs or any member of the Class or any of them that any of their claims are without merit or that damages recoverable under the Complaint would not have exceeded the consideration set forth herein; or (f) be construed as or received in evidence as an admission, concession or presumption that class certification is appropriate in the Action.

13. The Court hereby awards to counsel for Named Plaintiffs attorneys' fees in the amount of $_____ and reimbursement of costs and expenses in the amount of $_____, to be paid by Adviser Defendants pursuant to the terms of the Stipulation.

14. The provisions of the Class Action Fairness Act of 2005, Pub. L. No. 109-2, 119 Stat. 4 (2005), do not apply to this Action or this Settlement.

15. This Court shall retain jurisdiction of this Action and the parties for the purposes of any application or proceeding concerned with the administration, interpretation, effectuation, or enforcement of the Stipulation and the Final Order and Judgment.

16. In the event the Effective Date does not occur, this Final Order and Judgment shall be rendered null and void and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void.

17. Without further order of the Court, the parties to the Stipulation may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

18. There is no just reason for delay in the entry of this Final Order and Judgment because entry of the Order will facilitate the resolution of this litigation pending against

Defendants and will limit the expenditure of the resources of the parties and the courts.

Accordingly, immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated:  Boston, Massachusetts
            _____, 2007

_____
United Stated District Judge

**EXHIBIT C**

**Appendix A to Final Order and Judgment**

Columbia Acorn Fund

Columbia Acorn Select Fund

Columbia Acorn USA Fund

Columbia Asset Allocation Fund

Columbia Balanced Fund

Columbia Common Stock Fund

Columbia Disciplined Value Fund

Columbia Dividend Income Fund

Columbia Growth & Income Fund

Columbia Growth Fund

Columbia Growth Stock Fund

Columbia Large Cap Core Fund

Columbia Large Cap Growth Fund

Columbia Large Company Index Fund

Columbia Liberty Fund

Columbia Mid Cap Growth Fund

Columbia Mid Cap Value Fund

Columbia Real Estate Equity Fund

Columbia Small Cap Fund

8

**EXHIBIT C**

Columbia Small Cap Value Fund

Columbia Small Company Equity Fund

Columbia Small Company Index Fund

Columbia Strategic Investor Fund

Columbia Tax-Managed Aggressive Growth Fund

Columbia Tax-Managed Growth Fund

Columbia Tax-Managed Growth Fund II

Columbia Tax-Managed Value Fund

Columbia Technology Fund

Columbia Thermostat Fund

Columbia Utilities Fund

Columbia Young Investor Fund

Columbia Acorn International Fund

Columbia Acorn International Select Fund

Columbia Europe Fund

Columbia Global Equity Fund

Columbia International Equity Fund

Columbia International Stock Fund

Columbia Newport Asia Pacific Fund

9

**EXHIBIT C**

Columbia Newport Japan Opportunities Fund

Columbia Newport Greater China Fund

Columbia Newport Tiger Fund

Columbia Contrarian Income Fund

Columbia Corporate Bond Fund

Columbia Federal Securities Fund

Columbia Fixed Income Securities Fund

Columbia Floating Rate Advantage Fund

Columbia Floating Rate Fund

Columbia High Yield Fund

Columbia High Yield Opportunity Fund

Columbia Income Fund

Columbia Intermediate Bond Fund

Columbia Intermediate Government Income Fund

Columbia Money Market Fund

Money Market Fund

Columbia National Municipal Bond Fund

Columbia Quality Plus Bond Fund

Columbia Short Term Bond Fund

Columbia Strategic Income Fund

10

**EXHIBIT C**

Columbia US Treasury Index Fund

Columbia California Tax-Exempt Fund

Columbia Connecticut Intermediate Municipal Bond Fund

Columbia Connecticut Tax-Exempt Fund

Columbia Florida Intermediate Municipal Bond Fund

Columbia High Yield Municipal Fund

Columbia Intermediate Tax-Exempt Bond Fund

Columbia Managed Municipals Fund

Columbia Massachusetts Intermediate Municipal Bond Fund

Columbia Massachusetts Tax-Exempt Fund

Columbia Municipal Bond Fund

Columbia New Jersey Intermediate Municipal Bond Fund

Columbia New York Intermediate Municipal Bond Fund

Columbia New York Tax-Exempt Fund

Columbia Oregon Municipal Bond Fund

Columbia Pennsylvania Intermediate Municipal Bond Fund

Columbia Rhode Island Intermediate Municipal Bond Fund

Columbia Tax-Exempt Fund

Columbia Tax-Exempt Insured Fund

**EXHIBIT C**

Columbia Small Cap Growth Fund

Columbia European Thematic Equity Fund

Columbia Global Thematic Equity Fund

Columbia Daily Income Company Fund

12

**EXHIBIT C**