UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  COLUMBIA ENTITIES LITIGATION

Civil Action No. 04-11704-REK

**RELEASE OF ALL CLAIMS (SETTLING FUNDS AND CURRENT SHAREHOLDERS)**

Unless otherwise expressly stated in this Release, the capitalized terms used herein shall have the same definitions as set forth in the Stipulation and Settlement Agreement, dated January 19, 2007 (the "Stipulation").

1.  The Settling Funds, listed on the attached Exhibit 1, and their present or past predecessors, successors and assigns, and shareholders of record of the Settling Funds as of the fourteenth (14th) day following entry of the Preliminary Approval Order ("Current Shareholders"), as RELEASORS, for themselves and for their present or past predecessors, successors, assigns, heirs, executors, and administrators, in exchange for good and valuable consideration, including the terms of the Stipulation and the benefits to the Settling Funds provided for therein, the receipt and adequacy of which are hereby acknowledged, hereby release and forever discharge the RELEASED PARTIES, defined in the Stipulation as:  (a) Bank of America Corporation and all of its present and former employees, officers, directors, trustees, members, partners, managers, agents, and counsel and all of its present and former affiliates and subsidiaries, including without limitation, FleetBoston Financial Corporation and all or its

EXHIBIT E

present and former affiliates and subsidiaries, including, without limitation, Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., and Columbia Funds Services, Inc. and Banc of America Securities, LLC, and all of their present and former employees, including each employee named individually in the Action, officers, directors, trustees, members, partners, managers, agents, counsel, predecessors, successors, and assigns; (b) the Columbia Funds, all of their present and former affiliates and subsidiaries and all of their predecessors, successors and assigns and all of those entities' present and former employees, officers, directors, trustees, members, partners, managers, agents, and counsel; (c) the Columbia Individual Defendants, Charles P. McQuaid, Ralph Wanger, J. Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean S. Loewenberg, Louis J. Mendes, Robert A. Mohn, Todd Narter, Christopher Olson, John H. Park, Vincent P. Pietropaolo, Joseph R. Palumbo, Joseph T. Turo, and Leah J. Zell, and each of their families, heirs, spouses, successors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, agents, related or affiliated entities, or any trust of which any of the Columbia Individual Defendants are the settlers or which is for the benefit of any family member or of any Columbia Individual Defendants; (d) the Named Trustees, Margaret M. Eisen, Leo A. Guthart, Jerome Kahn, Jr., Steven Kaplan, David C. Kleinman, Charles P. McQuaid, Allan B. Muchin, Robert E. Nason, John A. Wing, Douglas A. Hacker, Janet Langford Kelly, Richard W. Lowry, William E. Mayer, Charles R. Nelson, John J. Neuhauser, Patrick J. Simpson, Thomas E. Stitzel, Thomas C. Theobald, Anne-Lee Verville, Ralph Wanger and Richard L. Woolworth, and each of their

families, heirs, spouses, successors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, agents, related or affiliated entities, or any trust of which any of the Named Trustees are the settlers or which is for the benefit of any family member or of any Named Trustees; and (e) all other entities that provided advisory, distribution, administration, or other services to the Columbia Funds during the Class Period from all RELEASED CLAIMS, defined in the Stipulation as any and all claims, debts, actions, causes of action, specialties, covenants, contracts, variances, damages, executions, rights, suits, sums, accounts, reckonings, presentments and any other liabilities, whether asserted or unasserted, anticipated or unanticipated, known or unknown, contingent or fixed, liquidated or unliquidated, matured or unmatured and whether direct, derivative, representative or brought in any other capacity, against the released parties that the releasing parties had, have now, or may in the future have concerning, arising from or relating in any manner, whether directly or indirectly, to any fees or charges paid by or charged to any of the Columbia Funds or any Class Member, as alleged in the Complaint and for the Class Period alleged in the Complaint, arising out of the allegations, transactions, facts, matters, occurrences, representations or omissions that were or could have been alleged in the Complaint, including, without limitation, known or unknown fraud claims, known or unknown omissions and non disclosures of material fact, and unknown or unanticipated claims that, had they been known, may have affected the decision of or by the members of the Class to enter into the Stipulation or Settlement, claims brought under the Securities Act of 1933, the Securities Exchange Act of 1934, the ICA, the Investment Advisors Act ("IAA"), Employee Retirement and Income Security Act ("ERISA"), the Racketeer

3

**EXHIBIT E**

Influenced and Corrupt Organizations Act ("RICO"), other federal or state common or statutory law or regulation, for any form of relief including, without limitation, compensatory damages, whether direct or consequential, punitive damages, treble damages, penalties, injunctive or equitable relief, declaratory relief, rescission, disgorgement, restitution or the return or forfeiture of advisory, management or other fees.  The Released Claims shall not include any claims alleged in the amended consolidated class action complaint filed on September 29, 2004 in the Columbia sub-track of MDL 1586, *In re Mutual Funds Investment Litigation.*

