UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA ENTITIES LITIGATION          Civil Action No. 04-11704-REK

## RELEASE OF ALL CLAIMS (DEFENDANTS)

Unless otherwise expressly stated in this Release, the capitalized terms used herein shall have the same definitions as set forth in the Stipulation and Settlement Agreement, dated January 19, 2007 (the "Stipulation").

Named Defendants Columbia Management Advisors LLC (formerly Columbia Management Advisors, Inc.), Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Charles P. McQuaid, Ralph Wanger, J. Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean S. Loewenberg, Louis J. Mendes, Robert A. Mohn, Todd Narter, Christopher Olson, John H. Park, Vincent P. Pietropaolo, Joseph R. Palumbo, Joseph T. Turo, and Leah J. Zell., as RELEASORS, for themselves individually, and for their present or past heirs, executors, administrators, predecessors, successors and assigns, in exchange for good and valuable consideration, including the terms of the Stipulation and the benefits of the Release of the RELEASED PARTIES provided for therein, the receipt and adequacy of which are hereby acknowledged, hereby release and forever discharge the NAMED PLAINTIFFS, defined in the Stipulation as: Plaintiffs Joan Cohen, Gene F. Osburn, Paula Slicker, Jean S.B. Simmonds, and R. L. Simmonds and all of their present and former counsel and each of their families, heirs, spouses,

**EXHIBIT F**

successors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, agents, related or affiliated entities from all SETTLED DEFENDANTS' CLAIMS, defined in the Stipulation.

The RELEASORS acknowledge that the inclusion of Unknown Claims in the SETTLED DEFENDANTS' CLAIMS was separately bargained for and a material part of the Settlement.

IN WITNESS WHEREOF, the RELEASORS have caused this RELEASE to be executed on _____, 2007.


In presence of:

_____


By: _____
   Columbia Management Advisors LLC

By: _____
   Columbia Wanger Asset Management, L.P.

By: _____
   Columbia Funds Distributor, Inc

By: _____
   Charles P. McQuaid

By: _____
   Ralph Wanger

By: _____
   J. Kevin Connaughton

By: _____
   P. Zachary Egan

By: _____
    Kevin S. Jacobs

By: _____
    Kenneth A. Kalina

By: _____
    Bruce H. Lauer

By: _____
    Jean S. Loewenberg

By: _____
    Louis J. Mendes

By: _____
    Robert A. Mohn

By: _____
    Todd Narter

By: _____
    Christopher Olson

By: _____
    John H. Park

By: _____
    Vincent P. Pietropaolo

By: _____
    Joseph R. Palumbo

By: _____
    Joseph T. Turo

By: _____
    Leah J. Zell