UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | : : : : : | Civil Action No. 04-11704-NMG |

## NOTICE OF APPEARANCE OF JOSHUA VITULLO

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Joshua Vitullo of Goodwin Procter LLP as one of the counsel of record for The Columbia Acorn Trust and The Columbia Acorn Funds in the above-captioned matter.

Dated: April 30, 2007

Respectfully submitted,

The Columbia Acorn Trust AND
The Columbia Acorn Funds

By its attorneys,

By: /s/ Joshua Vitullo
　　Joshua Vitullo (BBO#654310)
　　GOODWIN PROCTER LLP
　　Exchange Place
　　53 State Street
　　Boston, Massachusetts  02109
　　Tel: 617.570.1000
　　Fax: 617.523.1231

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 30, 2007.

                                              /s/ Joshua Vitullo

LIBA/1780247.1