UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| | ) | |
| IN RE: COLUMBIA ENTITIES LITIGATION | ) | Civil Action No. 04-11704-NMG |
| | ) | |
| | ) | |
| _____) | | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), please withdraw my appearance for the defendants Fleetboston Financial Corporation, Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc.. These parties will continue to be represented by Frances S. Cohen of Bingham McCutchen LLP.

Dated: April 30, 2007

/s/ Matthew M. Lyons
Matthew M. Lyons (BBO#657685)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA, 02116
(617) 728-7100
matthew.lyons@dechert.com

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 30, 2007.

/s/ Matthew M. Lyons
Matthew M. Lyons