UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-MBB |

**JOINT MOTION TO AMEND PRELIMINARY APPROVAL ORDER**

The parties jointly move to amend the Preliminary Approval Order entered by the Court in the above-captioned matter on May 11, 2007. Specifically, the parties respectfully request that the Court modify the Preliminary Approval Order such that the deadline by which objections to the settlement must be received, and the deadline by which requests for exclusion from the Settlement Class must be postmarked, be changed from September 4, 2007, as presently reflected in the Preliminary Approval Order, to August 27, 2007. In light of this proposed revision, the parties also request that a corresponding change be made to the duration of time during which the Adviser Defendants must make extra copies of the Notice of Settlement available to the relevant broker-dealers upon request—also until August 27, 2007. For the Court's convenience, the parties submit, as Exhibit A hereto, a proposed Amended Preliminary Approval Order, reflecting the changes outlined herein.[1]

---

[1] Attached to the proposed Amended Preliminary Approval Order, as Exhibits 1 and 2, respectively, are the Notice of Settlement and the Summary Notice of Settlement. Other than certain non-substantive revisions, and formatting changes to make the Notice of Settlement more suitable for mailing to the class and the Summary Notice of Settlement appropriate for dissemination on *Business Wire*, Exhibits 1 and 2 to the proposed Amended Preliminary Approval Order are identical to those that were attached to the Preliminary Approval Order entered by the Court May 11, 2007.

ACTIVE/72013581.1

At the Preliminary Approval Hearing, held on April 30, 2007, the parties and the Court agreed that requests for exclusion from the Settlement Class must be postmarked, and that objections to the proposed settlement must be received by counsel to the parties, by August 27, 2007. The August 27, 2007 deadline for objections and requests for exclusion is three weeks prior to the Final Settlement Hearing, presently scheduled for September 18, 2007. The parties' original proposed Preliminary Approval Order had set the deadlines for objections and requests for exclusion at fourteen days before the Final Settlement Hearing, but, at the Preliminary Approval Hearing, the parties proposed, and the Court agreed, that three weeks before the Final Settlement Hearing—an August 27, 2007 deadline—would provide counsel for the parties with a more reasonable time frame in which to consider any objections received. Given that the Amended Preliminary Approval Order provides that the "Notice Date" is June 30, 2007, the proposed August 27, 2007 deadline for objections and requests for exclusion provides adequate time for members of the Settlement Class to assess the Notice of Settlement and decide whether they wish to object to the Settlement or opt-out of the Settlement Class.

In addition, because the proposed Amended Preliminary Approval Order modifies the deadline for objections and requests for exclusion, discussed above, a proposed additional revision is also reflected therein—a modification to Section 5(c)—such that the Adviser Defendants are now required to make extra copies of the Notice of Settlement available to the relevant broker-dealers upon request until August 27, 2007 (the deadline for objections and requests for exclusion), rather than until ten days before the Final Settlement Hearing, as was reflected in the Preliminary Approval Order entered by the Court on May 11, 2007. Given that the deadlines for objections and requests for exclusion will be August 27, 2007, requiring that

the Adviser Defendants make extra copies of the notice available to the relevant broker-dealers upon request after that time does not serve a useful purpose.

WHEREFORE, the parties respectfully request that the Court enter the Amended Preliminary Approval Order in the proposed form attached hereto as Exhibit A.

Dated: May 16, 2007

**Local Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), counsel for the parties conferred regarding this motion and all parties have agreed to submit this motion jointly.

Respectfully submitted,

| | |
|---|---|
| /s/ Nancy Freeman Gans | /s/ Frances S. Cohen |
| Nancy Freeman Gans (BBO # 184540) | Frances S. Cohen (BBO # 542811) |
| Moulton & Gans, P.C. | T. Peter R. Pound (BBO# 657378) |
| 55 Cleveland Road | Michael C. Moran (BBO# 666885) |
| Wellesley, MA 02481 | Bingham McCutchen LLP |
| (781) 235-2246 | 150 Federal Street, Boston, MA 02110 |
| | (617) 951-8000 |
| *Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds* | *Counsel for Defendants FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Louis J. Mendes, Robert A. Mohn, Todd Narter, Christopher Olson, John H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell* |
| Jerome M. Congress | |
| Janine L. Pollack | |
| Milberg Weiss & Bershad LLP | |
| One Pennsylvania Plaza | |
| New York, NY 10119-0165 | |
| (212) 594-5300 | |
| | |
| *Counsel for Plaintiff Joan Cohen* | |
| | |
| Jules Brody | |
| Mark Levine | |
| Stull, Stull & Brody | |
| 6 East 45th Street | Brien T. O'Connor |
| New York, NY 10017 | Giselle J. Joffre |
| (212) 687-7230 | Ropes & Gray LLP |

ACTIVE/72013581.1

*Counsel for Plaintiffs Gene F. Osburn,
Jean S.B. Simmonds and R.L. Simmonds*

Charles J. Piven
Marshall N. Perkins
Brower Piven, A Professional Corporation
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

Joseph H. Weiss
Richard A. Acocelli
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn,
Jean S.B. Simmonds and R.L. Simmonds*

Marc A. Topaz
Richard A. Maniskas
Schiffrin, Barroway, Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

David Pastor
Gilman and Pastor, LLP
225 Franklin Street, 16th Floor
Boston, MA  02110
(617) 742-9700

*Counsel for Plaintiff Paula Slicker*

One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds
Trust and Columbia Funds, excluding
Columbia Acorn Trust and Columbia
Acorn Funds*

Brian E. Pastuszenski
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1094

*Counsel for Columbia Acorn Trust and
Columbia Acorn Funds*

Kenneth E. Rechtoris
Todd E. Pentecost
Bell, Boyd & Lloyd LLC
70 W. Madison St., 3100
Chicago, IL  60602
(312) 807-4210

Timothy O. Egan
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA  02110
(617) 951-2100

*Counsel for Independent Trustee
Defendants*

Richard J. Rosensweig
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776

Phil C. Neal
Mark A. Rabinowitz
Dao J. Boyle
Jenny S. Kim

4

Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000

*Counsel for Defendants Charles P. McQuaid and Ralph Wanger*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via the ECF/CM system on May 16, 2007.

/s/ T. Peter R. Pound
T. Peter R. Pound
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
peter.pound@bingham.com