**HEADLINE:** Stull, Stull & Brody, Milberg Weiss & Bershad LLP, and Moulton & Gans, P.C. Announce a Settlement of a Class and Derivative Action Entitled *In re Columbia Entities Litigation*, Civil Action No. 04-11704 (MBB), Pending in the United States District Court for the District of Massachusetts.

**DATELINE:** Boston, Massachusetts, June 29, 2007

**BODY:** This is a summary notice to advise that a plaintiff class of **all persons who held one or more shares of any of the settling Columbia Funds at any time during the period August 2, 1999 through May __, 2007** has been certified and a settlement has been proposed in the above-entitled lawsuit, which alleges that the advisors to certain Columbia mutual funds, as set forth on the Appendix attached to the complete Notice, engaged in four distribution practices known as "revenue sharing," "directed brokerage," "12b-1 payments," and "soft dollars" and also alleges in essence that the defendants used such practices to make improper payments to broker-dealers to promote sales of such Columbia fund shares, thereby increasing various fees that benefited the defendants to the detriment of fund shareholders. Additionally, the Complaint alleges that the defendants' conduct created conflicts of interests that prevented them from acting in the best interests of the shareholders and that the defendant trustees breached their fiduciary duties to manage and supervise the funds. At the bottom of this summary notice is a list of the settling Columbia Funds and their respective ticker symbols

The defendants moved to dismiss in August of 2005, and on November 30, 2005, the district court entered final judgment dismissing all claims as to all parties. On December 29, 2005, the plaintiffs filed a notice of appeal from that final judgment.

The defendants dispute liability for all of the claims purportedly asserted in the Complaint; deny that they have engaged in any wrongdoing or are liable to the plaintiffs or others in connection with the claims asserted in the Complaint; and state that neither the fact of settlement nor the terms of the settlement shall be deemed an admission of any wrongdoing or liability. The plaintiffs dispute the District Court ruling that their Complaint does not state a claim for which relief may be granted.

In general, the settlement provides the following has been instituted or will be instituted following court approval of the settlement: Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, L.P., the advisers to the settling funds have taken actions regarding instituting "break points" for many of the funds under their management, have enhanced, or will enhance, shareholder communication on their website and in other public disclosures regarding revenue sharing, have reduced, or will reduce, settling funds' "soft dollar" spending, and have agreed, subject to court approval, to contribute $100,000 as a "hard dollar" contribution to research expenses to benefit some or all of the settling funds. The Settlement will not result in any payments to individual shareholders.

The Court has scheduled a hearing at 2:00 p.m. on the 18th day of September 2007, in the United States District Court, John Joseph Moakley U.S. Courthouse, Suite 2300, 1 Courthouse Way,

Boston, MA, 02210 in Courtroom 25 before the Honorable Marianne B. Bowler, United States Magistrate Judge, to determine: (a) whether a proposed settlement and compromise of this shareholder action should be approved by the Court as fair, reasonable and adequate and the action dismissed on the merits with prejudice and (b) whether to approve the application by counsel for the plaintiffs for attorneys' fees and expenses.

Any shareholder of the funds listed in the Appendix attached to the full Notice who objects to approval of the settlement and/or to the application for attorneys' fees and expenses must serve a written objection on counsel for the parties identified in the full Notice, and must additionally file his or her objection with the Court. All written objections must be filed and served in the manner described in the full Notice, no later than August 27, 2007.

If you do not want to be a part of the settlement, but you want to retain any right to sue or continue to assert any of the claims released by the settlement on your own against the persons released by the settlement, you must take steps to get out of the settlement class. Information regarding how you may exclude yourself from the settlement class is found in the full Notice. The following paragraphs explain how you can obtain a copy of the full Notice. <u>If you are a member of the settlement class and do **not** exclude yourself from the class, you give up rights to bring a lawsuit asserting any of the claims covered by the settlement against any of the defendants or other persons released by the settlement and you will be bound by the Final Order and Judgment to be issued if the settlement is approved</u>.

This is only a Summary Notice. You may obtain copies of the full Notice by visiting the following website, http://www.columbiafunds.com, where the Notice is available for downloading under the "Headlines" section. In addition, copies of the full Notice are available to be downloaded at Plaintiffs' Counsel's websites:

Stull, Stull & Brody: http://www.ssbny.com
Milberg Weiss & Bershad LLP: http://www.milbergweiss.com

For a copy of the full Notice to be mailed to you, contact: Columbia Funds toll-free telephone number: (800) 345-6611.

