FILED
IN CLERKS OFFICE

2007 JUL 13 A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

Phone: (401) 647-9165

*Balfour's Place at Hemlock*

C: 1700 – 1733
16 Foster Center Road
Foster, Rhode Island 02825

Clerk of the United States District Court
for the District of Massachusetts,
John Joseph Moakley U.S. Courthouse,
1 Courthouse Way, Boston, MA 02210

July 10, 2007

IN RE: COLUMBIA ENTITIES LITIGATION – CA No. 04-11704-MBB

Attn: Clerk of the US District Court:

As an owner of: Columbia Largecap Growth Fund-T; Columbia Dividend Income Fund –T; and, Columbia Common Stock Fund-T accounts I object to being included in a class action without my assent.

Further, when attorneys for the parties agree (with apparent consent of the court) to enter a settlement or agreement that could place shareholders in a position of liability as to potential legal fees when the attorneys knew, or should have known that their participation might be without fee or expense restitution - silence by stockholders –OTHER THAN THOSE THAT INSTITUTED THE ACTION- should not ever be considered as acceptance to such an eleventh hour means for attorneys to obtain fee payments. In the case at hand, the Counsel for the plaintiffs accepted the case on a contingent basis and if not successful the risk was theirs as to expenses as well, ONLY THOSE WHO RETAINED SAID ATTORNIES SHOULD BARE ANY RISK AS TO SUCH AN ELEVENTH HOUR AGREEMENT.

For the Funds to absorb any portion of any such reimbursement scheme with or without consent of the court is unfairly discriminatory and contrary to the right of shareholders. Please note my objection.

Very truly yours,

Edward H. Balfour