I Alice J. Million strongly object to the settlement in IN RE: Columbia Entities Litigation, Civil Action no. 04-11704-MBB.

Alice Million
9515 SE 43-d
Milwaukie OR 97222
503 659 5428

*Alice Million*

SHAREHOLDERS money Belongs SHAREHOLDERS.

SHAREHOLDERS DID NOT TAKE PART IN Distribution Practices Known As "revenue sharing" "Directed Brokerage" "12b-1 payments" and "Soft Dollars". SHAREHOLDER trustees manage these Funds and are paid Handsomely For their Efforts. IF shareholders are punished monetarily there is no Deterrant! Punish the Corporation AND the Evildoers to Prevent this kind of Behaviour!

*Alice Million*
7/07/07

FILED IN CLERKS OFFICE 2007 JUL 16 P 2:?? U.S. DISTRICT COURT DISTRICT OF MASS.