Paul D. Yared
1744 Alexander Rd. SE
Grand Rapids, Michigan 49506
(616) 452-5559 Home
(616) 451-2121 Office



July 11, 2007

Clerk of the United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Mark Levine, Esq.
Stull, Stull and Brody
6 East 45th Street
New York, New York 10017

Frances S. Cohen, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

**OBJECTION TO PROPOSED SETTLEMENT**

**IN RE: COLUMBIA ENTITIES LITIGATION,**
**Civil Action No.04-11704-MBB**

To Whom It May Concern:

I am currently a shareholder of Columbia Acorn Fund and have been a shareholder continuously since 1982. I object to any settlement that permits the plaintiffs or their counsel to recover any of their legal fees or expenses.

These cases should never have been filed. The District Court has ruled the claims are without merit. Further, it is my belief that cases like these are only filed to extort damages and legal fees in settlements. Plaintiff's lawyers know at some point a cost benefit analysis of any case can make settlement appear less costly than defending a matter to the end.

The proposed settlement recites that the Settling Funds are not paying any of the plaintiffs' legal fees or expenses, but that ignores the economic reality. The cost of this case has indirectly cost the Settling Funds as expenses of our advisors and managers will ultimately be passed on to the funds as our advisors are not in this business pro bono. If I thought they were not worthy of their fees I could have sold my shares many years ago.

Cases like this only enrich the plaintiffs' lawyers at the expense of shareholders. The shareholders get nothing. At a minimum, the settlement should require the plaintiffs and their legal counsel to absorb their costs and legal fees. After all, they took the case on a contingent fee basis knowing they may get nothing if they could not prevail on the merits. In fact, a just and fair settlement would order the plaintiffs to pay the Settling Funds and our advisors for all of their legal fees and costs in defending this groundless case.

Respectfully submitted,

*/s/ Paul D. Yared*

Paul D. Yared