July 14, 2007

FILED
IN CLERKS OFFICE

2007 JUL 17 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark Levine, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Frances S. Cohen, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Clerk of the United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Greetings:

I object to the Settlement IN RE: COLUMBIA ENTITIES LITIGATION, Civil Action No. 04-11704-MBB. I am, or have been, a shareholder of one or more of the funds at issue.

I can see no benefit for shareholders in this settlement for the harm done by the distribution practices at issue prior to the pendency of this Action. The defendants in effect claim that they've never harmed us in the past but promise to stop harming us now.

Attorneys' fees and expenses of up to $450,000 will be paid, of course, but for what?

*[signature]*

Gary K. Miller
1650 Mowry Square #310
Richland, WA 99354

509-943-1061

Gary K. Miller
1650 Mowry Square #310
Richland, WA 99354

MBB

SPOKANE WA 992
14 JUL 2007 PM 4 L

USMS
SCREENED

Clerk of the United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

02210+3002

