I Lorene C. Davis don't want to be involved, with the settlement. I Object to settlement in RE: Columbia Entities Litigation, Civil Action No. 04-11704 MBB

Phone Number
(865) 457-5176

Thank you
Lorene C. Davis
219 N. Apache Rd
Clinton, Tn 37716
Lorene C. Davis



Lorene Davis
219 N Apache Rd.
Clinton, TN 37716-4218

SCANNED

KNOXVILLE TN 379

13 JUL 2007 PM 2 T



Clerk of The United States District Court
For The District of Massachusetts,
John Joseph Moakley U.S.
1 Court House Way,
Boston, MA 02210