July 17, 2007

Mark Levine, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Frances S. Cohen, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Clerk of the United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2007 JUL 20 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

To whom it may concern,

May I take this opportunity to object to the Settlement in IN RE: COLUMBIA ENTITIES LITIGATION, Civil Action No. 04-1170-MBB?

I do not detect in the "Settlement" contained within the NOTICE OF SETTLEMENT AND FINAL APPROVAL HEARING dated: May 17, 2007 (NOSAFAH) any compensation for former shareholders of Columbia Funds who may have been financially harmed by past misdeeds of the accused. If I read the N0SAFAH correctly, the Settlement benefits only existing and future shareholders and attorneys. I object.

"Past shareholders" are mentioned however. They are "forever barred and enjoined", etc. and "from asserting any claim", etc. As a "Past shareholder", I object.

I object to the payment of attorney fees because plaintiff's counsel failed to include in the Settlement provisions for former shareholders of Columbia Funds who owned shares during the contested period, August 2, 1999 through May 31, 2007.

The NOSAFAH comes to me in mid July 2007 yet is dated May 17, 2007. The cut-off date for objecting is August 27, 2007. That does not leave ample time for researching old files or contacting an attorney to write a proper letter. I object.

According to NOSAFAH litigation started in August 2004. I presume prior notices concerning preceding litigation was sent to shareholders before the present notice of May 17, 2007 and if this presumption is correct, I object because the notice of May 17, 2007 is

July 17, 2007                                                    2.

the first and only communication I have received concerning Columbia Funds.

In my opinion, this Settlement is not fair, is not reasonable and is definitely not adequate.

Thank you for providing me this opportunity to object.

Most sincerely,

*William S. Miller*                                  *Elizabeth A. Miller*

William S. Miller                                    Elizabeth A. Miller
509 Harn Street
Monroe, LA 71201-2737
(318) 387-1181