# RICHARD W. VICKERS, P.C.

ATTORNEY AT LAW

*A Professional Corporation*

230 BEARDEN ROAD
PELHAM, ALABAMA 35124

Telephone (205) 664-6991
Facsimile (205) 663-1047

FILED
IN CLERKS OFFICE

2007 JUL 23  P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 18, 2007

Clerk of the United States District Court
District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:  Civil Action No. 04-11704-MBB
     Henry Lamar Moore, Jr.
     Individual Retirement Account No: 5016722166
     UBS FINANCIAL SERVICES, INC.

Dear Sir or Madam:

This firm was relieved of its duties as trustee in the above matter in March, 2005.

I have written AIM investments REPEATEDLY, communicated by telephone, and even had a court of competent jurisdiction in Shelby County, Alabama relieve me of my duties as trustee years ago. I AM NOT NOW, NOR HAVE I EVER HAVE BEEN involved with this account. The only account over which I was trustee was a money market account at AmSouth Bank in Birmingham, AL. That account has been closed for 3 years and a full accounting of the income and expenditures has been provided to the Court.

I do not know where you get the idea that I have something to do with this settlement; but quite simply, I do not. I have purposely avoided involvement with this matter and do not intend to start now.

I suggest that you contact the people at AIM investments in Texas to locate the beneficiaries.

Thank you for your kind attention to this matter.

Sincerely,

Richard W. Vickers

RWV

cc: Mark Levine, Esq.
    Stull, Stull & Brody
    6 East 45th Street
    New York, NY 10017

    Frances S. Cohen, Esq.
    Bingham McCutchen. LLP
    150 Federal Street
    Boston, MA 02110