# Paul & Sarah Hoyer

2007-07-20

FILED
IN CLERKS OFFICE

2007 JUL 23 P 12: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Columbia Entities Litigation,
Civil Action No. 04-11704-MBB

Clerk of the United States District Court
for the District of Massachusetts
John Joseph Moakley US Courthouse
12 Courthouse Way
Boston, MA 02210

Mark Levine, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Frances S. Cohen, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

Dear Sirs,

I find this proposed settlement not beneficial to the shareholders who are not made whole. I propose that the entire estimated damages be distributed in ready cash to shareholders in proportion to the estimated damages they sustained. I proposed that the plaintiffs attorneys' be paid 1% of the actual cash paid to the shareholders.

Sincerely yours,

Paul I. Hoyer