To all it may Concern

I object to all of the Settlement moneys that the four plaintiffs and counsel are seeking in RE: Columbia Entities Litigation Civil Action No: 04-11704-MBB and agree with the Courts December 29, 2005 final judgment to dismissing all claims.

My thought is that the lawyers should be paid by the four plaintiffs. Not Columbia and Columbia Acorn Shareholders.

Donald Stroue

24403 Maxfield Cr Rd
Philomath, OR 97370

Phone (541) 929-2136

FILED
IN CLERKS OFFICE
2007 JUL 25 P 12:27
U.S. DISTRICT COURT
DISTRICT OF MASS.