UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA ENTITIES LITIGATION     Civil Action No. 04-11704-MBB

HON. MARIANNE B. BOWLER

_____/

| Plaintiffs' Counsel | Defendants' Counsel |
|---|---|
| Mark Levine, Esq. | Frances S. Cohen, Esq. |
| Stull, Stull & Brody | Bingham McCutchen, LLP |
| 6 East 45th Street | 150 Federal Street |
| New York, NY 10017 | Boston, MA 02110 |

_____/

## OBJECTION TO PROPOSED SETTLEMENT

I am writing to you today as the Custodian of three accounts established for my children that are invested in what was originally "The Columbia Young Investors Fund," now "Columbia Strategic Investor Fund" and in litigation in your court. The purpose of this letter is to express my dissatisfaction with the proposed settlement as outlined in the Notice I received and to explain my reasons therefore.

I opened three separate accounts for my children in an effort to start saving for their respective futures as well as to educate them about investing. At the time the accounts were opened, the Columbia Young Investors Fund was an ideal choice for me as it offered periodic newsletters aimed at younger investors. I showed my sons their accounts, the fund, its holdings and the newsletters. Initially I was satisfied with the fund's performance and its publications. Now I have learned that I should not have been.

As I read the notice, I note that the litigation against Columbia Management differs vastly from the initial reasons for the lawsuit. I learned that Columbia was prostituting its mutual funds with various hedge funds by allowing securities transactions after the close of trading thereby allowing the hedge funds to profit from full hindsight. This activity caused the funds to lose money relative to other investments as the market penalized Columbia for its actions.

The accounts I established for my children have suffered due to the criminal actions of Columbia's employees. I understand that several of those involved have been terminated as a result of their actions. I further understand that this is a civil proceeding and not a criminal proceeding. However, nevertheless, I do believe that the shareholders have been damaged as a result of Columbia's actions and the proposed settlement offers nothing in the way of monetary compensation.

Not only does Columbia not apologize for its actions, it does not admit any wrongdoing. Regardless, Columbia must be made to restore the lost value to its shareholders for its actions. The proposed settlement serves not those harmed, but only the interests of the law. Promises to follow the law, as required by the settlement, ring hollow. To approve such terms is an affront to all of us who do respect and follow the law.

That Columbia offered this fund to help me teach fiscal responsibility to my children in light of their actions is bad. The settlement as proposed is worse. It teaches them that there is no consequence to actions. By accepting this settlement you will further this unfortunate education. Please don't.

Respectfully submitted,

*/signature/*

Scott V. Goyetche
4054 Harding Drive
Westlake, OH 44145
Custodian for Alexander S. Goyetche;
       Evan R. Goyetche; and
       Adam A. Goyetche

## SERVICE

A copy of the foregoing Objection to Proposed Settlement has been mailed this 25st day of July, 2007, to Counsel for Defendants, Frances S. Cohen, Esq.; Bingham McCutchen LLP; 150 Federal Street; Boston, MA 02110.

_____
Scott J. Goyetche
Custodian for Alexander S. Goyetche;
Evan R. Goyetche; and
Adam A. Goyetche

3