7 August 2007

The Honorable Judge Marianne B. Bowler
United States District Court, District of Massachusetts
U.S. Courthouse, 1 Courthouse Way
Boston, Massachusetts 02210

IN RE: COLUMBIA ENTITIES LITIGATION
       Civil Action No. 04-11704-MBB

Dear Judge Bowler:

I am a shareholder in the Columbia Liberty Fund and I am in receipt of the "Notice of Settlement and Final Approval Hearing" for the above-referenced litigation. I wish to state my strong objection to one aspect of the proposed settlement agreement – Section 4 "How will the lawyers be paid?"

The second paragraph of this section stipulates that, "Counsel for the plaintiffs have litigated this lawsuit on a contingent basis, which means that they were at risk of being paid nothing for their efforts if they were not successful in recovering money on behalf of the Settling Funds. Counsel for the plaintiffs have taken the risk of advancing the expenses of the lawsuit as well."

The next paragraph then states, "Counsel for the plaintiffs will apply to the Court for an award of attorney's fees in an amount not to exceed $450,000. The application by counsel for the plaintiffs for attorney's fees not to exceed that amount will not be opposed by the defendants."

There are too many of these class action lawsuits bottling up our court system, draining assets from our corporations, and, generally, providing little benefit either to the corporate shareholders or to the general public. The sole purpose of this litigation often appears to be to benefit the lawyers, through generous fees and reimbursement of all expenses. One result of this is a pervasive lack of respect by many for the legal profession and for our judicial system.

In the Columbia Entities litigation, it is time to set the record straight. Litigation initiated on a contingent basis should be interpreted to mean just that. Plaintiffs' counsel did not accomplish the sought-after financial settlement as the outcome of their legal action, they wasted the Court's time and resources, and they wasted the defendant's time and resources. They took the risk of seeking a large contingent fee settlement and lost. They should suffer the consequences of that decision. To reward counsel for the plaintiffs by approving the requested $450,000 in fees plus expenses simply will encourage this type of speculative litigation in the future. It is time to draw the line and say "No." It is like so many aspects of American life these days – there is a need for people to understand that often they alone are responsible for the consequences of their actions, and sometimes those consequences are negative. Lawyers are no exception.

I appreciate this opportunity to express my opinion. Thank you for your consideration.

Sincerely,

*[signature]*

James W. Randall
1021 El Capitan Drive
Danville, CA 94526
(925) 831-6195

Cc:   Mark Levine, Esq.
      Plaintiffs' Counsel

      Frances S. Cohen, Esq.
      Defendants' Counsel