To whom it may concern:    Columbia Entities Litigation, Civil
Action No. 04-11704-MBB

This letter is to object to the enclosed class action
settlement. Like many I have received through the years, the
reward for winning is ridiculous. It has obviously been the
mastermind of the accused with agreement of the plaintiff's
lawyers. Defendants agree to take "certain" action, enhance
communication, and provide $100,000 to research expenses for the
benefit of some funds.. Maybe. The Plaintiff lawyer receives
$450,000 cash.
How about the lawyers receive an actual cash
check in ratio to actual cash rewarded to plaintiffs. In the future
lawyers will see the plaintiffs are better rewarded if their reward is
related directly to the usefulness and actual cash valve of awards
received by the people they supposedly represent.

Sincerely,
Barry Ouzts
932 Deercrest Circle
Evans, Ga. 30809
706 228-1882

08/01/07

FILED
IN CLERKS OFFICE

2007 AUG -6  P 12: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.