August 6, 2007

Clerk of the U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2007 AUG 13 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE:    Columbia Entities Litigation
          Civil Action No. 04-11704-MBB

SHAREHOLDER:    Enrique Arsuaga and Ivonne Merheb
                Urb. La Villa de Torrimar
                325 Calle Rey Francisco
                Guaynabo, PR  00969
                Tel. (787) 272-4357
                Fax (787) 736-6887

OBJECTION TO SETTLEMENT:

We, Enrique Arsuaga and Ivonne Merheb, both shareholders of Columbia Young Investor Fund, do hereby object to the proposed settlement mainly because it will not result in any payment to us as individual shareholders and do object to the part that includes the payment of attorney's fees and expenses counsel for the plaintiffs.

_____           August 7, 2007
      Shareholder                        Date

_____           August 7, 2007
      Shareholder                        Date