MARK LEVINE, ESQ

PLAINTIFF:

STULL, STULL AND BRODY

ELVIS R. OSEI-BONSU

FILED
IN CLERKS OFFICE

6TH EAST 45TH STREET

P.O. BOX 16198

WORCESTER MA. 01601-6198

2007 AUG 13 P 1:44

NEW YORK, NY 10017

TEL# 508 - 842 - 4250

U.S. DISTRICT COURT
DISTRICT OF MASS.

AUGUST 9, 2007.

Dear Sir,

This is in reference to COLUMBIA ENTITIES LITIGATION, CIVIL ACTION No. 04-11704-MBB.

According to my observations, I do not know whether, the Plaintiff lawyers and Defendant lawyers have any conflict of interest with COLUMBIA ENTITIES INVESTMENT.

As such, (i) I do not subscribe to the agreement of the settlement, (ii) neither do I subscribe to the Plaintiff's counsel fee which exceeds ($450,000) Four Hundred and Fifty Dollars.

I, vehemently, object to both ordeals.

With Best Regard.

Yours Truly,

( ELVIS R. OSEI-BONSU )

I, therefore, vehemently, object to both ordeals.

With Best Regard.


Yours Truly,


ELVIS  R. OSEI-BONSU