31 July 2007

Honorable Magistrate Judge Bowler

If it is within your power to sanction the plaintiffs' attorneys for bringing this lawsuit you should do so.

Thank you for your consideration.

Sincerely,
Victoria Talkington

In Re Columbia Entities Litigation
Civil Action No. 04-11704-MBB