8/13/07

Clerk of the United States
District Court for the
District of Massachusetts

FILED
IN CLERKS OFFICE

2007 AUG 15 A 11:13

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Sir
        I object to the Settlement
in Re: Columbia Entities Litigation
Civil Action No 04- 11704- MBB
because of the attorney fees and
expenses counsel for the plantiffs
        I do not believe in the
four distribution practices such
as revenue sharing, directed
brokerage 12b-1 payments and
soft dollars
        I also do not believe
there was a conflict of interests

        Yours truly
        Dolores Semin
        2317 Deer Park Blvd
        Omaha N 68108
        (402) 733- 3241

Signed
Dolores M. Semin