August 14, 2007

Clerk of the United States District Court for the District of Massachusetts
John Joseph Moakley
U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

FILED
IN CLERKS OFFICE

2007 AUG 17  A 11: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE: COLUMBIA ENTITIES LITIGATION

Dear Mr. Moakley:

I had a Columbia Trust Company IRA during the period in question, and I object to the Settlement in IN RE: COLUMBIA ENTITIES LITIGATION, Civil Action No. 04-11704-MBB.

I invested a considerable amount of money in Columbia Funds, and I resent the cavalier way those funds were managed. As a shareholder I will receive no recompense, but the attorneys will be reimbursed for their efforts in reaching such a settlement. It is no comfort to know I will not be charged by these lawyers.

At first I considered it a waste of my time to object to this preliminary litigation settlement. However, as an American citizen, I still believe in the freedom of speech rights accorded me.

Sincerely,

*Kathleen S. Moellenhoff*

Kathleen S. Moellenhoff
12461 SE Virginia Ct.
Sandy, OR 97055-7512
503-668-3331