FILED
IN CLERKS OFFICE

2007 AUG 21  A II: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

Ann Monette
FILED
IN CLERKS OFFICE

73 Knoll Road
San Rafael, CA 94901

2007 AUG 21  P I: 56
U.S. DISTRICT COURT
DISTRICT OF MASS.

415-453-0157 Phone
415--785-3293 Fax
annmonette@comcast.net

August 17, 2007

Clerk of the United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Mark Levine, Esq
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Frances S. Cohen, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

IN RE: COLUMBIA ENTITIES LITIGATION
Civil Action No 04-11704-MBB

With regard to the above litigation and proposed Settlement, I would like to offer my reasons as to why I
do not think this Settlement should be approved as to payment of attorneys' fees. My husband and I have
owned the Acorn Fund Class Z for over twenty years and have most of our funds in IRA's in this
particular fund. We do not own any other Columbia funds, and we have been more than satisfied with the
management of this particular fund.

    1) The legal notice we received indicated that the attorneys' fees would not come from any of the
Settlement funds (I find it hard to believe that shareholders won't ultimately end up paying for these fees).
We were never a part of the lawsuit to begin with and would not have sued had we been contacted to be a
part of this lawsuit.

    2) The above lawyers took this case on a contingency basis and I am sure that if they had won,
they would not have paid the defendants' share of attorney fees. It appears to us that once there was
chance of the case being dismissed, all the rules then changed. It is also apparent that should attorney
fees be denied by the Court that an Appeal will be made faster than a blink. The definition for
"contingency" should not be changed to include extortion of attorney fees based on the premise "it's too
expensive for a company to continue to litigate" so deep pockets will give us the money whether we
deserve it or not.

    3) We have been satisfied with the Management of our Fund as well as the fees we pay for that
management. It also appears that the Management has taken certain steps of its own volition to satisfy
some of the complaints against it, warranted or not.

I suggest to the Court that it not accept the terms of this Settlement as it relates to the payment of attorney
fees and expenses and make the plaintiffs' attorneys assume responsibility for the "contingent" case it took
on.

Sincerely,

Ann Monette