UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-MBB |

**JOINT MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND ENTRY OF FINAL ORDER AND JUDGMENT**

The parties hereby jointly move this Court to enter an order, pursuant to Fed. R. Civ. P. 23(e), finally approving the Stipulation and Settlement Agreement dated January 19, 2007 (the "Settlement") and entering the proposed Final Order and Judgment attached hereto as Exhibit 1. In support of this joint motion, the parties rely upon their Joint Memorandum in Support of Joint Motion for Final Approval of Class Action Settlement. Plaintiffs also rely upon their Memorandum of Law in Support of Class Counsel's Motion for Attorneys' Fees and Reimbursement of Expenses and defendants rely upon their supplemental memorandum submitted in support of this joint motion. As set forth in those memoranda, the Settlement is fair, adequate and reasonable. Therefore, the Settlement should be approved and this Court should enter the Final Order and Judgment.

WHEREFORE, the parties jointly move the Court to approve the Settlement and enter the Final Order and Judgment attached hereto as Exhibit 1.

## Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), counsel for the parties conferred regarding this motion and all parties have agreed to submit this motion jointly. Under the terms of the Stipulation and Settlement Agreement dated January 19, 2007, the parties have agreed to entry of the proposed Final Order and Judgment submitted as <u>Exhibit 1</u> hereto.

Dated: September 11, 2007

| | |
|---|---|
| /s/ Nancy Freeman Gans | /s/ Frances S. Cohen |
| Nancy Freeman Gans (BBO # 184540) | Frances S. Cohen (BBO # 542811) |
| Moulton & Gans, P.C. | T. Peter R. Pound (BBO# 657378) |
| 55 Cleveland Road | Michael C. Moran (BBO# 666885) |
| Wellesley, MA 02481 | Bingham McCutchen LLP |
| (781) 235-2246 | 150 Federal Street, Boston, MA 02110 |
| | (617) 951-8000 |
| *Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds* | *Counsel for Defendants FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Louis J. Mendes, Robert A. Mohn, Todd Narter, Christopher Olson, John H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell* |
| Jerome M. Congress | |
| Janine L. Pollack | |
| Milberg Weiss LLP | |
| One Pennsylvania Plaza | |
| New York, NY 10119-0165 | |
| (212) 594-5300 | |
| | |
| *Counsel for Plaintiff Joan Cohen* | |
| | |
| Jules Brody | |
| Mark Levine | |
| Stull, Stull & Brody | |
| 6 East 45th Street | |
| New York, NY 10017 | |
| (212) 687-7230 | |
| | |
| *Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds* | |

A/72189111.1

Charles J. Piven
Marshall N. Perkins
Brower Piven, A Professional Corporation
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD  21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

Joseph H. Weiss
Richard A. Acocelli
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

Marc A. Topaz
Richard A. Maniskas
Schiffrin, Barroway, Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA  19087
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

David Pastor
Gilman and Pastor, LLP
225 Franklin Street, 16th Floor
Boston, MA  02110
(617) 742-9700

*Counsel for Plaintiff Paula Slicker*

Brien T. O'Connor
Giselle J. Joffre
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

Brian E. Pastuszenski
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1094

*Counsel for Columbia Acorn Trust and Columbia Acorn Funds*

Kenneth E. Rechtoris
Todd E. Pentecost
Bell, Boyd & Lloyd LLC
70 W. Madison St., 3100
Chicago, IL  60602
(312) 807-4210

Timothy O. Egan
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA  02110
(617) 951-2100

*Counsel for Independent Trustee Defendants*

Richard J. Rosensweig
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776

3

Phil C. Neal
Mark A. Rabinowitz
Dao J. Boyle
Jenny S. Kim
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000

*Counsel for Defendants Charles P. McQuaid and Ralph Wanger*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via the ECF/CM system on September 11, 2007.

/s/ T. Peter R. Pound
T. Peter R. Pound
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
peter.pound@bingham.com

4