UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-MBB |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1(B) of the United States District Court, District of Massachusetts, the parties jointly move for leave to file a joint memorandum in excess of twenty (20) pages in support of their Joint Motion for Final Approval of Class Action Settlement and Entry of Final Order and Judgment (the "Joint Motion"). In support of this Motion, the parties state as follows:

1. Rather than submitting separate briefs in support of the final approval of the Settlement, the Joint Motion and the Joint Memorandum in support of same are being submitted jointly by the parties. This is an effort by the parties to concisely present to the Court those arguments in favor of the approving the Settlement which are appropriately addressed by both plaintiffs and defendants.

2. More than twenty (20) double-spaced pages are necessary because the Joint Memorandum in support of the Joint Motion addresses a broad variety of factual and legal issues germane to the question of whether this Honorable Court should finally approve the Settlement and enter the Final Order and Judgment. In addition, the Joint Memorandum in support of the

Joint Motion sets out the parties' shared responses to the objections that were received from members of the Settlement Class.

**WHEREFORE**, the parties respectfully request that the Court grant it leave to file its Joint Memorandum in support of the Joint Motion, which is in excess of twenty (20) pages.

### Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), counsel for the parties conferred regarding this motion and all parties have agreed to submit this motion jointly.

Dated: September 11, 2007

| | |
|---|---|
| /s/ Nancy Freeman Gans<br>Nancy Freeman Gans (BBO # 184540)<br>Moulton & Gans, P.C.<br>55 Cleveland Road<br>Wellesley, MA 02481<br>(781) 235-2246<br><br>*Counsel for Plaintiffs Joan Cohen, Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*<br><br>Jerome M. Congress<br>Janine L. Pollack<br>Milberg Weiss LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>(212) 594-5300<br><br>*Counsel for Plaintiff Joan Cohen* | /s/ Frances S. Cohen<br>Frances S. Cohen (BBO # 542811)<br>T. Peter R. Pound (BBO# 657378)<br>Michael C. Moran (BBO# 666885)<br>Bingham McCutchen LLP<br>150 Federal Street, Boston, MA 02110<br>(617) 951-8000<br><br>*Counsel for Defendants FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisors, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Louis J. Mendes, Robert A. Mohn, Todd Narter, Christopher Olson, John H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell* |

Jules Brody
Mark Levine
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

Charles J. Piven
Marshall N. Perkins
Brower Piven, A Professional Corporation
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030

*Counsel for Plaintiff Joan Cohen*

Joseph H. Weiss
Richard A. Acocelli
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

*Counsel for Plaintiffs Gene F. Osburn, Jean S.B. Simmonds and R.L. Simmonds*

Marc A. Topaz
Richard A. Maniskas
Schiffrin, Barroway, Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Counsel for Plaintiff Paula Slicker*

Brien T. O'Connor
Giselle J. Joffre
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

Brian E. Pastuszenski
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1094

*Counsel for Columbia Acorn Trust and Columbia Acorn Funds*

Kenneth E. Rechtoris
Todd E. Pentecost
Bell, Boyd & Lloyd LLC
70 W. Madison St., 3100
Chicago, IL 60602
(312) 807-4210

Timothy O. Egan
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA 02110
(617) 951-2100

*Counsel for Independent Trustee Defendants*

Richard J. Rosensweig
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

3

A/72194830.1

| | |
|---|---|
| David Pastor<br>Gilman and Pastor, LLP<br>225 Franklin Street, 16th Floor<br>Boston, MA  02110<br>(617) 742-9700<br><br>*Counsel for Plaintiff Paula Slicker* | Phil C. Neal<br>Mark A. Rabinowitz<br>Dao J. Boyle<br>Jenny S. Kim<br>Neal, Gerber & Eisenberg LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, IL 60602<br>(312) 269-8000<br><br>*Counsel for Defendants Charles P.<br>McQuaid and Ralph Wanger* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via the ECF/CM system on September 11, 2007.

/s/ T. Peter R. Pound
T. Peter R. Pound
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
peter.pound@bingham.com