UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA ENTITIES
LITIGATION

Civil Action No. 04-11704-MBB

### AFFIDAVIT OF T. PETER R. POUND REGARDING NOTICE PROCEDURE

T. Peter R. Pound does hereby state and depose under oath as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and an associate with the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110. I am counsel to Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, L.P. (collectively, the "Adviser Defendants"), as well as to FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., and Columbia Funds Distributor, Inc.

2. I submit this affidavit to detail the efforts of the Adviser Defendants to comply with the Amended Preliminary Approval Order entered on May 17, 2007 (the "Order"). The Order provides that:

> [p]rior to the Final Settlement Hearing, Adviser Defendants shall serve on Counsel of Record and file with the Court proof, by affidavit or declaration, that the Notice of Settlement has been mailed or distributed to Shareholders as set out in Section 5 hereof.

Order, § 5(e).

3. The Order requires that:

A/72169167.3

> [n]ot later than June 30, 2007 (the "Notice Date"), Adviser Defendants shall cause a copy of the Notice of Settlement to be mailed, postage prepaid, directly to each Shareholder whose identity is known to Defendants.

Order, § 5(a). Mailings to such shareholders was accomplished in two parts. First, the Adviser Defendants sent a mailing to all current accountholders of the Settling Funds (as defined in at paragraph 1.23 of the Stipulation and Settlement Agreement dated January 19, 2007 (the "Settlement Agreement")) as set out in the Affidavit of Ms. Joanne Kane Regarding Notice Procedure. Second, Rust Consulting sent a mailing to certain former shareholders of the Settling Funds as set out in the Affidavit of Robert D. Krogman Regarding Notice to Settlement Class.

    4.    The Order provides that:

> [n]ot later than the Notice Date, Adviser Defendants shall, with respect to Shareholders who held or hold their shares in "street name" (i.e., in the name of the broker-dealer that sold them their shares), cause copies of the Notice of Settlement to be sent with notice to the relevant broker-dealers.

Order, § 5(b). Such notice was provided as set out in Ms. Kane's Affidavit.

    5.    The Order provides that "[u]ntil August 27, 2007, Adviser Defendants shall make extra copies of the Notice of Settlement available to the relevant broker-dealers upon request." Order, § 5(c). The Adviser Defendants complied with this requirement.

    6.    The Order provides that "[n]ot later than the Notice Date, Adviser Defendants shall cause a summary of the Notice of Settlement to be published on Business Wire...." Order, § 5(d). On June 29, Bingham McCutchen LLP caused *Business Wire* to publish the Summary Notice of Settlement on what *Business Wire* calls a "national" basis. Attached hereto as <u>Exhibit A</u> are a true and accurate copy of each of

(1) an e-mail from *Business Wire* to Bingham McCutchen LLP confirming the issuance of the news release; and (2) a print-out from *Business Wire*'s website (dated 6/29/07 at 1:33:52 p.m.) of the Summary Notice of Settlement in the format in which it was published.

7. The Summary Notice of Settlement distributed on *Business Wire* and the Notice of Settlement refer to the availability of the full Notice of Settlement on the Columbia Funds website, the Milberg Weiss LLP website, and the Stull, Stull & Brody website. I accessed each website on June 29, 2007 and found that the Notice of Settlement was so available: attached hereto as <u>Exhibit B</u> are true and accurate copies of the Notices of Settlement I obtained from those websites on June 29, 2007.

8. The Summary Notice of Settlement distributed on *Business Wire* and the Notice of Settlement indicate that Settlement Class members could call the Columbia Funds' toll-free telephone number to request that a copy of the Notice of Settlement be mailed to them. This service was available as set out in Ms. Kane's Affidavit.

9. The Notice of Settlement states that Settlement members could object to the settlement. The Notice of Settlement states the following:

> [t]o object, you or your counsel must send a letter or other written filing saying that you object to the Settlement in IN RE: COLUMBIA ENTITIES LITIGATION, Civil Action No. 04-11704-MBB. Be sure to include your name, address, telephone number, signature, and a full explanation of all reasons you object to the Settlement.

Notice of Settlement, para. 5. The Notice of Settlement also provides any such objection letter must be mailed to counsel and to the Court, and must be received by August 27, 2007. *See id.* As of the time of the execution and filing of this Affidavit, twelve (12) objection letters have been received which complied with these requirements: according

to the CM/ECF Document Filing System as of the time of the execution and filing of this Affidavit, a total of eighteen (18) objection letters were sent to the Court (Docket Nos. 108-125), but two of those letters were not directly received by either counsel for the plaintiffs or counsel for the defendants (Docket Nos. 122 and 108), counsel for defendants did not directly receive three other letters (Docket Nos. 120, 121, and 123), and counsel for plaintiffs has communicated that it did not directly receive one additional letter (Docket No. 114). Five other objection letters were received by either counsel for the plaintiffs or counsel for the defendants, but not filed with the Court. Those letters, attached hereto as <u>Exhibit C</u>, are from the following persons: Mr. Fuller of Cut Bank, Montana; Ms. Holmes of Glen Allen, Virginia; and Mr. Schiebel, of Methuen, Massachusetts; Ms. Seidel of Seattle, Washington; and Ms. Flocco of Berwyn, Pennsylvania.

      10.    The Notice of Settlement states that shareholders who wish to object may ask the Court for permission to appear and be heard at the Final Approval Hearing. The Notice of Settlement states the following:

> [t]o do so, you must send a letter or other paper called a "Notice of Intention to Appear at Fairness Hearing" in IN RE: COLUMBIA ENTITIES LITIGATION, Civil Action No. 04-11704-MBB, United States District Court for the District of Massachusetts. Be sure to include your name, address, telephone number, and signature. Your Notice of Intention to Appear at Fairness Hearing must be served on the attorneys listed on page 3 of this Notice, received no later than August 27, 2007, and must be filed with the Clerk of the Court at the address listed on page 3 of this Notice.

Notice of Settlement, para. 6. As of the time of the execution and filing of this Affidavit, no such Notices were filed with the Court, and none has been served on Bingham McCutchen LLP.

11. The Notice of Settlement states that Settlement Class members can exclude themselves from the Settlement. The Notice of Settlement states the following:

> [t]o exclude yourself from the Settlement and the class, you must send a written request by mail that clearly states your name, address, and day time telephone number; identifies which of the Columbia or Columbia Acorn funds you held during the period August 2, 1999 through May 31, 2007; states that you request to be excluded from the class and settlement of the In re: Columbia Entities Litigation; and is signed by you. You must mail your exclusion request, postmarked no later than August 27, 2007, to:
>
> In re: Columbia Entities Litigation - Opt-Out Administrator
> P.O. Box 5100
> Larkspur, CA 94977-5100.

Notice of Settlement, para. 7. The Order provides that the court approved Gilardi & Co. LLC as administrator for gathering exclusion notices from persons who seek to opt out of the Settlement Class. *See* Order, para. 4. As of the time of the execution and filing of this Affidavit, Gilardi & Co. LLC has communicated to Bingham McCutchen LLP that it received 239 opt-out letters postmarked as of August 27, 2007.

Signed under the penalties of perjury this 11th day of September, 2007.

/s/ T. Peter R. Pound
T. Peter R. Pound

**CERTIFICATE OF SERVICE**

I, T. Peter Pound, hereby certify that a true copy of the above document was served upon counsel of record for each other party via the CM/ECF system on this 11th day of September, 2007.

/s/ T. Peter R. Pound
T. Peter R. Pound
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
peter.pound@bingham.com

A/72169167.3