UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-MBB |

### AFFIDAVIT OF JOANNE KANE REGARDING NOTICE PROCEDURE

Joanne Kane does hereby state and depose under oath as follows:

1. I am a Senior Vice President of Columbia Management Services, Inc., the transfer agent for the Columbia Funds (the "Transfer Agent"). I am responsible for, *inter alia*, compliance with SEC and NASD regulations, customer complaints, and regulatory mailings to shareholders. I also serve as a liaison between the Transfer Agent and the legal and regulatory staff who support the Columbia Funds.

2. I supervised the arrangements for the dissemination of the Notice of Settlement to current accountholders of the Settling Funds (as defined at paragraph 1.23 of the Stipulation and Settlement Agreement dated January 19, 2007). Such dissemination was accomplished by including a copy of the Notice of Settlement in the Columbia Funds' regular quarterly shareholder mailing for all shareholders of the fifty-three Funds listed on Exhibit A to this Affidavit (collectively, the "Mailing Funds").

A/72172818.3

3.  Because certain of the Settling Funds have liquidated or merged into other Funds, the number of Mailing Funds is fewer than the eighty-one Settling Funds. In addition, certain of the Settling Funds, although named by plaintiffs, never existed. In instances where one of the Settling Funds merged into one of the presently-existing Columbia Funds, all shareholders of the successor Columbia Fund received a copy of the Notice of Settlement in their quarterly shareholder mailing.

4.  Regular quarterly shareholder mailings were mailed with the Notice of Settlement on June 30, 2007 to 441,249 recipients.

5.  I supervised the arrangements for the Notice of Settlement to be sent with notice to broker-dealers in whose name shares of the Settling Funds are or were held. This mailing was accomplished by e-mail sent on June 29, 2006 to a list maintained by the Transfer Agent of contacts at the "back-offices" of most broker-dealers who hold shares on behalf of their customers investing in the Columbia Funds. This e-mail list is regularly employed in the ordinary course of business by the sponsor and investment adviser of the Columbia Funds, Columbia Management Advisors, Inc. The e-mail, a copy of which is attached hereto as <u>Exhibit B</u>, had the subject line: "Important Legal Notice—Notice of Notice of Settlement and Final Approval Hearing." Its text referred recipients to the attachment, which contained a cover letter addressed to "Attention: Legal/Compliance Department" and the Notice of Settlement.

6.  I also arranged for the full Notice of Settlement to be available on the Columbia Funds' website. Specifically, since June 29, 2007 and through to the present, the Notice is available for downloading at http://www.columbiafunds.com, under the "Headlines" section.

7.	Because the Summary Notice of Settlement distributed on *Business Wire* and the Notice of Settlement state that Settlement Class members can call the Columbia Funds' toll-free telephone number to request a copy of the Notice of Settlement by mail, I, with my colleagues at the Columbia Funds' Transfer Agent, took steps to ensure that our call center personnel were trained to respond to such inquires. The call center did receive numerous inquiries from shareholders and copies of the full Notice were mailed out in response thereto.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of September, 2007.

/s/ Joanne Kane