AFFIDAVIT OF JOANNE KANE

# EXHIBIT A

## EXHIBIT A TO AFFIDAVIT OF JOANNE KANE REGARDING NOTICE PROCEDURE - "MAILING FUNDS"

1. Columbia Acorn Fund
2. Columbia Acorn Select Fund
3. Columbia Acorn USA Fund
4. Columbia Asset Allocation Fund
5. Columbia Balanced Fund
6. Columbia Disciplined Value Fund
7. Columbia Dividend Income Fund
8. Columbia Large Cap Growth Fund
9. Columbia Large Cap Value Fund
10. Columbia Large Cap Index Fund
11. Columbia Liberty Fund
12. Columbia Mid Cap Growth Fund
13. Columbia Mid Cap Value Fund
14. Columbia Real Estate Equity Fund
15. Columbia Small Cap Core Fund
16. Columbia Small Cap Value Fund
17. Columbia Small Cap Growth Fund I
18. Columbia Small Cap Growth Fund II
19. Columbia Small Cap Index Fund
20. Columbia Strategic Investor Fund
21. Columbia Technology Fund
22. Columbia Thermostat Fund
23. Columbia Acorn International Fund
24. Columbia Acorn International Select Fund
25. Columbia World Equity Fund
26. Columbia International Stock Fund
27. Columbia Greater China Fund
28. Columbia Core Bond Fund
29. Columbia Federal Securities Fund
30. Columbia Conservative High Yield Fund
31. Columbia High Yield Opportunity Fund
32. Columbia Income Fund
33. Columbia Intermediate Bond Fund
34. Columbia Cash Reserves
35. Columbia Strategic Income Fund
36. Columbia US Treasury Index Fund

A/72172818.3

37. Columbia California Tax-Exempt Fund
38. Columbia Connecticut Intermediate Municipal Bond Fund
39. Columbia Connecticut Tax-Exempt Fund
40. Columbia High Yield Municipal Fund
41. Columbia Intermediate Municipal Bond Fund
42. Columbia Tax-Exempt Fund
43. Columbia Massachusetts Intermediate Municipal Bond Fund
44. Columbia Massachusetts Tax-Exempt Fund
45. Columbia New Jersey Intermediate Municipal Bond Fund
46. Columbia New York Intermediate Municipal Bond Fund
47. Columbia New York Tax-Exempt Fund
48. Columbia Oregon Intermediate Municipal Bond Fund
49. Columbia Rhode Island Intermediate Municipal Bond Fund
50. Columbia Common Stock Fund
51. Columbia Large Cap Core Fund
52. Columbia Total Return Bond Fund
53. Columbia Short Term Bond Fund