UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-MBB |

**AFFIDAVIT OF ROBERT D. KROGMAN REGARDING MAILING NOTICE TO SETTLEMENT CLASS**

I, Robert D. Krogman, being fully sworn according to law, depose and say as follows:

1.  I am a Senior Consultant of Rust Consulting, Inc. ("Rust Consulting"). My business address is 201 S. Lyndale Avenue, Faribault, MN 55021. My telephone number is (507) 333-4371. I am over twenty-one years of age and authorized to make this affidavit on behalf of Rust Consulting, Inc. and myself.

2.  Rust Consulting has extensive experience in class action matters, having provided services in class action cases involving employment, antitrust, securities fraud, property damage, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than five hundred (500) class action cases.

3.  Rust Consulting was engaged by Counsel for the Adviser Defendants to provide certain settlement administration services in connection with the settlement of the above-captioned action. Our engagement included: printing and mailing of the *Notice of Settlement and Final Approval Hearing* ("Notice") in the form approved by this Court, to a certain defined group of shareholders of the Settling Funds.

4.  Rust Consulting received text for the Notice from Counsel for the Adviser

Defendants, as preliminarily approved by the Court. A distribution draft of the printed Notice was prepared by Rust Consulting and approved by Counsel for the Adviser Defendants. A copy of the printed Notice is attached as Exhibit A.

5. On April 26, 2007, the Bank of America/Columbia Funds and Counsel for the Adviser Defendants approved Rust Consulting's use of data files previously provided to Rust in conjunction with the settlement of unrelated litigation. That data was used by Rust to develop a list of unique mailing addresses (the "Mailing List") containing certain Settlement Class member names and last known addresses. The data files included an initial list of 1,439,128 accounts. Rust removed duplicate records by searching for duplicate home addresses which reduced the list to 561,659 unique addresses, meaning a household would get only one notice even if one or more persons residing therein owned more than one of the Settling Funds. Rust then compared this list to a list of current Columbia Funds shareholders received from Columbia Funds on April 20, 2007. Counsel for the Adviser Defendants informed Rust that these current Columbia Fund Holders were being noticed by mailings included with the quarterly mailings sent by Columbia Funds to the Funds shareholders. Rust identified 131,636 records as current Columbia Funds shareholders, and because these shareholder's were receiving notice through the Columbia Funds mailing they were removed from the Rust final Mailing List. The Rust final Mailing List contained records for 430,023 members of the Settlement Class.

6. The addresses of record of the Settlement Class members contained in the final Mailing List were processed through the National Change of Address Database ("NCOA database") maintained by the U. S. Postal Service. The NCOA Database contains all requested changes of address, which have been filed with the U. S. Postal Service and are currently in effect. In the event that any Settlement Class Member had filed a U. S. Postal Service change of

address request within the past 36 months, the address listed with the NCOA would be utilized in connection with the mailing of the Notice to the Settlement Class Member.

      7.      On June 29, 2007, Rust Consulting mailed copies of the Court approved Notice to 430,023 Settlement Class members whose addresses were identifiable in the final Mailing List. These records were mailed through the U.S. Postal Service using standard rate postage. In conjunction with the review of the NCOA process as well as standard quality control checks an additional 4,653 settlement notices were mailed on July 27, 2007.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of September 2007 at Faribault, Minnesota

                                                    Robert D. Krogman
                                                    Senior Consultant
                                                    Rust Consulting, Inc.

Sworn and subscribed to before
me this 4th day of September 2007.

**Notary Public**

SHIRLEY A. HANSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2010