UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: COLUMBIA ENTITIES
LITIGATION

Civil Action No. 04-11704-MBB

### AFFIDAVIT OF JAMES R. BORDEWICK, JR.

James R. Bordewick, Jr. does hereby state and depose under oath as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and serve as Chief Legal Officer to the Columbia Funds. As Chief Legal Officer, I also serve as a liaison between Columbia Management Advisors, Inc. and Columbia Wanger Asset Management, L.P., (collectively, the "Adviser Defendants") and the Columbia Funds.

2. The Stipulation and Settlement Agreement dated January 19, 2007 (the "Settlement Agreement"), states that:

> "Adviser Defendants will enhance shareholder communications, including the following: Adviser Defendants shall post disclosures on the relevant website(s) and may make certain other public disclosures regarding third-party revenue sharing payments, including stating the range of fees paid in basis points or appropriate financial equivalents. Adviser Defendants acknowledge that the Action was a factor in the decision to enhance such shareholder communications."

Settlement Agreement, § 5.2(b).

3. The Columbia Funds have made, and continue to make, such enhancements. In 2006, the disclosures relating to the Columbia Funds' revenue-sharing practices were enhanced, particularly to state the range of fees paid in basis points or

appropriate financial equivalents. *Compare*, as an example, Exhibit A hereto (extracts from the Columbia U.S. Treasury Index Fund's 2005 Prospectus and Statement of Additional Information ("SAI")) with Exhibit B hereto (extracts from the Columbia U.S. Treasury Index Fund's 2006 Prospectus and SAI). Commencing in 2007, Columbia Funds began introducing further revised disclosures for all of the Columbia Funds. The "roll-out" of the revised disclosure language began with certain Columbia Funds on July 1, 2007, and is presently scheduled to continue through June 1, 2008. *See*, as an example, Exhibit C hereto (extracts from the Columbia U.S. Treasury Index Fund's 2007 Prospectus and SAI).

4.  In addition, on May 18, 2007, the Columbia Funds posted new disclosure language on its website, www.columbiafunds.com. An option on the first page, under the heading "Product Resources," allows the viewer to click to navigate to a webpage that contains information on "Payments to Intermediaries." That page states the following:

> Columbia Management Distributors, Inc. or its affiliates may make payments, from their own resources, to certain financial intermediaries, including other Bank of America affiliates, for marketing support services. Payments may also be made to certain financial intermediaries, including other Bank of America affiliates, that provide investor services to retirement plans and other investment programs to compensate financial intermediaries for services they provide to such programs, including, but not limited to, sub-accounting, sub-transfer agency, similar shareholder or participant recordkeeping, shareholder or participant reporting, or shareholder or participant transaction processing.
>
> Additional information regarding these payments is available in your Fund's prospectus and statement of additional information. View an example of this disclosure. Specific information in this disclosure may vary by Fund and may change without notice. Please see your Fund's prospectus and statement of additional information for specific information on payments to financial intermediaries relating to your Fund.

*See* Exhibit D, hereto. A link to "[v]iew an example of this disclosure" connects to a sample disclosure, from the Columbia Large Cap Growth Fund Prospectus dated February 1, 2007. A copy of that sample disclosure is attached hereto as Exhibit E.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of September, 2007.

/s/ *[signature]*
James R. Bordewick, Jr.