AFFIDAVIT OF JAMES R. BORDEWICK, JR.

# EXHIBIT C

# Columbia Management.



# Columbia Funds

Class A, Class B and Class C Shares

Prospectus

Advised by Columbia Management Advisors, LLC

August 1, 2007

Columbia U.S. Treasury Index Fund

NOT FDIC-INSURED | NOT BANK ISSUED
NOT BANK GUARANTEED | MAY LOSE VALUE

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.

# Choosing a Share Class

### Financial Intermediary Compensation

The Distributor and other Bank of America affiliates may make payments, from their own resources, to certain financial intermediaries, including other Bank of America affiliates, for marketing/sales support services relating to the Columbia Funds. These payments are generally based upon one or more of the following factors: average net assets of the Columbia Funds sold by the Distributor attributable to that intermediary, gross sales of the Columbia Funds distributed by the Distributor attributable to that intermediary, reimbursement of ticket charges (fees that an intermediary firm charges its representatives for effecting transactions in Fund shares) or a negotiated lump sum payment. While the financial arrangements may vary for each intermediary, the support payments to any one intermediary are generally between 0.05% and 0.35% (and 0.03% and 0.12% with regard to the Columbia Money Market Funds) on an annual basis for payments based on average net assets of the Fund attributable to the intermediary, and between 0.10% and 0.25% on an annual basis for firms receiving a payment based on gross sales of the Columbia Funds (other than the Columbia Money Market Funds) attributable to the intermediary.

The Distributor and other Bank of America affiliates may make payments in larger amounts or on a basis other than those described above when dealing with other affiliates of Bank of America. Such increased payments to the other Bank of America affiliate may enable the other Bank of America affiliate to offset credits that it may provide to customers in order to avoid having such customers pay fees to multiple Bank of America entities in connection with the customers' investments in the Fund.

The Distributor and other Bank of America affiliates may also make payments to financial intermediaries, including other Bank of America affiliates, that provide shareholder services to retirement plans and other investment programs to compensate those intermediaries for services they provide to such programs, including, but not limited to, sub-accounting, sub-transfer agency, similar shareholder or participant recordkeeping, shareholder or participant reporting, or shareholder or participant transaction processing.

These payments for shareholder servicing support vary by financial intermediary but generally are not expected, with certain limited exceptions, to exceed 0.35% of the average aggregate value of the Fund's shares in any intermediary's program on an annual basis for those classes of shares that pay a service fee pursuant to a plan under Rule 12b-1 under the 1940 Act, and 0.45% of the average aggregate value of the Fund's shares in any intermediary's program on an annual basis for those classes of shares that do not pay a service fee pursuant to a plan under Rule 12b-1 under the 1940 Act.

The Board has authorized the Fund to reimburse the Transfer Agent for amounts paid to financial intermediaries that maintain assets in omnibus accounts, subject to an annual cap of 0.11% of the average aggregate value of the Fund's shares maintained in such accounts. The amounts in excess of that reimbursed by the Fund are borne by the Distributor or other Bank of America affiliates. The Distributor and other Bank of America affiliates may make other payments or allow promotional incentives to broker/dealers to the extent permitted by SEC and National Association of Securities Dealers (NASD) rules and by other applicable laws and regulations.

Amounts paid by the Distributor and other Bank of America affiliates are paid out of the Distributor's and other Bank of America affiliates' own resources and do not increase the amount paid by you or the Fund. You can find further details about the payments made by the Distributor and other Bank of America affiliates and the services provided by financial intermediaries as well as a list of the intermediaries to which the Distributor and other Bank of America affiliates have agreed to make marketing support payments in the SAI. Your financial intermediary may charge you fees and commissions in addition to those described in this prospectus. You should consult with your financial intermediary and review carefully any disclosure your financial intermediary provides regarding its services and compensation. Depending on the financial arrangement in place at any particular time, a financial intermediary and its financial consultants may have a financial incentive for recommending the Fund or a particular share class over others. See *Management of the Fund – Other Roles and Relationships of Bank of America and its Affiliates – Certain Conflicts of Interest* for more information.

