AFFIDAVIT OF JAMES R. BORDEWICK, JR.

# EXHIBIT D

## Columbia Management.
Columbia Funds Investor Site

Home  .  Contact Us  .  Help

Select A Fund

Products & Performance    Account Access    Investor Education    News & Commentary    Forms & Literature

## Payments to Intermediaries

Previous Page

Columbia Management Distributors, Inc. or its affiliates may make payments, from their own resources, to certain financial intermediaries, including other Bank of America affiliates, for marketing support services. Payments may also be made to certain financial intermediaries, including other Bank of America affiliates, that provide investor services to retirement plans and other investment programs to compensate financial intermediaries for services they provide to such programs, including, but not limited to, sub-accounting, sub-transfer agency, similar shareholder or participant recordkeeping, shareholder or participant reporting, or shareholder or participant transaction processing.

Additional information regarding these payments is available in your Fund's prospectus and statement of additional information. View an example of this disclosure. Specific information in this disclosure may vary by Fund and may change without notice. Please see your Fund's prospectus and statement of additional information for specific information on payments to financial intermediaries relating to your Fund.

Privacy  .  Security  .  Terms of Use  .  Legal  .  Read Prospectus  .  Site Map

©2007, Columbia Management Distributors, Inc..
A Member of Columbia Management
One Financial Center, Boston, Massachusetts 02111-2621

| NOT FDIC INSURED | May |
| NOT BANK ISSUED | No Ba |