AFFIDAVIT OF JAMES R. BORDEWICK, JR.

# EXHIBIT E

Disclosure from:

**Columbia Large Cap Growth Fund**
Prospectus, February 1, 2007
Class A, B and C Shares

**Financial Intermediary Payments**

The Fund's distributor or its affiliates may make payments, from their own resources, to certain financial intermediaries, including other Bank of America affiliates, for marketing support services. For purposes of this section the term "financial intermediary" includes any broker, dealer, bank, bank trust department, registered investment advisor, financial planner, retirement plan or other third party administrator and any other institution having a selling, services or any similar agreement with the Fund's distributor or one of its affiliates. These payments are generally based upon one or more of the following factors: average net assets of the mutual funds distributed by the Fund's distributor attributable to that financial intermediary, gross sales of the mutual funds distributed by the Fund's distributor attributable to that financial intermediary, reimbursement of ticket charges (fees that a financial intermediary firm charges its representatives for effecting transactions in fund shares) or a negotiated lump sum payment. While the financial arrangements may vary for each financial intermediary, the support payments to any one financial intermediary are generally expected to be between 0.02% and 0.10% (between 0.03% and 0.12% in the case of the money market funds) on an annual basis for payments based on average net assets of the funds attributable to the financial intermediary, and between 0.10% and 0.25% on an annual basis for firms receiving a payment based on gross sales of the funds (other than the money market funds) attributable to the financial intermediary. The Fund's distributor or its affiliates may make payments in materially larger amounts or on a basis materially different from those described above when dealing with other affiliates of Bank of America. Such increased payments to the other Bank of America affiliate may enable the other Bank of America affiliate to offset credits that it may provide to its customers in order to avoid having such customers pay fees to multiple Bank of America entities in connection with the customer's investment in the Fund.

Payments may also be made to certain financial intermediaries, including other Bank of America affiliates, that provide investor services to retirement plans and other investment programs to compensate financial intermediaries for services they provide to such programs, including, but not limited to, sub-accounting, subtransfer agency, similar shareholder or participant recordkeeping, shareholder or participant reporting, or shareholder or participant transaction processing. These payments for investor servicing support vary by financial intermediary but generally are not expected, with certain limited exceptions, to exceed 0.30% of the total Fund assets for Class A, B and C shares in the program on an annual basis. As of September 1, 2005, the Fund's Board of Trustees has authorized the Fund to pay up to 0.11% of total Fund assets on an annual basis for providing investor services. The amounts in excess of that paid by the Fund will be borne by the Fund's distributor or its affiliates.

The Fund's distributor or its affiliates may make other payments or allow promotional incentives to financial intermediaries to the extent permitted by SEC and NASD rules and by other applicable laws and regulations.

Amounts paid by the Fund's distributor or its affiliates are paid out of the distributor's or its affiliates' own revenue and do not increase the amount paid by you or the Fund. You can find further details about the payments made by the Fund's distributor or its affiliates and the services provided by financial intermediaries as well as a list of the financial intermediaries to which the Fund's distributor or its affiliates has agreed to make marketing support payments in the Fund's Statement of Additional Information, which can be obtained at *www.columbiafunds.com* or by

1

calling 1-800-345-6611. Your financial intermediary may charge you fees or commissions in addition to those disclosed in this prospectus. You can ask your financial intermediary for information about any payments it receives from the Fund's distributor and the distributor's affiliates and any services your financial intermediary provides, as well as fees and/or commissions it charges. In addition, depending on the financial arrangement in place at any particular time, a financial intermediary and its financial consultants also may have a financial incentive for recommending a particular fund or share class over others. You should consult with your financial advisor and review carefully any disclosure by the financial intermediary as to compensation received by your financial advisor.

Disclosure from:

# COLUMBIA LARGE CAP GROWTH FUND

SERIES OF COLUMBIA FUNDS SERIES TRUST I
STATEMENT OF ADDITIONAL INFORMATION
February 1, 2007

## ADDITIONAL FINANCIAL INTERMEDIARY PAYMENTS

As described above and in the section "12b-1 Plan, Shareholder Servicing Plan, CDSCs and Conversion of Shares", financial intermediaries may receive different commissions, sales charge reallowances and other payments with respect to sales of different classes of shares of the Funds. These other payments may include servicing payments to retirement plan administrators and other institutions at rates up to those described below under "Investor Servicing Payments". For purposes of this section the term "financial intermediary" includes any broker, dealer, bank, bank trust department, registered investment advisor, financial planner, retirement plan or other third party administrator and any other institution having a selling, services or any similar agreement with CMD or one of its affiliates.

