UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-MBB |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1(B) of the United States District Court, District of Massachusetts, defendants move for leave to file a supplemental memorandum in support of the Joint Motion for Final Approval of Class Action Settlement (the "Joint Motion").  In support of this Motion, defendants state as follows:

1. The parties are jointly submitting the Joint Motion and Joint Memorandum in support of same in an effort to concisely present to the Court the arguments in favor of the approving the Settlement which are appropriately addressed by both plaintiffs and defendants.

2. Certain issues are more appropriately addressed by the parties independently.  For example, plaintiffs are addressing, in their Memorandum of Law in Support of Class Counsel's Motion for Attorney's Fees and Reimbursement of Expenses, certain objections to the Settlement made by members of the Settlement Class that are more appropriately addressed by plaintiffs, *e.g.*, objections regarding plaintiffs' fees and expenses.

3. Defendants seek leave to file a supplemental memorandum to address one matter independently -- to bring to the Court's attention certain legal developments since the Stipulation

and Settlement Agreement was executed on or about January 19, 2007. These legal developments are important to the Court's deliberation because they demonstrate that the proposed Settlement is 'fair, adequate, and reasonable' for the reason that they make clear that plaintiffs have even less likelihood of success on key legal issues at present than they did at the time the Settlement Agreement was executed.

4. Defendants believe that their short six (6) page supplemental memorandum will be of assistance to the Court in deciding the Joint Motion.

5. Plaintiffs' counsel has indicated that they assent to the filing of this Motion.

**WHEREFORE**, defendants respectfully request that the Court grant it leave to file a supplemental memorandum in support of the Joint Motion.

### Local Rule 7.1(A)(2) Certification

Pursuant to Local Rule 7.1(A)(2), counsel for the parties conferred regarding this motion and counsel for plaintiffs have agreed to assent to this Motion.

Dated: September 11, 2007

Respectfully Submitted,

 /s/ Frances S. Cohen
Frances S. Cohen  (BBO # 542811)
T. Peter R. Pound (BBO# 657378)
Michael C. Moran (BBO# 666885)
Bingham McCutchen LLP
150 Federal Street, Boston, MA  02110
(617) 951-8000

*Counsel for Defendants FleetBoston Financial Corporation, a/k/a Bank of America Corporation, Columbia Management Group, Inc., Columbia Management Advisers, Inc., Columbia Wanger Asset Management, L.P., Columbia Funds Distributor, Inc., Kevin Connaughton, P. Zachary Egan, Kevin S. Jacobs, Kenneth A. Kalina, Bruce H. Lauer, Jean Loewenberg, Louis J. Mendes, Robert A. Mohn,  Todd Narter, Christopher Olson, John H. Park, Vincent P. Pietropaolo, Joseph Turo, and Leah J. Zell*

Brien T. O'Connor
Giselle J. Joffre
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

*Counsel for Defendants Columbia Funds Trust and Columbia Funds, excluding Columbia Acorn Trust and Columbia Acorn Funds*

Brian E. Pastuszenski
Joshua Vitullo
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1094

*Counsel for Columbia Acorn Trust and Columbia Acorn Funds*

Kenneth E. Rechtoris
Todd E. Pentecost
Bell, Boyd & Lloyd LLC
70 W. Madison St., 3100
Chicago, IL  60602
(312) 807-4210

Timothy O. Egan
Peabody & Arnold LLP
50 Rowes Wharf
Boston, MA  02110
(617) 951-2100

*Counsel for Independent Trustee Defendants*

Richard J. Rosensweig
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776

>Mark A. Rabinowitz
>Dao J. Boyle
>Jenny S. Kim
>Neal, Gerber & Eisenberg LLP
>Two North LaSalle Street, Suite 2200
>Chicago, IL 60602
>(312) 269-8000
>
>*Counsel for Defendants Charles P. McQuaid and Ralph Wanger*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via the ECF/CM system on September 11, 2007.

>/s/ T. Peter R. Pound
>T. Peter R. Pound
>BINGHAM McCUTCHEN LLP
>150 Federal Street
>Boston, MA 02110
>(617) 951-8000
>peter.pound@bingham.com

A/72205462.1