UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: COLUMBIA ENTITIES LITIGATION | Civil Action No. 04-11704-MBB |

MOTION FOR ATTORNEY'S FEES AND
REIMBURSEMENT OF EXPENSES

Plaintiffs' Counsel hereby moves the Court pursuant to Fed. R. Civ. P. 23(h) for fees and reimbursement of expenses of $450,000 and to enter the proposed Final Order and Judgment submitted as Exhibit 1 to the Joint Motion for Final Approval of Class Action Settlement And Entry of Final Order and Judgment. In support of this Motion, Counsel rely upon the following documents filed herewith: their Memorandum of Law in Support of Class Counsel's Motion for Attorney's Fees and Reimbursement of Expenses, the Declaration of Mark Levine, Janine Pollack and Nancy Freeman Gans in Support of Approval of Settlement of this Action and Application for an Award of Attorney's Fees and Reimbursement of Expenses to Plaintiffs' Counsel, the Compendium of Counsel's Declarations In Support of Award of Attorneys' Fees and Reimbursement of Expenses, and the Declaration of John R. S. McFarlane. As set forth therein, counsels' application is very reasonable and should be approved.

WHEREFORE, Plaintiffs' Counsel moves the Court to grant their Motion for Attorney's Fees and Reimbursement of Expenses and enter the Final Order and Judgment.

**Local Rule 7.1(A)(2) Certification**

Pursuant to Local Rule 7.1(A)(2), counsel for the parties conferred regarding this Motion. Although Defendants take no position with respect to this Motion, under the terms of the Stipulation and Settlement Agreement dated January 19, 2007, Defendants have agreed not to oppose a motion by Counsel for fees and expenses up to $450,000. The parties have agreed to entry of the proposed Final Order and Judgment submitted as <u>Exhibit 1</u> to the Joint Motion for Final Approval of Class Action Settlement And Entry of Final Order and Judgment.

Dated: September 12, 2007

                                              Respectfully submitted,

                                              **MOULTON & GANS, P.C.**

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans (BBO #184540)
                                              55 Cleveland Road
                                              Wellesley, Massachusetts 02481
                                              (781) 235-2246

                                              *Counsel for Plaintiffs and the Class and Liaison Counsel*

                                              Jules Brody
                                              Mark Levine
                                              **STULL STULL & BRODY**
                                              6 East 45th Street
                                              New York, New York 10017
                                              (212) 687-7230

                                              Jerome M. Congress
                                              Janine L. Pollack
                                              **MILBERG WEISS LLP**
                                              One Pennsylvania Plaza
                                              New York, New York 10119
                                              (212) 594-5300

                                              *Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon counsel of record for each other party via the ECF/CM system on September 12, 2007.

     /s/ Nancy Freeman Gans  
Nancy Freeman Gans (BBO #184540)  
MOULTON & GANS, P.C.  
55 Cleveland Road  
Wellesley, Massachusetts 02481  
(781) 235-2246