UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ──────────────────────────── x | |
| **In re COLUMBIA ENTITIES LITIGATION** : | CIVIL ACTION NO.: 04-11704 (MBB) |
| : | ALL CASES |
| : | Consolidated Case Nos.: |
| : | **04cv11750** |
| : | **04cv11760** |
| : | **04cv11953** |
| : | |
| : | |
| ──────────────────────────── x | |

**COMPENDIUM OF COUNSEL'S DECLARATIONS IN SUPPORT OF AWARD OF
<u>ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES</u>**

Nancy Freeman Gans, Esq.
MOULTON & GANS, P.C.
55 Cleveland Road
Wellesley, Massachusetts 02481
(781) 235-2246

*Counsel for Plaintiffs and the Class and Liaison Counsel*

Jerome M. Congress, Esq.
Janine L. Pollack, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, New York 10119
(212) 594-5300

Jules Brody, Esq.
Mark Levine, Esq.
STULL STULL & BRODY
6 East 45th Street
New York, New York 10017
(212) 687-7230

*Counsel for Plaintiffs and the Class*