# TAB C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re COLUMBIA ENTITIES LITIGATION | x<br>: CIVIL ACTION NO.: 04-11704 (REK)<br>: ALL CASES<br>: Consolidated Case Nos.:<br>: 04cv11750<br>: 04cv11760<br>: 04cv11953<br>:<br>:<br>x |

**DECLARATION OF NANCY FREEMAN GANS
IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES ON BEHALF OF
MOULTON & GANS, P.C.**

I, Nancy Freeman Gans, declare as follows:

1. I am an attorney-at-law and a member of the law firm of Moulton & Gans, P.C., 55 Cleveland Road, Wellesley, Massachusetts, 02481. I am submitting this Declaration in support of Plaintiffs' Class Counsel's application for an award of attorneys' fees in connection with the settlement achieved for the Settling Funds (as defined in the Paragraph 1.23 of the Stipulation and Settlement Agreement filed with this Court on January 19, 2007) and members of the Settlement Class in the above-captioned litigation for services rendered, as well as the reimbursement of expenses reasonably incurred by my firm in connection with this litigation.

2. I am an attorney in good standing and duly licensed and admitted to the bar of the Commonwealth of Massachusetts. The testimony set forth in this Declaration is based on my first-hand knowledge and/or an examination of my Firm's files.

3. My firm's compensation for the services rendered to the Settling Funds and their security holders is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as approved by this Court.

1

4. My firm acted as Class Counsel for Plaintiffs in this action. In serving as Plaintiffs' Class counsel, my firm participated in all of the activities resulting in the settlement of this class action. These activities included filing an initial complaint, negotiating with other plaintiffs' counsel to co-ordinate the action brought by our clients with other pending litigation, participating in the preparation and filing of the first amended complaint, briefing plaintiffs' motions for class certification and lead counsel, plaintiffs' opposition to defendants' motion to dismiss, participating in the hearing on defendants' motion to dismiss, filing a notice of appeal, engaging in settlement negotiations before the First Circuit's settlement counsel, and drafting settlement documents,

5. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by the partner, and professional support staff of my firm who were involved in this litigation, and the lodestar calculation based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm, which are available at the request of the Court. No time expended in connection with preparing this application for fees and reimbursement of expenses has been included in this request.

6. The hourly rates for the partners, attorneys and professional support staff in my firm included in Exhibit 1 are the same as the regular current rates charged for their services in non-contingent matters and/or which have been accepted and approved in other securities or shareholder litigation.

7. The total number of hours expended on this litigation by my firm is 227 hours. The total lodestar for my firm is $117,555.00.

8. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9. As detailed in Exhibit 2, my firm has incurred a total of $2048.38 in unreimbursed expenses reasonably incurred in connection with the prosecution of this litigation.

10. The expenses incurred in this action by my firm are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

11. With respect to the standing of counsel in this case, attached hereto as Exhibit 3 is a brief biography of my firm and attorneys in my firm who were principally involved in this litigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of September 2007, at Wellesley, Massachusetts.

Nancy Freeman Gans

3

# EXHIBIT 1

*In re Columbia Entities Litigation, 04-cv-11704*

## MOULTON & GANS, P.C.

### TIME REPORT — July 8, 2004 through September 5, 2007

| Name | A | B | C | D | E | Total Hrs. |
|---|---|---|---|---|---|---|
| **PARTNERS:** | | | | | | |
| Nancy Freeman Gans | 4.8 | 126.05 | | 58.05 | 34.1 | 223 |
| Total Partners | 4.8 | 126.05 | | 58.05 | 34.1 | 223 |
| **PARALEGALS:** | | | | | | |
| Paula Nardella | 4.0 | | | | | 4.0 |
| Total Paralegals | 4.0 | | | | | 4.0 |
| **TOTAL LODESTAR** | 8.8 | 126.05 | | 58.05 | 34.1 | 227 |

**CATEGORIES**

a. Pre-Filing Investigation and Pleadings
b. Briefs & Pretrial Motions and Discovery
c. Appeal
d. Settlement
e. Court Appearances & Preparation

4

# EXHIBIT 2

*In re Columbia Entities Litigation*, 04-cv-11704

## MOULTON & GANS, P.C.

### EXPENSE REPORT — July 8, 2004 through March 31, 2007

| **Categories:** | **Amount** |
|---|---|
| Photocopies/Reproduction | $939.75 |
| Postage/Notice Costs | $29.67 |
| Messengers/Express Services | $248.68 |
| Filing/Witness Fees | $505.00 |
| Facsimile Charges | $239.00 |
| Travel | $8.00 |
| Transcripts | $78.28 |
| **TOTAL EXPENSES:** | $2048.38 |

5

EXHIBIT 3

## MOULTON & GANS, P.C.

Year Established: 1997
55 Cleveland Road
Wellesley, Massachusetts 02481

Telephone: 781-235-2246
Telecopier: 781-239-0353
Email: nlfgans@gmail.com

*Securities Fraud and
Complex Business Class Action Litigation
In Federal and State
Trial and Appellate Courts*

### MEMBERS OF FIRM

**STEPHEN MOULTON** (1929 - 2001).

**NANCY FREEMAN GANS**, born Philadelphia, Pennsylvania, November 26, 1943; admitted to bar, 1970, Massachusetts; 1975, U.S. Supreme Court; 1996, U.S. District Court for the District of Massachusetts; 2000, U.S. Court of Appeals for the First Circuit; *Education*: University of Rochester (B.A., with highest honors, 1965); Harvard University (J.D., 1970). Phi Beta Kappa. *Member*: Massachusetts Bar Association; Massachusetts Bar Foundation Life Fellows Society.

Areas of Concentration: Securities Fraud; Complex Litigation; Class Actions.

Moulton & Gans, P.C. specializes in class action litigation, primarily under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. 78u-4 ("PSLRA"). The firm has been appointed Lead Counsel in two previous cases and Local or Liaison Counsel in at least 20 cases, working closely with leading firms in the class action litigation field. The firm is Martindale-Hubbell Peer Review Rated AV.[i]

The firm has actively participated in obtaining recoveries of over $600 million for aggrieved class members, including at least the following settlements:

> In re Raytheon Company Securities Litigation, Case No. 99-12142 (D.Mass.), (after five years of litigation) $460 million ($210 million in case and $200 million in warrants from defendant Raytheon Company, and $50 million from defendant PricewaterhouseCoopers, LLP);
>
> In re CVS Corporation Securities Litigation, Case. No. 01-11464 (D. Mass.) $110 million;

6

In re Allaire Corporation Securities Litigation, Case No. 00-11972 (D.Mass.), $12.026 million;

Kafenbaum v. GTECH Holdings Corporation, et al., Case No. 00-413 (D.R.I.), $10.25 million;

In re Lycos Securities Litigation, Case No. 99-10394 (D. Mass.) $5.675 million;

In re Shiva Corporation Securities Litigation, Case No. 97-11159 (D.Mass.), $4.35 million;

In re Number Nine Visual Technology Corporation Litigation, Case No. 96-11207 (D.Mass.), $3 million;

In re Network Engines Inc. Securities Litigation, Case No. 03-12529 (D. Mass.), $2.875 million;

In re Peritus Software Services Securities Litigation, Case No. 98-10578 (D. Mass.), $2.8 million; and

Gorman v. Systemsoft Corp., et al., Case No. 98-10367 (D.Mass.), $2.775 million.

---

[i] CV, BV and AV are registered certification marks of Reed Elsevier Properties, Inc., used with the Martindale-Hubbell certification procedures, standards and policies.