<u>Known or Unknown Claims</u>:  The releasing parties understand and expressly agree that this Stipulation extends to all claims of every nature and kind, known or unknown, suspected or unsuspected, past, present, or future, concerning, arising from, related in any manner to or attributable to any conduct of the released parties relating to the released claims, whether known by the releasing parties or whether or not the releasing parties believe he or she may have any claims, and that any and all rights granted to the releasing parties under Section 1542 of the California Civil Code or any analogous state law or federal law or regulations, are hereby expressly waived, if applicable.  Section 1542 of the California Civil Code reads as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS
> WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT
> TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING
> THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE
> MATERIALLY AFFECTED HIS SETTLEMENT WITH THE
> DEBTOR.

2. The RELEASORS acknowledge that the inclusion of Unknown Claims in the RELEASED CLAIMS was separately bargained for and a material part of the Settlement.

IN WITNESS WHEREOF, the RELEASORS have caused this RELEASE to be executed on _____, 2007.

In presence of:

_____

The Settling Funds

By: _____

By: _____

By: _____

Current Shareholder Plaintiffs

By: _____
    Joan Cohen

By: _____
    Gene F. Osburn

By: _____
    Paula Slicker

By: _____
    Jean S. B. Simmonds

By: _____
    R. L. Simmonds

## Exhibit 1 - Settling Funds

Columbia Acorn Fund

Columbia Acorn Select Fund

Columbia Acorn USA Fund

Columbia Asset Allocation Fund

Columbia Balanced Fund

Columbia Common Stock Fund

Columbia Disciplined Value Fund

Columbia Dividend Income Fund

Columbia Growth & Income Fund

Columbia Growth Fund

Columbia Growth Stock Fund

Columbia Large Cap Core Fund

Columbia Large Cap Growth Fund

Columbia Large Company Index Fund

Columbia Liberty Fund

Columbia Mid Cap Growth Fund

Columbia Mid Cap Value Fund

Columbia Real Estate Equity Fund

Columbia Small Cap Fund

Columbia Small Cap Value Fund

Columbia Small Company Equity Fund

EXHIBIT 1 TO EXHIBIT E

LITDOCS/664718.5

Columbia Small Company Index Fund

Columbia Strategic Investor Fund

Columbia Tax-Managed Aggressive Growth Fund

Columbia Tax-Managed Growth Fund

Columbia Tax-Managed Growth Fund II

Columbia Tax-Managed Value Fund

Columbia Technology Fund

Columbia Thermostat Fund

Columbia Utilities Fund

Columbia Young Investor Fund

Columbia Acorn International Fund

Columbia Acorn International Select Fund

Columbia Europe Fund

Columbia Global Equity Fund

Columbia International Equity Fund

Columbia International Stock Fund

Columbia Newport Asia Pacific Fund

Columbia Newport Japan Opportunities Fund

Columbia Newport Greater China Fund

Columbia Newport Tiger Fund

Columbia Contrarian Income Fund

2

**EXHIBIT 1 TO EXHIBIT E**

Columbia Corporate Bond Fund

Columbia Federal Securities Fund

Columbia Fixed Income Securities Fund

Columbia Floating Rate Advantage Fund

Columbia Floating Rate Fund

Columbia High Yield Fund

Columbia High Yield Opportunity Fund

Columbia Income Fund

Columbia Intermediate Bond Fund

Columbia Intermediate Government Income Fund

Columbia Money Market Fund

Money Market Fund

Columbia National Municipal Bond Fund

Columbia Quality Plus Bond Fund

Columbia Short Term Bond Fund

Columbia Strategic Income Fund

Columbia US Treasury Index Fund

Columbia California Tax-Exempt Fund

Columbia Connecticut Intermediate Municipal Bond Fund

Columbia Connecticut Tax-Exempt Fund

Columbia Florida Intermediate Municipal Bond Fund

3

EXHIBIT 1 TO EXHIBIT E

Columbia High Yield Municipal Fund

Columbia Intermediate Tax-Exempt Bond Fund

Columbia Managed Municipals Fund

Columbia Massachusetts Intermediate Municipal Bond Fund

Columbia Massachusetts Tax-Exempt Fund

Columbia Municipal Bond Fund

Columbia New Jersey Intermediate Municipal Bond Fund

Columbia New York Intermediate Municipal Bond Fund

Columbia New York Tax-Exempt Fund

Columbia Oregon Municipal Bond Fund

Columbia Pennsylvania Intermediate Municipal Bond Fund

Columbia Rhode Island Intermediate Municipal Bond Fund

Columbia Tax-Exempt Fund

Columbia Tax-Exempt Insured Fund

Columbia Small Cap Growth Fund

Columbia European Thematic Equity Fund

Columbia Global Thematic Equity Fund

Columbia Daily Income Company Fund

4

EXHIBIT 1 TO EXHIBIT E