Contact: If you have any additional questions, you may contact Plaintiffs' Counsel:

| | |
|---|---|
| Mark Levine, Esq. | Nancy Freeman Gans, Esq. |
| Stull, Stull & Brody | Moulton & Gans, P.C. |
| 6 East 45th Street | 55 Cleveland Road |
| New York, NY  10017 | Wellesley, MA  02481 |

Janine L. Pollack, Esq.
Milberg Weiss & Bershad LLP
One Pennsylvania Plaza
New York, NY 10119-0165

**Settling Columbia Funds / Ticker Symbols [to follow]**

| | | |
|---|---|---|
| Columbia Acorn Fund | Columbia Technology Fund | Columbia Quality Plus Bond Fund |
| Columbia Acorn Select Fund | Columbia Thermostat Fund | Columbia Short Term Bond Fund |
| Columbia Acorn USA Fund | Columbia Utilities Fund | Columbia Strategic Income Fund |
| Columbia Asset Allocation Fund | Columbia Young Investor Fund | Columbia US Treasury Index Fund |
| Columbia Balanced Fund | Columbia Acorn International Fund | Columbia California Tax-Exempt Fund |
| Columbia Common Stock Fund | Columbia Acorn International Select Fund | Columbia Connecticut Intermediate Municipal Bond Fund |
| Columbia Disciplined Value Fund | Columbia Europe Fund | Columbia Connecticut Tax-Exempt Fund |
| Columbia Dividend Income Fund | Columbia Global Equity Fund | Columbia Florida Intermediate Municipal Bond Fund |
| Columbia Growth & Income Fund | Columbia International Equity Fund | Columbia High Yield Municipal Fund |
| Columbia Growth Fund | Columbia International Stock Fund | Columbia Intermediate Tax-Exempt Bond Fund |
| Columbia Growth Stock Fund | Columbia Newport Asia Pacific Fund | Columbia Managed Municipals Fund |
| Columbia Large Cap Core Fund | Columbia Newport Japan Opportunities Fund | Columbia Massachusetts Intermediate Municipal Bond Fund |
| Columbia Large Cap Growth Fund | Columbia Newport Greater China Fund | Columbia Massachusetts Tax-Exempt Fund |
| Columbia Large Company Index Fund | Columbia Newport Tiger Fund | Columbia Municipal Bond Fund |
| Columbia Liberty Fund | Columbia Contrarian Income Fund | Columbia New Jersey Intermediate Municipal Bond Fund |
| Columbia Mid Cap Growth Fund | Columbia Corporate Bond Fund | Columbia New York Intermediate Municipal Bond Fund |
| Columbia Mid Cap Value Fund | Columbia Federal Securities Fund | Columbia New York Tax-Exempt Fund |
| Columbia Real Estate Equity Fund | Columbia Fixed Income Securities Fund | Columbia Oregon Municipal Bond Fund |
| Columbia Small Cap Fund | Columbia Floating Rate | Columbia Pennsylvania |

|  | Advantage Fund | Intermediate Municipal Bond Fund |
|---|---|---|
| Columbia Small Cap Value Fund | Columbia High Yield Fund | Columbia Rhode Island Intermediate Municipal Bond Fund |
| Columbia Small Company Equity Fund | Columbia High Yield Opportunity Fund | Columbia Tax-Exempt Fund |
| Columbia Small Company Index Fund | Columbia Income Fund | Columbia Tax-Exempt Insured Fund |
| Columbia Strategic Investor Fund | Columbia Intermediate Bond Fund | Columbia Small Cap Growth Fund |
| Columbia Tax-Managed Aggressive Growth Fund | Columbia Intermediate Government Income Fund | Columbia European Thematic Equity Fund |
| Columbia Tax-Managed Growth Fund | Columbia Money Market Fund | Columbia Global Thematic Equity Fund |
| Columbia Tax-Managed Growth Fund II | Money Market Fund | Columbia Daily Income Company Fund |
| Columbia Tax-Managed Value Fund | Columbia National Municipal Bond Fund |  |