Columbia Management®

COLUMBIA FUNDS SERIES TRUST I

Class A, Class B, Class C and Class Z Shares

STATEMENT OF ADDITIONAL INFORMATION

August 1, 2007

Columbia U.S. Treasury Index Fund

This Statement of Additional Information (SAI) is not a prospectus, is not a substitute for reading any prospectus and is intended to be read in conjunction with the Fund's prospectuses dated August 1, 2007. The most recent annual report for the Fund, which includes the Fund's audited financial statements dated March 31, 2007, is incorporated by reference into this SAI.

Copies of the Fund's current prospectuses and annual and semi-annual reports may be obtained without charge by writing Columbia Management Services, Inc., P.O. Box 8081, Boston, MA 02266-8081, by calling Columbia Funds at 800.345.6611 or by visiting the Columbia Funds website at www.columbiafunds.com.

INT-39/132321-0807

Advisor. When a purchase or sale of the same security is made at substantially the same time on behalf of one or more of the Columbia Funds and another investment portfolio, investment company or account, the transaction will be averaged as to price and available investments allocated as to amount in a manner which the Advisor believes to be equitable to the Fund and such other funds, investment portfolio, investment company or account. In some instances, this investment procedure may adversely affect the price paid or received by the Fund or the size of the position obtained or sold by the Fund. To the extent permitted by law, the Advisor may aggregate the securities to be sold or bought for the Fund with those to be sold or bought for other funds, investment portfolios, investment companies, or accounts in executing transactions.

*See Investment Advisory and Other Services – Other Roles and Relationships of Bank of America and its Affiliates – Certain Conflicts of Interest for more information about these and other conflicts of interest.*

### Brokerage Commissions

The following tables describe the types and amounts of brokerage commissions paid by the Fund during their three most recently completed fiscal years. In certain instances the Fund may pay brokerage commissions to broker/dealers that are affiliates of Bank of America. As indicated above, all such transactions involving the payment of brokerage commissions to affiliates are done in compliance with Rule 17e-1 under the 1940 Act.

**Aggregate Brokerage Commissions Paid by the Fund**

| Fund | Fiscal Year Ended March 31, 2007 | Fiscal Year Ended March 31, 2006 | Fiscal Year Ended March 31, 2005 |
| --- | --- | --- | --- |
| U.S. Treasury Index Fund | — | — | — |

The Fund paid no brokerage commissions to affiliated broker/dealers for the fiscal years ended March 31, 2005, 2006 and 2007.

### Directed Brokerage

The Fund or the Advisor, through an agreement or understanding with a broker/dealer, or otherwise through an internal allocation procedure, may direct, subject to applicable legal requirements, the Fund's brokerage transactions to a broker/dealer because of the research services it provides the Fund or the Advisor.

During the fiscal year ended March 31, 2007, the Fund did not direct brokerage transactions.

### Securities of Regular Broker/Dealers

In certain cases, the Fund, as part of its principal investment strategies, or otherwise as a permissible investment, will invest in the common stock or debt obligations of the regular broker/dealers that the Advisor uses to transact brokerage for the Columbia Funds Family.

As of March 31, 2007, the Fund owned securities of its "regular brokers or dealers" or their parents, as defined in Rule 10b-1 under the 1940 Act, as shown in the table below.