CMD and its affiliates may pay additional compensation to selected financial intermediaries, including other Bank of America affiliates, under the categories described below. These categories are not mutually exclusive, and a single financial intermediary may receive payments under all categories. A financial intermediary may also receive payments described above in "Additional Investor Servicing Payments". These payments may create an incentive for a financial intermediary or its representatives to recommend or offer shares of a Fund to its customers. The amount of payments made to financial intermediaries may vary. In determining the amount of payments to be made, CMD and its affiliates may consider a number of factors, including, without limitation, asset mix and length or relationship with the financial intermediary, the size of the customer/shareholder base of the financial intermediary, the manner in which customers of the financial intermediary make investments in the Funds, the nature and scope of marketing support or services provided by the financial intermediary (as more fully described below), and the costs incurred by the financial intermediary in connection with maintaining the infrastructure necessary or desirable to support investments in the Funds.

These additional payments by CMD or its affiliates are made pursuant to agreements between CMD and its affiliates and financial intermediaries and do not change the price paid by investors for the purchase of a share, the amount a Fund will receive as proceeds from such sales, or the distribution (12b-1) fees and expenses paid by the Fund as shown under the heading "Fees and Expenses" in the Fund's prospectus.

### Marketing Support Payments

CMD or its affiliates may make payments, from their own resources, to certain financial intermediaries, including other Bank of America affiliates, for marketing support services, including, but not limited to, business planning assistance, educating financial intermediary personnel about the Funds and shareholder financial planning needs, placement on the financial intermediary's preferred or recommended fund list or otherwise identifying a Fund as being part of a complex to be accorded a higher degree of marketing support than complexes not making such payments, access to sales meetings, sales representatives and management representatives of the financial intermediary, client servicing, and systems infrastructure support. These payments are generally based upon one or more of the following factors: average net assets of the mutual

1

funds distributed by CMD attributable to that financial intermediary, gross sales of the mutual funds distributed by CMD attributable to that financial intermediary, reimbursement of ticket charges (fees that a financial intermediary firm charges its representatives for effecting transactions in fund shares) or a negotiated lump sum payment.

While the financial arrangements may vary for each financial intermediary, the marketing support payments to each financial intermediary are generally expected to be between 0.02% and 0.10% (between 0.03% and 0.12% in the case of the Money Market Funds) on an annual basis for payments based on average net assets of the Funds attributable to the financial intermediary, and between 0.10% and 0.25% on an annual basis for firms receiving a payment based on gross sales of the Funds (other than the Money Market Funds) attributable to the financial intermediary. CMD or its affiliates may make payments in materially larger amounts or on a basis materially different from those described above when dealing with other affiliates of Bank of America. Such increased payments to the other Bank of America affiliate may enable the other Bank of America affiliate to offset credits that it may provide to its customers in order to avoid having such customers pay fees to multiple Bank of America entities in connection with the customer's investment in the Fund.

As of the date of this SAI, CMD or its affiliates had agreed to make marketing support payments to the following financial intermediaries or their affiliates:

A. G. Edwards & Sons, Inc.
AIG Advisor Group
Ameriprise Financial Services, Inc.
AXA Advisors, LLC
Banc of America Securities LLC
Bank of America, N.A.
Bank of New York
Bear Stearns Securities Corporation
BMO Nesbitt Burns
Brown Brothers Harriman & Co.
Chicago Mercantile Exchange
Citicorp Investment Services
Commonwealth Financial Network
Custodial Trust Company
FAS Corp.
Ferris Baker Watts
Fidelity Brokerage Services, Inc.
FinancialOxygen, Inc.
Genworth Financial, Inc.
Goldman, Sachs & Co.
Harris Corporation
Huntington Capital Corp.
Independent Financial Markets Group, Inc.
ING Group
J.J.B. Hilliard, W.L. Lyons, Inc.
Lincoln Financial Advisors Corp.
Linsco/Private Ledger Corp. (LPL)
Mellon Financial Markets, LLC
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Money Market One
Morgan Stanley DW Inc.

Pershing LLC
PNC Bank, N.A.
Raymond James & Associates, Inc.
Raymond James Financial Services, Inc.
Security Benefit Life Insurance Company
SEI Investments Distribution Company
SVB Securities
Summit Bank
Sungard Institutional Brokerage Inc.
Sun Life Assurance Company of Canada
TIAA-CREF Life Insurance Company
Transamerica Corporation
UBS Financial Services Inc.
US Bank Trust
Wachovia Securities LLC
Webster Investment Services, Inc.
Wells Fargo Funds Management, LLC
Wells Fargo Corporate Trust Services

CMD or its affiliates may enter into similar arrangements with other financial intermediaries from time to time. Therefore, the preceding list is subject to change at any time without notice.