**Investments in Securities of Regular Broker/Dealers as of March 31, 2007**

| Fund | Broker/Dealer | Dollar Amount of Securities Held |
| --- | --- | --- |
| U.S. Treasury Index Fund | N/A | N/A |

### Additional Shareholder Servicing Payments

The Fund, along with the Transfer Agent and/or the Distributor pays significant amounts to certain financial intermediaries (as defined below), including other Bank of America affiliates, for providing the types of services that would typically be provided directly by a mutual fund's transfer agent. The level of payments made to financial intermediaries varies. A number of factors may be considered in determining payments to a financial intermediary, including, without limitation, the nature of the services provided to shareholders or retirement plan participants that invest in the Fund through retirement plans. These services may include sub-accounting, sub-transfer agency or similar recordkeeping services, shareholder or participant reporting, shareholder or participant transaction processing, and/or the provision of call center support (additional shareholder services). These payments for shareholder servicing support vary by financial intermediary but generally are not expected, with certain limited exceptions, to exceed 0.35% of the average aggregate value of the Fund's shares in the program on an annual basis for those classes of shares that pay a service fee pursuant to a Rule 12b-1 Plan, and

0.45% of the average aggregate value of the Fund's shares in the program on an annual basis for those classes of shares that do not pay a service fee pursuant to a Rule 12b-1 Plan. As of September 1, 2005, the Board has authorized the Fund to pay up to 0.11% of average aggregate value of the Fund's shares. Such payments will be made by the Fund to the Transfer Agent who will in turn make payments to the financial intermediary for the provision of such additional shareholder services. The Fund's Transfer Agent, Distributor or their affiliates will pay, from its or their own resources, amounts in excess of the amount paid by the Fund to financial intermediaries in connection with the provision of these additional shareholder services and other services.

For purposes of this section the term "financial intermediary" includes any broker/dealer, bank, bank trust department, registered investment advisor, financial planner, retirement plan or other third party administrator and any other institution having a selling, services or any similar agreement with the Distributor and other Bank of America affiliates.

The Fund also may make additional payments to financial intermediaries that charge networking fees for certain services provided in connection with the maintenance of shareholder accounts through the NSCC.

In addition, the Distributor and other Bank of America affiliates may make lump sum payments to selected financial intermediaries receiving shareholder servicing payments in reimbursement of printing costs for literature for participants, account maintenance fees or fees for establishment of the Fund on the financial intermediary's system or other similar services.

As of the date of this SAI, the Distributor and/or other Bank of America affiliates had agreed to make shareholder servicing payments to the financial intermediaries or their affiliates shown below.

**Recipients of Shareholder Servicing Payments from the Distributor and/or other Bank of America affiliates**

- ABR Retirement Plan Services, Inc.
- Acclaim Benefits, Inc.
- ACS HR Solutions LLC
- ADP Retirement Services
- American Century Investments
- Ameriprise Financial Services, Inc.
- AMG Service Corp.
- AST Trust Company
- Benefit Plan Administrators
- Bisys Retirement Services
- Ceridian Retirement Plan Services
- Charles Schwab & Co.
- Citigroup Global Markets Inc.
- CitiStreet LLC
- City National Bank
- CNA Trust Corporation
- Compensation & Capital Administrative Services, Inc.
- CompuSys Erisa Group of Companies
- Daily Access Concepts, Inc.
- Digital Retirement Solutions
- Edgewood Services, Inc.
- E*Trade Group, Inc.
- ExpertPlan
- Fidelity Investments Institutional Operations Co.
- Fiserv Trust Company
- Great West Life & Annuity Co.
- GWFS Equities, Inc.
- Hartford Life Insurance Company
- Hewitt Associates LLC
- Invesmart, Inc.
- John Hancock Life Insurance Company (USA)
- John Hancock Life Insurance Company of New York
- JP Morgan Retirement Plan Services LLC
- Lincoln Financial Group
- Linsco/Private Ledger Corp.
- M&T Securities, Inc.
- Marquette Trust Company
- Massachusetts Mutual Life Insurance Company
- Matrix Settlement & Clearance Services
- Mercer HR Services, LLC
- Merrill Lynch, Pierce, Fenner & Smith Incorporated
- Mid Atlantic Capital Corporation
- National Deferred Compensation, Inc.
- National Investor Services Corp.
- Nationwide Investment Services
- New York State Deferred Compensation, Inc.
- NYLife Distributors LLC
- PNC Advisors
- Princeton Retirement Group
- Principal Life Insurance Company
- RBC Dain Rauscher Inc.
- Robert W. Baird & Co., Inc.
- Strong Funds Distributors, Inc.
- The 401k Company
- T. Rowe Price Group, Inc.
- The Gem Group, L.P.
- The Principal Financial Group
- The Vanguard Group, Inc.
- Unified Trust Company, N.A.
- Wachovia Securities, LLC
- Wells Fargo Bank, N.A.
- Wells Fargo Funds Management, LLC
- Wespac Plan Services, Inc.
- Wilmington Trust Corporation