**Investor Servicing Payments**

CMD or its affiliates may also make payments to certain financial intermediaries, including other Bank of America affiliates, that provide investor services to retirement plans and other investment programs to compensate financial intermediaries for a variety of services they provide to such programs. These amounts are in addition to amounts that may be paid on behalf of the Funds (see "Additional Investor Servicing Payments") and may be in addition to the marketing support payments paid by CMD described above. A financial intermediary may perform program services itself or may arrange with a third party to perform program services. These investor services may include sub-accounting, sub-transfer agency, similar shareholder or participant recordkeeping, shareholder or participant reporting, or shareholder or participant transaction processing. Payments by CMD or its affiliates for investor servicing support vary by financial intermediary but generally are not expected, with certain limited exceptions, to exceed 0.30% of the total Fund assets in the program on an annual basis for those classes of shares that pay a service fee pursuant to a 12b-1 Plan, and 0.40% of total Fund assets in the program on an annual basis for those classes of shares that do not pay service fees pursuant to a 12b-1 Plan. In addition, CMD or its affiliates may make lump sum payments to selected financial intermediaries receiving investor servicing payments in reimbursement of printing costs for literature for participants, account maintenance fees or fees for establishment of the Funds on the financial intermediary's system or other similar services.

As of the date of this SAI, CMD or its affiliates had agreed to make investor servicing payments to the following financial intermediaries or their affiliates:

ACS HR Solutions LLC
Administrative Management Group
ADP Retirement Services
Ameriprise Financial Services, Inc.
AST Trust Company
Benefit Plan Administrators

Bisys Retirement Services
Ceridian Retirement Plan Services
Charles Schwab & Co.
Citigroup Global Markets Inc.
CitiStreet LLC
City National Bank
Compensation & Capital Administrative Services, Inc
CompuSys Erisa Group of Companies
CPI Qualified Plan Consultants, Inc.
Crown Point Trust Company
Daily Access Corporation
Digital Retirement Solutions
ExpertPlan
Fidelity Investments Institutional Operations Co.
Fiserv Trust Company
Great West Life & Annuity Co.
GWFS Equities, Inc.
Hartford Life Insurance Company
Hewitt Associates LLC
Invesmart, Inc.
John Hancock Life Insurance Company (U.S.A.)
John Hancock Life Insurance Company of New York
JP Morgan Retirement Plan Services LLC
Lincoln Financial Group
Massachusetts Mutual Life Insurance Company
Matrix Settlement & Clearance Services
Mercer HR Services, LLC
Merrill Lynch, Pierce, Fenner & Smith Incorporated
MFS Retirement Services, Inc.
Mid Atlantic Capital Corporation
Morgan Stanley DW Inc.
National Investor Services Corp.
Nationwide Investment Services
New York State Deferred Compensation Board
NYLIFE Distributors LLC
PNC Advisors
Princeton Retirement Group
RBC Dain Rauscher Inc.
Stanton Trust Sungard Investment Products, Inc.
The 401k Company
T. Rowe Price Group, Inc.
The Gem Group, L.P.
The Principal Financial Group
The Vanguard Group, Inc.
Trustlynx
Unified Trust Company, N.A.
Union Bank of California, N.A.
Upromise Investments, Inc.
Valic Retirement Services
Wachovia Securities, LLC
Wells Fargo Bank, N.A.
Wells Fargo Funds Management, LLC

4

Case 1:04-cv-11704-MBB   Document 132-6   Filed 09/11/2007   Page 8 of 8

Wilmington Trust Corporation

CMD or its affiliates may enter into similar arrangements with other financial intermediaries from time to time. Therefore, the preceding list is subject to change at any time without notice.

**Other Payments**

From time to time, CMD, from its own resources, may provide additional compensation to certain financial intermediaries that sell or arrange for the sale of shares of a Fund to the extent not prohibited by laws or the rules of any self-regulatory agency, such as the NASD. Such compensation provided by CMD may include financial assistance to financial intermediaries that enable CMD to participate in and/or present at financial intermediary-sponsored conferences or seminars, sales or training programs for invited registered representatives and other financial intermediary employees, financial intermediary entertainment, and other financial intermediary-sponsored events, and travel expenses, including lodging incurred by registered representatives and other employees in connection with prospecting, retention and due diligence trips. CMD makes payments for entertainment events it deems appropriate, subject to CMD's internal guidelines and applicable law. These payments may vary upon the nature of the event.

Your financial intermediary may charge you fees or commissions in addition to those disclosed in this Statement of Additional Information. You can ask your financial intermediary for information about any payments it receives from CMD and its affiliates and any services it provides, as well as fees and/or commissions it charges. In addition, depending on the financial arrangement in place at any particular time, a financial intermediary and its financial consultants also may have a financial incentive for recommending a particular Fund or share class over others. You should consult with your financial advisor and review carefully any disclosure by the financial intermediary as to compensation received by your financial advisor.

5