The Distributor and/or other Bank of America affiliates may enter into similar arrangements with other financial intermediaries from time to time. Therefore, the preceding list is subject to change at any time without notice.

**Additional Financial Intermediary Payments**

Financial intermediaries may receive different commissions, sales charge reallowances and other payments with respect to sales of different classes of shares of the Fund. These other payments may include servicing payments to retirement plan administrators and other institutions at rates up to those described above under *Brokerage Allocation and Other Practices – Additional Shareholder Servicing Payments*. For purposes of this section the term "financial intermediary" includes any broker/dealer, bank, bank trust department, registered investment advisor, financial planner, retirement plan or other third party administrator and any other institution having a selling, services or any similar agreement with the Distributor and other Bank of America affiliates.

The Distributor and other Bank of America affiliates may pay additional compensation to selected financial intermediaries, including other Bank of America affiliates, under the categories described below. These categories are not mutually exclusive, and a single financial intermediary may receive payments under all categories. A financial intermediary also may receive payments described above in *Brokerage Allocation and Other Practices – Additional Shareholder Servicing Payments*. These payments may create an incentive for a financial intermediary or its representatives to recommend or offer shares of the Fund to its customers. The amount of payments made to financial intermediaries may vary. In determining the amount of payments to be made, the Distributor and other Bank of America affiliates may consider a number of factors, including, without limitation, asset mix and length or relationship with the financial intermediary, the size of the customer/shareholder base of the financial intermediary, the manner in which customers of the financial intermediary make investments in the Fund, the nature and scope of marketing support or services provided by the financial intermediary (as described more fully below) and the costs incurred by the financial intermediary in connection with maintaining the infrastructure necessary or desirable to support investments in the Fund.

These additional payments by the Distributor and other Bank of America affiliates are made pursuant to agreements between the Distributor and other Bank of America affiliates and financial intermediaries, and do not change the price paid by investors for the purchase of a share, the amount the Fund will receive as proceeds from such sales or the distribution fees and expenses paid by the Fund as shown under the heading *Fees and Expenses* in the Fund's prospectuses.

**Marketing Support Payments**

The Distributor and other Bank of America affiliates make payments, from their own resources, to certain financial intermediaries, including other Bank of America affiliates, for marketing support services relating to the Columbia Funds, including, but not limited to, business planning assistance, educating financial intermediary personnel about the Fund and shareholder financial planning needs, placement on the financial intermediary's preferred or recommended fund list or otherwise identifying the Fund as being part of a complex to be accorded a higher degree of marketing support than complexes not making such payments, access to sales meetings, sales representatives and management representatives of the financial intermediary, client servicing and systems infrastructure support. These payments are generally based upon one or more of the following factors: average net assets of the Columbia Funds distributed by the Distributor attributable to that financial intermediary, gross sales of the Columbia Funds distributed by the Distributor attributable to that financial intermediary, reimbursement of ticket charges (fees that a financial intermediary firm charges its representatives for effecting transactions in fund shares) or a negotiated lump sum payment.

While the financial arrangements vary for each financial intermediary, the marketing support payments to each financial intermediary generally are expected to be between 0.05% and 0.35% (between 0.03% and 0.12% in the case of the Money Market Funds) on an annual basis for payments based on average net assets of the Columbia Funds attributable to the financial intermediary, and between 0.10% and 0.25% on an annual basis for firms receiving a payment based on gross sales of the Columbia Funds (other than the Money Market Funds) attributable to the financial intermediary. The Distributor and other Bank of America affiliates may make payments in materially larger amounts or on a basis materially different from those described above when dealing with other affiliates of Bank of America. Such increased payments to the other Bank of America affiliate may enable the other Bank of America affiliate to offset credits that it may provide to its customers in order to avoid having such customers pay fees to multiple Bank of America entities in connection with the customer's investment in a Columbia Fund.

As of the date of this SAI, the Distributor and/or other Bank of America affiliates had agreed to make marketing support payments to the financial intermediaries or their affiliates shown below.

**Recipients of Marketing Support Payments from the Distributor and/or other Bank of America affiliates**

- A.G. Edwards & Sons, Inc.
- AIG Advisor Group
- Ameriprise Financial Services, Inc.
- AXA Advisors, LLC
- Banc of America Securities LLC
- Banc One Investment Group, LLC
- Bank of America, N.A.
- Bank of New York
- Bear Stearns Securities Corporation
- BMO Nesbitt Burns
- Brown Brothers Harriman & Co.
- Chicago Mercantile Exchange
- Citicorp Investment Services
- Citigroup Global Markets Inc.
- Commonwealth Financial Network
- Custodial Trust Company
- FAS Corp.
- Fidelity Brokerage Services, Inc.
- Frost Bank of America
- Genworth Financial, Inc.
- Goldman, Sachs & Co.
- Harris Corporation
- Huntington Capital Corp.
- ING Group
- J.J.B. Hilliard, W.L. Lyons, Inc.
- Lincoln Financial Advisors Corp.
- Linsco/Private Ledger Corp.
- Mellon Financial Markets, LLC
- Merrill Lynch, Pierce, Fenner & Smith Incorporated
- Money Market One
- Morgan Stanley & Co. Incorporated.
- National Financial Services LLC
- Pershing LLC
- PNC Bank, N.A.
- Prudential Investment Management Services, LLC
- Raymond James & Associates, Inc.
- Raymond James Financial Services, Inc.
- Security Benefit Life Insurance Company
- SEI Investments Inc.
- State Street Global Markets, LLC
- SVB Securities
- Summit Bank
- SunGard Institutional Brokerage Inc.
- Sun Life Assurance Company of Canada
- TIAA-CREF Life Insurance Company
- Transamerica Corporation
- UBS Financial Services Inc.
- US Bank National Association
- Wachovia Securities LLC
- Webster Investment Services, Inc.
- Wells Fargo Fund Management LLC
- Wells Fargo Corporate Trust Services

The Distributor and/or other Bank of America affiliates may enter into similar arrangements with other financial intermediaries from time to time. Therefore, the preceding list is subject to change at any time without notice.

**Other Payments**

From time to time, the Distributor, from its own resources, may provide additional compensation to certain financial intermediaries that sell or arrange for the sale of shares of the Fund to the extent not prohibited by laws or the rules of any self-regulatory agency, such as the NASD. Such compensation provided by the Distributor may include financial assistance to financial intermediaries that enable the Distributor to participate in and/or present at financial intermediary-sponsored conferences or seminars, sales or training programs for invited registered representatives and other financial intermediary employees, financial intermediary entertainment and other financial intermediary-sponsored events, and travel expenses, including lodging incurred by registered representatives and other employees in connection with prospecting, retention and due diligence trips. The Distributor makes payments for entertainment events it deems appropriate, subject to the Distributor's internal guidelines and applicable law. These payments may vary depending upon the nature of the event.

Your financial intermediary may charge you fees or commissions in addition to those disclosed in this SAI. You should consult with your financial intermediary and review carefully any disclosure your financial intermediary provides regarding its services and compensation. Depending on the financial arrangement in place at any particular time, a financial intermediary and its financial consultants may have a financial incentive for recommending a particular Fund or a particular share class over other funds or share classes. See *Investment Advisory and Other Services – Other Roles and Relationships of Bank of America and its Affiliates – Certain Conflicts of Interest* for more information.